UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the Defendant's Consent Motion For Enlargement Of Time To Respond To The Complaint, the Memorandum of Points and Authorities in Support thereof, Plaintiffs' consent thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Defendant's Consent Motion For Enlargement Of Time To Respond To The Complaint be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the Defendant's response to the Complaint shall be filed on or before March 6, 2006.

SO ORDERED.


DATE: _____    _____
                                ELLEN S. HUVELLE
                                United States District Judge