UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the District Defendants' Motion to Dismiss and to Stay, the Memorandum of Points and Authorities in Support thereof, any opposition thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the District Defendants' Motion to Dismiss and to Stay be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the claims based on unreasonable seizure or false arrest are hereby DISMISSED WITH PREJUDICE, and it is

FURTHER ORDERED, that the District's response to the remaining claims is due no later than twenty (20) days from the date of the instant Order, and it is

FURTHER ORDERED, that all discovery is stayed until at least twenty (20) days from the date of the District's response to the remaining claims.

SO ORDERED.

DATE: _____        _____
ELLEN S. HUVELLE
United States District Judge