UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| SARAH CARR, *et al.*,                )<br>                                                    )<br>             Plaintiffs,                     )<br>                                                    )<br>       v.                                         )<br>                                                    )<br>DISTRICT OF COLUMBIA,         )<br>                                                    )<br>             Defendant.                  )<br>                                                    ) | Civ. A. No. 06-00098 (ESH) |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO STAY**

On March 6, 2006, defendant District of Columbia, in response to plaintiffs' complaint, filed a motion to dismiss the complaint and, "[t]o the extent any of plaintiffs' claims remain after the disposition of this motion, the District also moves to stay its response to those claims until no sooner than 20 days after the Court's decision on the instant motion to dismiss. The District also moves to stay all discovery, including any Fed.R.Civ.P. 26(f) conference, until at least twenty (20) days after the District's answer is filed."

Plaintiffs consent to grant of defendant's motion to stay, as described above.[1]

Respectfully submitted,

/s/ Arthur B. Spitzer
Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

---

[1] Plaintiffs are filing a consent motion for an extension of time to respond to defendant's motion to dismiss.

/s/ Daniel M. Schember
Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
D.C. Chapter, National Lawyers Guild
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

Counsel for Plaintiffs

March 15, 2006