UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Under Fed.R.Civ.P. 6(b) and LCvR 7(m), plaintiffs, with defendant's consent, move the Court for an order extending for forty-five (45) days, until May 4, 2006, the time within which plaintiffs may file their opposition to defendant District of Columbia's Motion to Dismiss.[1]

Plaintiffs' counsel who are responsible for preparation of plaintiffs' opposition (Ms. Dunham and Mr. Schember) must be out of town from March 16-20 to attend to a family member who is critically ill. Upon returning, counsel must finish preparation of a summary judgment opposition in *Anderson-Bey v. District of Columbia*, Civ. A. No. 00-02000(RCL) (U.S. D. Ct. D.C.). That opposition currently is due March 24, 2006, but a consent motion for extension of the deadline in that case until mid-April will be sought because of the work remaining to be done and the backlog of routine matters that will require attention upon counsel's return to work on March 21. The extension here to May 4 here is needed to allow adequate time to prepare plaintiffs' opposition after counsel files the opposition in *Anderson-Bey*.

---

[1] Defendant filed a combined motion to dismiss and to stay. Plaintiffs separately are filing a response consenting to grant of the requested stay.

Plaintiffs' motion should be granted.  A proposed order accompanies this motion.

      Respectfully submitted,

      /s/ Arthur B. Spitzer
      Arthur B. Spitzer, D.C. Bar No. 235960
      Fritz Mulhauser, D.C. Bar No. 455377
      American Civil Liberties Union
      of the National Capital Area
      1400 20th Street, NW, #119
      Washington, DC 20036
      202/457-0800

      /s/ Daniel M. Schember
      Daniel M. Schember, D.C. Bar #237180
      Susan B. Dunham, D.C. Bar # 362378
      D.C. Chapter, National Lawyers Guild
      Gaffney & Schember, PC
      1666 Connecticut Avenue, NW, Suite 225
      Washington, DC 20009
      202/328-2244

      Counsel for Plaintiffs

March 15, 2006