UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of plaintiffs' Consent Motion for Extension of Time to File Opposition to Motion to Dismiss, it is hereby

ORDERED that the motion is GRANTED. Plaintiffs may file their opposition to defendant's motion to dismiss on or before May 4, 2006.

_____              _____
Date                                 The Honorable Judge Ellen Segal Huvelle
                                     United States District Judge

Copies to:

Daniel M. Schember, Esq.              Andrew J. Saindon, Esq.
Gaffney & Schember, PC                Assistant Attorney General
1666 Connecticut Avenue, NW, Suite 225  Office of the Attorney General
Washington, DC 20009                  441 Fourth Street, NW, 6th Floor South
                                      Washington, DC 20001
Arthur B. Spitzer, Esq.
American Civil Liberties Union        Counsel for Defendant
of the National Capital Area
1400 20th Street, NW, #119
Washington, D.C. 20036

Counsel for Plaintiffs