UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARAH CARR, *et al*.,

Plaintiffs,

v.

DISTRICT OF COLUMBIA,

Defendant.

Civ. A. No. 06-00098 (ESH)

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Under Fed. R. Civ. P. 6(b) and LCvR 7(m) and 23.1(b), plaintiffs, with defendant's consent, move the Court for an order extending the time within which plaintiffs may file their motion for class certification until twenty (20) days after the Court's decision of Defendant's Motion to Dismiss.[1]

Plaintiffs filed their class action complaint on January 19, 2006. Under LCvR 23.1(b), a motion for class certification must be filed within ninety (90) days after the filing of the complaint, which in the instant case would require plaintiffs to file their motion by April 19, 2006. Under LCvR 23.1(b), the Court may extend the period for filing a motion for class certification. The parties agree that it would be in the interest of judicial economy for plaintiffs to postpone filing their motion for class certification until after the Court has decided defendant's dispositive motion.

Plaintiffs' motion should be granted. A proposed order accompanies this motion.

[1] On March 6, 2006, defendant District of Columbia filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), 6(b)(1), 7(b) and LCvR 7(a). Upon motion by plaintiffs, with defendant's consent, the Court extended the deadline for plaintiffs' opposition until May 4, 2006.

Respectfully submitted,

/s/ Arthur B. Spitzer

Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

/s/ Daniel M. Schember

Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National Lawyers Guild and the American Civil Liberties Union of the National Capital Area

Counsel for Plaintiffs

April 18, 2006