UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Under Fed.R.Civ.P. 6(b) and LCvR 7(m), plaintiffs, with defendant's consent, move the Court for an order extending for five (5) days, until May 10, 2006, the time within which plaintiffs may file their opposition to defendant District of Columbia's Motion to Dismiss.

The work schedule of plaintiffs' counsel who are responsible for preparation of plaintiffs' opposition (Ms. Dunham and Mr. Schember) was set back by (1) unexpected tasks necessary to complete the summary judgment opposition in *Anderson-Bey v. District of Columbia*, Civ. A. No. 00-02000(RCL) (U.S. D. Ct. D.C.); and (2) unanticipated need to prepare over a dozen discovery and motion papers in *Denton v. United States*, Civ. A. No. 04-03285 (RLV) (U.S. D. Ct. N.D. Ga.), a medical malpractice case in which discovery closes June 15, 2006.

Counsel have outlined and nearly completed research for plaintiffs' opposition. The additional extension to May 10, 2006, is necessary to complete the opposition, along with several

other papers that must be prepared before counsel, by longstanding prior arrangement, leave their practice for two weeks on May 11, 2006.[1]

Plaintiffs' motion should be granted. A proposed order accompanies this motion.

Respectfully submitted,

/s/ Arthur B. Spitzer
Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

/s/ Daniel M. Schember
Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
D.C. Chapter, National Lawyers Guild
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

Counsel for Plaintiffs

May 4, 2006

---

[1] Counsel will be overseas from May 11, 2006, through May 24, 2006, attending their son's college graduation and visiting family friends. The papers counsel must prepare include not only those due before counsels' departure but also those due during their trip and immediately after their return.