UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civ. A. No. 06-00098 (ESH) |

**ORDER**

Upon consideration of plaintiffs' Consent Motion for Extension of Time to File Opposition to Motion to Dismiss, it is hereby

ORDERED that the motion is GRANTED.  Plaintiffs may file their opposition to defendant's motion to dismiss on or before May 10, 2006.

_____                    _____
Date                                                                              The Honorable Judge Ellen Segal Huvelle
                                                                                        United States District Judge

Copies to:

Daniel M. Schember, Esq.
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009

Arthur B. Spitzer, Esq.
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, D.C. 20036

Counsel for Plaintiffs

Andrew J. Saindon, Esq.
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001

Counsel for Defendant