UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*,         )<br>                              )<br>            Plaintiffs,        )<br>                              )<br>    v.                        )    Civ. A. No. 06-00098 (ESH)<br>                              )<br>DISTRICT OF COLUMBIA,         )<br>                              )<br>            Defendant.        )<br>                              )| |

**NOTICE OF FILING**

Plaintiffs hereby give notice of the filing of the Order in *Barham v. Ramsey*, in which the Court denied as moot the *Barham* plaintiffs' Motion for a Preliminary Injunction Enjoining the District of Columbia From Arresting or Prosecuting Persons for Parading Without a Permit. *Barham v. Ramsey*, No. 02-2283 (D.D.C. Sept. 29, 2004) (order denying preliminary injunction). This Order is cited and quoted in Plaintiffs' Opposition to the District of Columbia's Motion to Dismiss at pp. 9, 14-15.

        Respectfully submitted,

        /s/ Arthur B. Spitzer
        Arthur B. Spitzer, D.C. Bar No. 235960
        Fritz Mulhauser, D.C. Bar No. 455377
        American Civil Liberties Union
        of the National Capital Area
        1400 20th Street, NW, #119
        Washington, DC 20036
        202/457-0800

        /s/ Daniel M. Schember
        Daniel M. Schember, D.C. Bar #237180
        Susan B. Dunham, D.C. Bar # 362378
        D.C. Chapter, National Lawyers Guild
        Gaffney & Schember, PC
        1666 Connecticut Avenue, NW, Suite 225
        Washington, DC 20009
        202/328-2244

May 10, 2006        Counsel for Plaintiffs