**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

JEFFREY BARHAM, *et al.*,            )
                                      )
      Plaintiffs,              )
                                      )
  v.                                  )   Civ. Action No. 02-2283 (EGS)
                                      )
CHARLES H. RAMSEY, et al.,            )
                                      )
      Defendants.              )
_____)

## ORDER

Upon consideration of plaintiffs' Motion for Preliminary Injunction, which requests that the District of Columbia be enjoined from arresting demonstrators for "parading without a permit" *in the absence of any notice or opportunity to disperse*, and Defendant's recent representations in open court that the District will give notice and opportunity before making such arrests, it is by the Court hereby

**ORDERED** that plaintiffs' Motion for a Preliminary Injunction Enjoining the District of Columbia From Arresting or Prosecuting Persons for Parading Without a Permit is **DENIED AS MOOT**.

**Signed:    EMMET G. SULLIVAN
            UNITED STATES DISTRICT JUDGE
            September 29, 2004**