UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*,             ) | |
|             ) | |
| Plaintiffs,     ) | |
|             ) | |
| v.             ) | Civ. A. No. 06-00098 (ESH) |
|             ) | |
| DISTRICT OF COLUMBIA,     ) | |
|             ) | |
| Defendant.     ) | |
|             ) | |

**NOTICE OF FILING**

Plaintiffs hereby give notice of the filing of Defendant District of Columbia's

Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion for a

Preliminary Injunction Enjoining the District of Columbia From Arresting or Prosecuting

Persons for Parading Without A Permit in *Barham v. Ramsey*, No. 02-2283 (D.D.C.

complaint filed Nov. 19, 2002). This Memorandum is cited and quoted in Plaintiffs'

Opposition to the District of Columbia's Motion to Dismiss at pp. 9-10.

Respectfully submitted,

/s/ Arthur B. Spitzer
Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

/s/ Daniel M. Schember
Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
D.C. Chapter, National Lawyers Guild
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

May 10, 2006                        Counsel for Plaintiffs