UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING**

Plaintiffs hereby give notice of the filing of their proposed order denying defendant's Motion to Dismiss.

                                                      Respectfully submitted,

                                                      /s/ Arthur B. Spitzer
                                                      Arthur B. Spitzer, D.C. Bar No. 235960
                                                      Fritz Mulhauser, D.C. Bar No. 455377
                                                      American Civil Liberties Union
                                                      of the National Capital Area
                                                      1400 20th Street, NW, #119
                                                      Washington, DC 20036
                                                      202/457-0800

                                                      /s/ Daniel M. Schember
                                                      Daniel M. Schember, D.C. Bar #237180
                                                      Susan B. Dunham, D.C. Bar # 362378
                                                      D.C. Chapter, National Lawyers Guild
                                                      Gaffney & Schember, PC
                                                      1666 Connecticut Avenue, NW, Suite 225
                                                      Washington, DC 20009
                                                      202/328-2244

May 10, 2006                                    Counsel for Plaintiffs