UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> Defendant. | Civ. A. No. 06-00098 (ESH) |

**ORDER**

Upon consideration of Defendant District of Columbia's Motion to Dismiss Plaintiffs' Complaint, it is hereby

ORDERED that the Motion is DENIED.

_____   _____
Date                              The Honorable Judge Ellen Segal Huvelle
                                  United States District Judge

Copies to:

Daniel M. Schember, Esq.
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009

Arthur B. Spitzer, Esq.
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, D.C. 20036

Counsel for Plaintiffs

Andrew J. Saindon, Esq.
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001

Counsel for Defendant