UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SARAH CARR, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-0098 (ESH) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT
OF TIME TO REPLY

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Defendant ("the District") hereby moves this Honorable Court to enlarge the time for its Reply in this matter. Defendant's Memorandum of Points and Authorities in support hereof is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

Pursuant to LCvR 7.1(m), undersigned counsel discussed the subject motion with plaintiffs' counsel, who consented to the relief requested herein.

WHEREFORE, the District respectfully requests that this Honorable Court:

A. Grant the Defendant's Consent Motion for Enlargement of Time to Reply, to enlarge the defendant's deadline from May 17, 2006, to June 16, 2006, and

B. Grant the District such other and further relief as the nature of its cause may require.

DATE: May 15, 2006          Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

      /s/ Richard S. Love
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431


      /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov


      /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARAH CARR, *et al.*, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Civil Action No. 06-0098 (ESH) | |
| ) | | |
| DISTRICT OF COLUMBIA, ) | | |
| ) | | |
| Defendant. ) | | |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF
THE DISTRICT'S CONSENT MOTION FOR ENLARGEMENT
OF TIME TO REPLY

Defendant District of Columbia ("the District"), by and through undersigned counsel, respectfully submits this Memorandum of Points and Authorities in Support of its Consent Motion for Enlargement of Time to Reply, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b). In support of the instant consent motion, the District states as follows:

1. Plaintiffs filed their Opposition to the District's Motion to Dismiss on May 10, 2006, accompanied by dozens of pages of exhibits.

2. Pursuant to LCvR 7(d), the District's Reply is due on or before May 17, 2006.

3. Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown.

4. For its good cause shown, the District states that the Opposition encompasses a number of complex legal arguments and factual assertions. The District believes that additional

time will be necessary to review the Opposition and research the issues contained therein, and obtain and review the transcripts of the arguments referenced.

    5. This enlargement is not sought for any improper purpose, but to complete an appropriate submission for consideration by this Court. Moreover, plaintiffs' counsel has consented to the relief requested herein.

    6. Based on the above, the District respectfully requests that this Honorable Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for the District to file its Reply to June 16, 2006.

DATE: May 15, 2006            Respectfully submitted,

                              ROBERT J. SPAGNOLETTI
                              Attorney General, D.C.

                              GEORGE C. VALENTINE
                              Deputy Attorney General, D.C.
                              Civil Litigation Division

                              _____/s/ Richard S. Love_____
                              RICHARD S. LOVE, D.C. Bar No. 340455
                              Chief, Equity I
                              441 Fourth Street, N.W., 6th Floor South
                              Washington, D.C. 20001
                              Telephone: (202) 724-6635
                              Facsimile: (202) 727-0431

                              _____/s/ Ellen A. Efros_____
                              ELLEN A. EFROS, D.C. Bar No. 250746
                              Assistant Attorney General
                              Equity 1
                              441 Fourth Street, N.W., 6th Floor South
                              Washington, D.C. 20001
                              Telephone: (202) 442-9886
                              Facsimile: (202) 727-0431
                              ellen.efros@dc.gov

                 /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov