UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
                                  )
SARAH CARR, *et al.*,             )
                                  )
            Plaintiffs,           )
                                  )
      v.                          )    Civil Action No. 06-0098 (ESH)
                                  )
DISTRICT OF COLUMBIA,             )
                                  )
            Defendant.            )
_____ )

ORDER

Upon consideration of the Defendant's Consent Motion For Enlargement Of Time To Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, the Memorandum of Points and Authorities in Support thereof, Plaintiffs' consent thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Defendant's Consent Motion For Enlargement Of Time To Reply be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the Defendant's Reply shall be filed on or before June 16, 2006.

SO ORDERED.


DATE: _____          _____
                                    ELLEN S. HUVELLE
                                    United States District Judge