UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SARAH CARR, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-0098 (ESH) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

DEFENDANTS' SECOND CONSENT MOTION FOR ENLARGEMENT
OF TIME TO REPLY

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), Defendant ("the District") hereby moves this Honorable Court to enlarge the time for its Reply in this matter. Defendant's Memorandum of Points and Authorities in support hereof is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

Pursuant to LCvR 7.1(m), undersigned counsel discussed the subject motion with plaintiffs' counsel, who consented to the relief requested herein.

WHEREFORE, the District respectfully requests that this Honorable Court:

A. Grant the Defendant's Second Consent Motion for Enlargement of Time to Reply, to enlarge the defendant's deadline from June 16, 2006, to July 14, 2006, and

B. Grant the District such other and further relief as the nature of its cause may require.

DATE: June 12, 2006         Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

/s/ Richard S. Love
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431


/s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov


/s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF
THE DISTRICT'S SECOND CONSENT MOTION FOR ENLARGEMENT
OF TIME TO REPLY

Defendant District of Columbia ("the District"), by and through undersigned counsel, respectfully submits this Memorandum of Points and Authorities in Support of its Second Consent Motion for Enlargement of Time to Reply, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b). In support of the instant consent motion, the District states as follows:

1. Plaintiffs filed their Opposition to the District's Motion to Dismiss on May 10, 2006, accompanied by dozens of pages of exhibits.

2. Pursuant to LCvR 7(d) and a previously granted enlargement, the District's Reply is due on or before June 16, 2006.

3. Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown.

4. For its good cause shown, the District states that the undersigned were engaged in preparing for an anticipated prolonged trial in D.C. Superior Court beginning June 5, 2006. Trial

preparation there consumed the bulk of the last thirty days, hence counsel could not devote sufficient attention to the instant Reply.

5. Although that case settled after one day of trial and an additional day of mediation, additional time is needed now in the instant matter to review the issues presented in plaintiffs' lengthy Opposition and to prepare evidentiary support.

6. This enlargement is not sought for any improper purpose, but to complete an appropriate submission for consideration by this Court. Moreover, plaintiffs' counsel has consented to the relief requested herein.

7. Based on the above, the District respectfully requests that this Honorable Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for the District to file its Reply to July 14, 2006.

DATE: June 12, 2006           Respectfully submitted,

                                  ROBERT J. SPAGNOLETTI
                                  Attorney General, D.C.

                                  GEORGE C. VALENTINE
                                  Deputy Attorney General, D.C.
                                  Civil Litigation Division


                                    /s/ Richard S. Love
                                  RICHARD S. LOVE, D.C. Bar No. 340455
                                  Chief, Equity I
                                  441 Fourth Street, N.W., 6th Floor South
                                  Washington, D.C. 20001
                                  Telephone: (202) 724-6635
                                  Facsimile: (202) 727-0431

        /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov


        /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

-3-