UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SARAH CARR, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-0098 (ESH) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

JOINT MOTION TO POSTPONE SCHEDULING CONFERENCE AND
ALTER OTHER DEADLINES

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), the parties hereby jointly move to postpone the Scheduling conference currently set for August 17, 2006, and to alter other deadlines in this matter. The parties' Memorandum of Points and Authorities in support hereof is attached hereto. A proposed Order also is attached.

DATE: August 2, 2006          Respectfully submitted,

/s/ Arthur B. Spitzer
Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

/s/ Daniel M. Schember
Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
D.C. Chapter, National Lawyers Guild
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

*Counsel for Plaintiffs*

ROBERT J. SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

    /s/ Richard S. Love
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431

    /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov

    /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-0098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF
THE PARTIES' JOINT MOTION TO POSTPONE SCHEDULING CONFERENCE AND
<u>ALTER OTHER DEADLINES</u>

In Support of their Joint Motion to Postpone Scheduling Conference and Alter Other Deadlines, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), the parties state as follows:

1. On July 26, 2006, the Court denied the District's Motion to Dismiss, and set a Scheduling Conference for August 17, 2006.

2. Pursuant to the Minute Order of March 16, 2006, the District's Answer is due on or before August 15, 2006, which date is also the deadline for plaintiffs to file their Motion for Class Certification, pursuant to the Minute Order of April 18, 2006.

3. LCvR 16.3(a) requires the parties to confer regarding discovery and other matters "within 21 days before a scheduling conference is held . . . ." Twenty-one days before the August 17, 2006, scheduling conference was Friday, July 28, 2006.

4. Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown.

5. Additional time is necessary for the parties to adequately confer regarding the potentially complicated discovery in this matter, and to provide the Joint Report required.

6. Similarly, in order to accommodate previous vacation schedules, additional time is needed for the District to respond to the Complaint and to consider its position regarding plaintiffs' Motion for Class Certification, and for plaintiffs to prepare their Motion for Class Certification.

7. This enlargement is not sought for any improper purpose, but to allow the parties to adequately confer and complete appropriate submissions for consideration by this Court.

8. Based on the above, pursuant to Fed. R. Civ. P. 6(b)(1), the parties request that the Court enter an order to (1) enlarge the deadline for the District to respond to the Complaint until August 31, 2006, (2) enlarge the deadline for the Joint Report required by LCvR 16.3(d) to September 8, 2006, (3) postpone the Scheduling Conference until a date after September 8, 2006, and (4) enlarge the deadline for plaintiffs' Motion for Class Certification to September 28, 2006.

DATE: August 2, 2006                Respectfully submitted,

/s/ Arthur B. Spitzer
Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

/s/ Daniel M. Schember
Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
D.C. Chapter, National Lawyers Guild
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

*Counsel for Plaintiffs*

ROBERT J. SPAGNOLETTI
Attorney General, D.C.

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

    /s/ Richard S. Love
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431

    /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431
ellen.efros@dc.gov

    /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

*Counsel for Defendant*