UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SARAH CARR, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-0098 (ESH) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

Upon consideration of the Joint Motion to Postpone Scheduling Conference and Alter Other Deadlines, the Memorandum of Points and Authorities in Support thereof, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Joint Motion to Postpone Scheduling Conference and Alter Other Deadlines be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the District's response to the Complaint is due on or before August 31, 2006, and it is

FURTHER ORDERED, that the Joint Report required by LCvR 16.3(d) is due on or before September 8, 2006, and it is

FURTHER ORDERED, that the Scheduling Conference currently set for August 17, 2006, is CANCELLED, and will be set for a date after September 8, 2006, by subsequent Order, and it is

FURTHER ORDERED, that plaintiffs' Motion for Class Certification is due on or before September 28, 2006.

-2-

SO ORDERED.


DATE: _____        _____
                                          ELLEN S. HUVELLE
                                          United States District Judge