UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **SARAH CARR**, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 06-0098 (ESH) |
| **DISTRICT OF COLUMBIA**, | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Joint Motion to Postpone Scheduling Conference and Alter Other Deadlines, the Memorandum of Points and Authorities in Support thereof, and the entire record herein, it is hereby:

**ORDERED** that the Joint Motion to Postpone Scheduling Conference and Alter Other Deadlines is **GRANTED**; and it is

**FURTHER ORDERED** that the District's response to the Complaint is due on or before August 31, 2006; and it is

**FURTHER ORDERED** that the Joint Report required by LCvR 16.3(d) is due on or before September 8, 2006; and it is

**FURTHER ORDERED** that the Scheduling Conference currently set for August 17, 2006 is vacated and reset for September 19, 2006 at 10:15 a.m.; and it is

**FURTHER ORDERED** that plaintiffs' Motion for Class Certification is due on or before September 28, 2006.

**SO ORDERED**.

                                                                            s/
                                              ELLEN SEGAL HUVELLE
                                              United States District Judge

Date: August 2, 2006