UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On consideration of the parties' report under Local Civil Rule 16.3(d), it is

ORDERED as follows:

1. Plaintiffs may file a motion for class certification on or before September 28, 2006.

2. Discovery will begin immediately and be completed by May 30, 2007, or, if a class is certified, discovery as to class members should be completed within eight (8) months after the certification order is served and an order is entered permitting discovery of class members.

3. Initial disclosures under Rule 26(a)(1), F.R.Civ.P. are not required.

_____                    _____
Date                                                                              The Honorable Judge Ellen Segal Huvelle
                                                                                           United States District Judge

Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036

2

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, D.C. 20009

Counsel for Plaintiffs

Ellen A. Efros
Andrew J. Saindon
Assistant Attorneys General, D.C.
Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001

Counsel for Defendant