UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*,          )<br>                              )<br>        Plaintiffs,           )<br>                              )<br>   v.                         )<br>                              )<br>DISTRICT OF COLUMBIA,         )<br>                              )<br>        Defendant.            )<br>                              ) | Civ. A. No. 06-00098 (ESH) |

**ORDER**

On consideration of the parties' report under Local Civil Rule 16.3(d), it is

ORDERED as follows:

1. Plaintiffs may file a motion for class certification on or before September 28, 2006.

2. Discovery and determination by motion or trial of defendant's liability, equitable relief, and the damages of the class representatives is bifurcated from discovery and determination by motion or trial of the identities and damages of the class, if a class is certified.

3. Discovery as to liability, equitable relief, and damages of the class representatives will begin immediately and be completed by May 30, 2007.  If defendant is found liable, a schedule for and any limits on discovery of class members' identities and damages will be set thereafter, if a class is certified, except that discovery of the identities of the class members will begin immediately if a class is certified and defendant and the class representatives reach a proposed settlement.

4. Initial disclosures under Rule 26(a)(1), F.R.Civ.P. are not required.

| | |
|---|---|
| _____ | _____ |
| Date | The Honorable Judge Ellen Segal Huvelle |
| | United States District Judge |

Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, D.C. 20009

Counsel for Plaintiffs

Ellen A. Efros
Andrew J. Saindon
Assistant Attorneys General, D.C.
Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001

Counsel for Defendant