UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SARAH CARR, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Civ. A. No. 06-00098 (ESH) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

On consideration of plaintiffs' Motion for Class Certification it is

ORDERED as follows:

1. This action is certified as a class action under Rule 23(b)(2). Plaintiffs are representative parties, and plaintiffs' counsel are appointed class counsel, of the class of all persons who (a) were arrested for parading without a permit on the evening of January 20, 2005, in the Adams Morgan neighborhood of the District of Columbia in the area approximately bounded by Columbia Road, 18th Street, and Belmont Road; and (b) may have paraded without a permit, but who committed no other act providing probable cause for custodial arrest. The class claims are for declaratory, injunctive, and compensatory relief for arrest alleged to have violated the First and Fourth Amendments to the Constitution of the United States and District of Columbia common law.

2. On or before October 30, 2006, defendant will deliver to class counsel information known to defendant with respect to the identities and locations of the arrestees identified in paragraph 1(a). Based on this and any other pertinent information obtained, class counsel on or before November 15, 2006, by first class mail will notify arestees of the nature of the action, the

definition of the class certified, the class claims, and any other pertinent matters determined by class counsel. The notice will ask class members to inform class counsel by December 15, 2006, of any professional medical treatment received for any injury caused by the arrest. On or before January 13, 2007, class counsel will file a report stating the number of class members who have informed class counsel that they received professional medical treatment for injury caused by the arrest.

_____                    _____
Date                                         The Honorable Judge Ellen Segal Huvelle
                                             United States District Judge

Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, D.C. 20009

Counsel for Plaintiffs

Ellen A. Efros
Andrew J. Saindon
Assistant Attorneys General, D.C.
Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001

Counsel for Defendant