UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARAH CARR, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. A. No. 06-00098 (ESH)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING OF PARTIES' PROPOSED SCHEDULING ORDER**

The accompanying scheduling order proposed by all parties has been filed.

　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　/s/
　　　　　　　　　Arthur B. Spitzer, D.C. Bar No. 235960
　　　　　　　　　Fritz Mulhauser, D.C. Bar No. 455377
　　　　　　　　　American Civil Liberties Union
　　　　　　　　　of the National Capital Area
　　　　　　　　　1400 20th Street, NW, #119
　　　　　　　　　Washington, DC 20036
　　　　　　　　　202/457-0800

　　　　　　　　　　　/s/
　　　　　　　　　Daniel M. Schember, D.C. Bar #237180
　　　　　　　　　Susan B. Dunham, D.C. Bar # 362378
　　　　　　　　　Gaffney & Schember, P.C.
　　　　　　　　　1666 Connecticut Avenue, N.W., Suite 225
　　　　　　　　　Washington, D.C. 20009
　　　　　　　　　202/328-2244

　　　　　　　　　On behalf of the D.C. Chapter, National
　　　　　　　　　Lawyers Guild and the American Civil
　　　　　　　　　Liberties Union of the National Capital Area

　　　　　　　　　Counsel for Plaintiffs

October 6, 2006