UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civ. A. No. 06-00098 (ESH) |

**ORDER**

On consideration of the parties' proposed scheduling order it is

ORDERED as follows:

1. Discovery will begin immediately and be completed by **[insert date 8 months after date of decision of class certification motion]**.

2. Any party may serve upon any other party written interrogatories not exceeding 35 in number including all discrete subparts.

3. A party must obtain leave of court if, without the written stipulation of the parties, a proposed deposition would result in more than twenty depositions being taken by the plaintiffs or by the defendant.

4. Initial disclosures under Rule 26(a)(1), F.R.Civ.P. are not required.

_____      _____
Date                  The Honorable Judge Ellen Segal Huvelle
                    United States District Judge

Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, D.C. 20009

Counsel for Plaintiffs

Ellen A. Efros
Andrew J. Saindon
Assistant Attorneys General, D.C.
Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001

Counsel for Defendant