UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-0098 (ESH) |

ORDER

Upon consideration of the Motion for Class Certification, the Memoranda of Points and Authorities in Support thereof and in Partial Opposition thereto, the entire record herein, and it appearing that the relief should be denied, it is hereby:

ORDERED, that the Motion for Class Certification, as presented by plaintiffs, be, and hereby is, DENIED.

SO ORDERED.

DATE: _____   _____
ELLEN S. HUVELLE
United States District Judge