UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*,   :<br>                                          :<br>             Plaintiffs,   :<br>                                          :<br>       v.                                  :    Civil Action No. 06-00098 (ESH)<br>                                          :<br>DISTRICT OF COLUMBIA,   :<br>                                          :<br>             Defendant.   :<br>_____:   | |

### ORDER

On consideration of the parties' proposed scheduling order it is

**ORDERED** as follows:

1. Discovery will begin immediately and be completed by August 31, 2007.

2. Any party may serve upon any other party written interrogatories not exceeding thirty-five in number including all discrete subparts.

3. A party must obtain leave of court if, without the written stipulations of the parties, a proposed deposition would result in the taking of more than twenty depositions by the plaintiffs or by the defendant.

4. Initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure are waived.

5. A status is set for September 5, 2007, at 9:15 a.m.

                                                             s/
                                                ELLEN SEGAL HUVELLE
Date: October 11, 2006                  United States District Judge

Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union of the National Capital Area
1400 20th Street, NW, #119
Washington, DC  20036

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, DC  20009

Counsel for Plaintiffs

Ellen A. Efros
Andrew J. Saindon
Assistant Attorneys General, District of Columbia
Equity I
441 Fourth Street, NW, 6th Floor South
Washington, DC  20001

Counsel for Defendant