UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARAH CARR, *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br>DISTRICT OF COLUMBIA,  )<br>  )<br>  Defendant.  ) | Civ. A. No. 06-00098 (ESH) |

**PLAINTIFFS' REPORT ON RESULTS OF INITIAL CLASS NOTIFICATION**

In accordance with the Court's October 11, 2006, Order, plaintiffs report as follows:

| | |
|---|---|
| Persons Arrested | 70[1] |
| Potential Class Members | 64[2] |
| Potential Class Members Mailed Notices | 63[3] |
| Potential Class Members Whose Notices Were Returned by the Postal Service as Undeliverable | 13 |
| Potential Class Members Who Responded Saying They Were Not or Did Not Want to Be Class Members | 0 |
| Potential Class Members Who Responded, Claimed Class Membership, and Want to Participate in the Case | 29[4] |

---

[1] This is the number of persons on the list provided to plaintiffs by defendant.

[2] Five of the arrestees are class representatives. Another arrestee, Barry Student, filed a separate lawsuit, which was settled. Subtracting these 6 from 70 makes 64 potential class members.

[3] On the list provided by defendant a mail address for one person was not included.

[4] This is the number of persons claiming class membership as the class is defined in the Court's October 11, 2006, Order.

| | |
|---|---|
| Potential Class Members Claiming Class Membership and Reporting They Received Professional Medical Treatment for Injuries Incident to Arrest | 0[5] |
| Potential Class Members Mailed Notices Whose Notices Were Not Returned as Undeliverable But Who Have Not Responded | 21 |

Respectfully submitted,

/s/ Arthur B. Spitzer
Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

/s/ Daniel M. Schember
Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National Lawyers Guild and the American Civil Liberties Union of the National Capital Area

Counsel for Plaintiffs

January 12, 2007

---

[5] One potential class member reported that her stepfather, a medical doctor, looked at her thumb, which she said was numb from tight plastic cuffs, and advised her to wait to see if the numbness went away, which it did after two months.