**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|                                         |   |                               |
|-----------------------------------------|---|-------------------------------|
| SARAH CARR, *et al.*,                   | : |                               |
|                                         | : |                               |
| Plaintiffs                              | : |                               |
|                                         | : | Civ. Action No. 06-0098 (ESH) |
| v.                                      | : |                               |
|                                         | : |                               |
| DISTRICT OF COLUMBIA,                   | : |                               |
|                                         | : |                               |
| Defendants.                             | : |                               |

_____

### SUBSTITUTION OF COUNSEL FOR DEFENDANT DISTRICT OF COLUMBIA

The Clerk of the Court will kindly enter the appearance of Thomas L. Koger as lead

counsel/attorney to be noticed and withdraw the appearance of Andrew J. Saindon as counsel for

the defendant, District of Columbia.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

s:/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I

s/ Thomas L. Koger
THOMAS L.. KOGER [427921]
Senior Assistant Attorney General

s:/ Andrew J. Saindon
ANDREW J. SAINDON [456987]
Equity 1
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6610

Facsimile: (202) 727-3625
thomas.koger@dc.gov