**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SARAH CARR, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | **Case No.: 06-0098 (ESH)** |
| ) | |
| **v.** ) | |
| ) | |
| **THE DISTRICT OF COLUMBIA, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |
| _____ ) | |

**NOTICE OF ENTRY OF APPEARANCE**

The District of Columbia requests the Clerk of the Court to please enter the

appearance of Assistant Attorney General Jayme Kantor as counsel for the District of

Columbia in the above captioned-matter.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I

/s/ Jayme B. Kantor
JAYME B. KANTOR [488502]
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-7726 (telephone)
(202) 727-3625 (fax)