UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SARAH CARR, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. A. No. 06-00098 (ESH) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S CONSENT MOTION
TO EXTEND TIME TO COMPLETE DEPOSITION DISCOVERY
AND RESCHEDULE THE STATUS CONFERENCE HEREIN**

Defendant, District of Columbia, with plaintiffs' consent, respectfully moves this Court for an order, pursuant to Fed. R. Civ. P. 6(b)(1), (a) extending the time of the parties to complete deposition discovery and (b) rescheduling the Status Conference in this matter to September 7 or 10, 2007. The parties have exchanged several sets of interrogatories, requests for production of documents and tangible things, requests for admissions, and responses thereto. They anticipate that the responses to these various written discovery requests will be served within the existing discovery period, which is scheduled to close on August 31, 2005. The parties have also engaged in deposition discovery. However, both sides have identified a number of individuals they wish to depose, but whose depositions cannot be accomplished by August 31, 2007. The parties agree that these depositions are appropriate to properly inform the case.

Accordingly, the District has conferred with plaintiffs in accordance with LCvR 7(m), and, with plaintiffs' consent, respectfully moves this Court for an order extending the discovery period to and including October 5, 2007 and rescheduling the status conference to September 7

or 10, 2007.

                                  Respectfully submitted,

                                  LINDA SINGER
                                  Attorney General for the District of Columbia

                                  GEORGE C. VALENTINE
                                  Deputy Attorney General
                                  Civil Litigation Division

                                  <u>s/ Ellen A. Efros</u>
                                  ELLEN A. EFROS
                                  Chief, Equity Section I

                                  <u>s/ Thomas L. Koger</u>
                                  THOMAS L. KOGER [427921]
                                  Senior Assistant Attorney General
                                  441 Fourth Street, NW, 6th Floor South
                                  Washington, DC 20001
                                  (202) 724-6610
                                  Fax: (202) 727-3625 (fax)
                                  E-mail:   Thomas.Koger@dc.gov