UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND
TIME TO COMPLETE DEPOSITION DISCOVERY AND TO
RESCHEDULE STATUS CONFERENCE**

**I.     Preliminary Statement**

Defendant, District of Columbia, with plaintiffs' consent, respectfully moves this Court for an order, pursuant to Fed. R. Civ. P. 6(b)(1), (a) extending the time of the parties to complete deposition discovery and (b) rescheduling the Status Conference currently scheduled for September 5, 2007. The parties have exchanged several sets of interrogatories, requests for production of documents and tangible things, and requests for admission and responses thereto. They anticipate that the responses to these various written discovery requests will be served within the existing discovery period, which is scheduled to close on August 31, 2005. The parties have also engaged in deposition discovery. However, both sides have identified a number of individuals they wish to depose whose depositions cannot be accomplished within the scheduled discovery period, which ends on August 31, 2007. The parties agree that these depositions are appropriate to properly inform the case.

In addition, the parties had earlier intended that this motion seek to reschedule the Status Conference herein until the completion of discovery. Intervening events have made it desirable to hold the Status Conference before the end of discovery, although circumstances have also arisen causing the parties to seek to have the Status Conference rescheduled for September 7 or 10, 2007, as opposed to September 5. Accordingly, the District, with plaintiffs' consent, respectfully moves this Court for an order extending the discovery period to and including October 5, 2007, and further rescheduling the Status Conference to September 7 or 10. 2007.

**II.    The Interests of the Parties and the Court Will Be Serve by the Requested Enlargement and Rescheduling of the Status Conference**

This matter arises from January 20, 2005 mass arrest of individuals who had participated in a protest of the second Inauguration of George W. Bush through roadways of Adams Morgan without the benefit of a parade permit   Plaintiffs challenge the validity of their arrests under the First and Fourth Amendments and seek a variety of remedies for their arrests and injuries suffered incident to their arrests. The case presents issues of fact regarding the actions of officers of the Metropolitan Police Department ("MPD") and the precipitating actions of the plaintiffs and other participants in, and organizers of, the march that resulted in the complained-of mass arrest.

To inform the disposition of these issues, the two sides have each served three sets of written discovery upon one another and anticipate provision of complete responses to these various inquires by August 31, 2007. However, the responses to date have identified the need to take a number of depositions in addition to those already conducted. Plaintiffs seek a Fed. R. Civ. P. 30(b)(6) deposition of the District, the deposition of MPD Chief Cathy Lanier, and the depositions of perhaps four additional MPD witnesses. The District seeks the depositions of three persons who have provided videotape footage ostensibly depicting aspects of the protest

2

and of the arrest activity. Discussions relating to the existing interrogatory responses may result in the identification of another potential deponent. For these reasons, the District, with plaintiffs' consent, seeks an extension of the discovery deadline from August 31, to October 5, 2007.

In addition, discussions between the parties have recently identified an issue regarding the composition of the class, which may, if not resolved before then, be appropriate to raise with the Court at a Status Conference before discovery, as enlarged, is concluded. Accordingly, it is requested that the Status Conference be rescheduled to September 7 or 10, 2007, as explained above.

For these reasons, the District respectfully submits that good cause exists for the brief enlargement of the discovery period requested, and that the enlargement will serve the interests of all parties and of this Court in facilitating the appropriate preparation of this case for resolution, as will the rescheduling of the Status Conference.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity Section I

s/ Thomas L. Koger
THOMAS L. KOGER [427921]
Senior Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6610
Fax: (202) 727-3625 (fax)
E-mail:   Thomas.Koger@dc.gov