UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon due consideration of the Defendant District of Columbia's Consent Motion To Extend Time to Complete Deposition Discovery and to Reschedule Status Conference, the record herein, good cause shown, and the interests of justice, it is

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that the time within which to complete deposition discovery as requested by the motion is enlarged to and including October 5, 2007, and it is further

**ORDERED** that the Status Conference previously scheduled for September 5, 2007 is rescheduled to September ___, 2007, at _____.

 
_____
ELLEN SEGAL HUVELLE
United States District Judge

Serve upon:
All Counsel