UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SARAH CARR, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 06-00098 (ESH) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

On consideration of defendant's motion to extend time to complete deposition discovery

and to reschedule status conference, and plaintiffs' response thereto, it is

ORDERED as follows:

1. The parties may take the following depositions on or before October 5, 2007:

plaintiffs' Fed. R. Civ. P. 30(b)(6) deposition of defendant, plaintiffs' deposition of MPD Chief

Cathy Lanier, plaintiffs' depositions of four other MPD witnesses, and defendant's depositions

of three videographers.

2. If plaintiffs consent, defendant may take one additional deposition on or before

October 5, 2007.

3. The status conference scheduled for September 5, 2007, is canceled.

4. Within ten days of completion of the discovery allowed by this order, the parties will

inform the Court of dates on which they are available for a status conference.

_____
Date

_____
Ellen Segal Huvelle
United States District Judge

2

Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, D.C. 20009

Counsel for Plaintiffs

Ellen A. Efros
Thomas L. Koger
Assistant Attorneys General
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001

Counsel for Defendant