UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, Plaintiffs, v. DISTRICT OF COLUMBIA, Defendant. | Civ. A. No. 06-00098 (ESH) |

**ORDER**

On consideration of plaintiffs' motion for scheduling order, it is

ORDERED that plaintiffs' motion is granted. The parties will file their motions, oppositions, and replies on or before the applicable dates stated below:

January 25, 2008, plaintiffs' motion for partial summary judgment;

February 22, 2008, defendant's opposition, cross motion and any discovery motion;

March 14, 2008, plaintiffs' reply and opposition(s); and

March 28, 2008, defendant's reply or replies.

_____ _____
Date Ellen Segal Huvelle
 United States District Judge

Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036

Case 1:06-cv-00098-ESH    Document 34-2    Filed 10/06/2007    Page 2 of 2

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, D.C. 20009

Counsel for Plaintiffs

Ellen A. Efros
Thomas L. Koger
Assistant Attorneys General
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001

Counsel for Defendant