DEFENDANT'S EXHIBIT 3   8/13/07

### Protest March - After the Show!!!

As we've said tonight's show is not just a concert, it's a celebration and it's a protest!!! After Anti-Flag's last song we invite you to join in a festive march from this show through the streets of DC to the doorstep of those in power. We're going to take our resistance to one of the Inaugural Balls where Bush and his supporters celebrate their power and privilege at the expense of us all.

During the last song of the evening we will distribute buckets, and encourage drumming, chanting and participation from all. Dress warm, and be prepared to head out the door. After the last song we'll exit the space and march down Columbia Road towards 16th Street. We imagine a loud, festive march, that takes the amazing energy surging through tonights show to create an explosive protest against the war on Iraq and the war here at home as well as against all that Bush represents. We will march from the show to the Washington Hilton, located at 1919 Connecticut Ave NW. This is the site of one of tonight's balls. From the march, we will engage in our own protests. We will show people faces behind those of us who resist this administration and sham. We will march to 18th St from Columbia, and make a left on 18th and a right on Florida to get to Connecticut. We will bring people back to the show space afterwards as well. Please remember to be respectful of people in the Columbia Heights neighborhood where we are guests. Watch your surroundings and keep the energy focused where it needs to be - on showing the world our opposition to Bush.

Join us in the streets tonight to send one NO! to the Bush regime and a million yeses to all of the things we can create together.

### J20 COUNTER INAUGURAL BALL

POSITIVE FORCE AND RORSCHACH THEATER PRESENT

# ANTI-FLAG
# Q AND NOT U
# 1905 AND DEL CIELO

LIVE @ SANCTUARY THEATER
1459 COLUMBIA ROAD NWDC
THURSDAY JANUARY 20

DOORS @ 6PM   $5 TO BENEFIT EMPOWER DC
AND JAN 20 PROTEST EFFORTS AGAINST THE 2005 PRESIDENTIAL INAUGURATION

www.positiveforcedc.org

**BECAUSE THIS COUNTRY STILL BELONGS TO US!!!**

---

Tonight's show is a joint effort between Positive Force DC, the Rorschach Theater, Empower DC, a host of groups organizing against Bush's Inauguration, all the bands, speakers, and everyone here. Thanks for coming, and thanks to everyone who helped to make this happen.

Our aim tonight, is to raise money and awareness, to inspire action and to celebrate community and resistance. This is not just a concert, it's a protest!

Together we can make DC - and our world - a community where there is space for everyone not just the rich.

### Tonight's Schedule:

- 7:30pm - Del Cielo
- 8:15 pm - 1905
- 9 pm - Q and Not U
- 10 pm - Anti-Flag
- 11:00pm - Into the Streets!!!

### About some of the groups involved tonight:

**Positive Force DC** is an all volunteer activist group that works for radical social change. We organize benefit concerts like this one, protests, teach-ins and also do direct work with people in need. We could use your help to do all this and more! Please visit our website for more information or stop by our bi-monthly meetings, Saturdays at 1:30pm at the Positive Force Space in the Arthur Flemming Center, 1426 9th Street NW, WDC.

**Iraq Veterans Against the War** is a coalition of American veterans who support our troops but oppose war with Iraq or any other nation that does not pose a clear and present danger to our people and nation.

**The District of Columbia Grassroots Empowerment Project** (Empower DC) is a grassroots organizing project. Its mission is to enhance and improve the self-advocacy of low income and working people in the District of Columbia in order to bring about sustained improvement in their quality of life.

**J20 Legal** is the legal support network for the protest effort against the 2005 Presidential Inauguration. This team is comprised of The D.C. National Lawyers Guild, The D.C. Justice and Solidarity Collective along with other law collectives, and activists plan. They are helping coordinate legal trainings, staff an arrest hotline, participate as on-site legal support as activist observers, help facilitate jail and court solidarity, and work with criminal defense lawyers as needed to provide support for all those protesting in Washington, DC - particulary those who are arrested while expressing their opposition to Bush and all he represents.

Other funds from tonights show will go support other -in need- aspects of the protests against Bush's Inauguration.