# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____ )
**SARAH CARR,** *et. al,*                        )
                                                 )
                        **Plaintiffs,**          )
                                                 )
                                                 )    **Civil Action No. 06-0098 (ESH)**
                                                 )
**DISTRICT OF COLUMBIA,**                         )
                                                 )
                        **Defendant.**           )
_____ )

### ORDER OF REFERRAL

Based upon the status hearing this date, it is hereby

**ORDERED** that this matter is referred to Magistrate Judge Kay for settlement discussions to begin forthwith. On any filing related to settlement discussions, the parties shall place the initials of Judge Ellen Segal Huvelle and the initials of Judge Kay following the case number in the caption. On any other filings in this case, the parties shall only place the initials of Judge Ellen Segal Huvelle after the case number. The parties are to jointly contact the Magistrate Judge in order to schedule the conference.

**SO ORDERED.**


_____/s/_____
ELLEN SEGAL HUVELLE
United States District Judge

Date: October 11, 2007