UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-0098 (ESH) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION REGARDING DISCOVERY TO BE TAKEN OF THE D.C. CHAPTER OF THE NATIONAL LAWYERS GUILD**

Defendant District of Columbia ("District") has propounded Requests for Admissions ("RFA's") to plaintiffs, pursuant to Fed. R. Civ. P. 36, regarding the involvement of the D.C. Chapter of the National Lawyers Guild ("DCNLG") in the planning and promotion of the unlawful march that culminated in the riotous misconduct for which plaintiffs were arrested. These RFA's were intended to inform the District's defense to plaintiffs' theory that their arrest were impermissible unless the arresting officer/s had probable cause to believe that plaintiffs knew that the march lacked a permit. The District does not understand either the First or Fourth Amendment to require such psychic insight on the part of police officers, and contends that these Amendments engender no such requirement. Moreover, such a requirement – which was not addressed in plaintiffs' motion for class certification – necessitates class decertification.

For these reasons, the District respectfully moves the Court to be permitted to hold in abeyance a request for discovery from the non-party DCNLG until the Court has determined, in deciding the substantive motion to be filed herein, whether the validity of these arrests turns on police officers' understanding "that plaintiffs knew both that the march had no written permit

and that police on the scene had decided not to allow the march." Pls Mem at 1-2. Deferring the issue may save judicial resources, the parties' resources, and the resources of the D.C. Chapter of the National Lawyers Guild, if, in fact, the First and Fourth Amendments do not compel the analysis plaintiffs advocate.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        /s/ Ellen A. Efros
        ELLEN A.EFROS [250746]
        Chief, Equity Section I

        /s/ Thomas L. Koger
        THOMAS L. KOGER [427921]
        Senior Assistant Attorney General

        /s/ Jayme Kanter
        JAYME KANTER [488502]
        Assistant Attorney General
        441 Fourth Street, NW, 6th Floor South
        Washington, DC 20001
        (202) 724-6610; 724-6627 (phone)
        (202) 727-3625 (fax)
        E-mail:  Thomas.Koger@dc.gov
                Jayme.Kanter@dc.gov

        Attorneys for Defendant District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARAH CARR,** *et al.,* : | |
| **Plaintiffs,** : | |
| vi. : | Civ. Action No. 06-0098 (ESH) |
| **DISTRICT OF COLUMBIA,** *et al.*, : | |
| **Defendants.** : | |

## ORDER

Upon due consideration of Defendant District of Columbia's Motion Regarding Discovery To Be Taken Of The D.C. Chapter Of The National Lawyers Guild, the response thereto, if any, the record herein and the interests of justice, it is this ____ day of October 2007 ,

ORDERED, that motion is GRANTED; and it is further

ORDERED that defendant may file its Motion Seeking Leave To Take Discovery Of The D.C. Chapter of the National Lawyers Guild within 10 days of this Court's disposition of plaintiffs' motion for summary judgment and defendant's cross-motion for summary judgment.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Serve upon:
All counsel of record