UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

SARAH CARR, *et al.*,       )
                            )
            Plaintiffs,     )
                            )
      v.                    )   Civ. A. No. 06-00098 (ESH)
                            )
DISTRICT OF COLUMBIA,       )
                            )
            Defendant.      )
_____)

### ORDER

On consideration of plaintiffs' motion for scheduling order, it is

ORDERED that plaintiffs' motion is granted. The parties will file their motions, oppositions, and replies on or before the applicable dates stated below:

January 25, 2008, plaintiffs' motion for partial summary judgment; [on liability only]

February 22, 2008, defendant's opposition, cross motion ~~and any discovery~~ motion; [and relates to liability]

March 14, 2008, plaintiffs' reply and opposition(s); and

March 28, 2008, defendant's reply or replies.

10/10/07
_____
Date

_Ellen S Huvelle_
_____
Ellen Segal Huvelle
United States District Judge

Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036