UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civ. A. No. 06-00098 (ESH) |

**ORDER**

The parties having agreed, it is

ORDERED that on or before November 15, 2007, defendant will deliver to plaintiffs the records in defendant's possession, custody, or control pertaining to the identity or location of any juvenile who was detained by police at or about the same time and place as the arrest of the plaintiff class representatives.

_____          _____
Date                                                    Ellen Segal Huvelle
                                                             United States District Judge

Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, D.C. 20009

Counsel for Plaintiffs

Ellen A. Efros
Thomas L. Koger
Assistant Attorneys General
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001

Counsel for Defendant