UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SARAH CARR, *et al.*,  )
)
Plaintiffs,  )
)
v.  )  Civ. A. No. 06-00098 (ESH)
)
DISTRICT OF COLUMBIA,  )
)
Defendant.  )
)

## ORDER

The parties having agreed, it is

ORDERED that on or before November 15, 2007, defendant will deliver to plaintiffs the records in defendant's possession, custody, or control pertaining to the identity or location of any juvenile who was detained by police at or about the same time and place as the arrest of the plaintiff class representatives.

10/30/07
Date

Ellen S Huvelle
Ellen Segal Huvelle
United States District Judge

Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036