UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 06-00098 (ESH) |

**CONSENT MOTION TO ENLARGE TIME WITHIN WHICH TO COMPLY WITH COURT ORDER TO DELIVER JUVENILE RECORDS TO PLAINTIFFS' COUNSEL**

The District of Columbia, by its attorney the Office of the Attorney General for the District of Columbia, respectfully requests this Court grant an enlargement of time within which to deliver to Plaintiffs any records in the Defendant's possession, custody or control pertaining to the identity or location of any juvenile who was detained by police at or about the same time and place as arrest of the plaintiff class representatives.

Defendant has incurred difficulty in procuring this information due to confidentiality issues regarding juvenile records and the lack of identifying information, mainly names, of individuals for whom a record is sought.

Pursuant to LCvR 7(m), the undersigned Assistant Attorney General has contacted counsel for the Plaintiffs who consents to a 30-day extension to produce this information. Defendant has attached a proposed order.

WHEREFORE, Defendant respectfully requests this Honorable Court grant Defendant an enlargement of time to December 14, 2007, by which to comply with the Court's Order to deliver the aforementioned records.

          Respectfully submitted,

          LINDA SINGER
          Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          ___/s/ Ellen A. Efros_____
          ELLEN A. EFROS [250746]
          Chief, Equity I Section
          Civil Litigation Division

          __/s/ Thomas L. Koger_____
          THOMAS L. KOGER [427921]
          Senior Assistant Attorney General

          __/s/  Jayme B. Kantor_____
          JAYME B. KANTOR [488502]
          Assistant Attorney General
          441 4th Street, N.W.
          6th Floor South
          Washington, D.C. 20001
          P(202) 724-6627
          F(202) 727-3625