UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, et. al., ) | |
| ) | Civil Action No.: 06-00098 (ESH) |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant's Consent Motion to Enlarge Time Within Which To Comply With Court Order to Provide Juvenile Records to Plaintiffs' Counsel, and the entire record herein, it is, by this Court on this _____ day of _____, 2007, hereby:

**ORDERED**:  that Defendant's Motion is **GRANTED**, and

**FURTHER ORDERED**:   that Defendant will deliver to Plaintiffs' counsel the records in Defendant's possession, custody, or control pertaining to the identity or location of any juvenile who was detained by police at or about the same time and place as the arrest of the Plaintiff class representative on or before **December 14, 2007**.

_____
Judge Ellen Segal Huvelle
United States District Court

Copies to:
All Counsel of Record