UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, et. al., ) | |
| ) | Civil Action No.: 06-00098 (ESH) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PRAECIPE REGARDING DISCOVERY OF JUVENILE RECORDS**

The District of Columbia, by its attorneys the Office of the Attorney General for the District of Columbia, informs the Court as follows regarding the Court's Order of October 30, 2007:

1. The parties consented to the discovery of potential juvenile records in the possession of defendants for juveniles who were detained by police at or about the same time and place as the arrest of plaintiff class representatives.

2. The undersigned Assistant Attorney Generals researched this matter and believed that the Superior Court of the District of Columbia needed to issue an order to permit the search of and access to any juvenile records in the Office of the Attorney General and the Metropolitan Police Department. D.C. Code § 16-2331 through 2333.

3. The undersigned applied for such access and on December 5, 2007, the Superior Court's Presiding Judge of Family Court, Judge Anita Josey-Herring, granted the District's application to inspect any existing juvenile case records

      maintained pursuant to D.C. Code § 16-2331 and any police or prosecution records pursuant to D.C. Code § 16-2333.

4.    Additional difficulty in locating the existence of any related records included the confidential nature of juvenile records and the lack of any identifying information of any juveniles Plaintiffs allege to have been arrested.

5.    Pursuant to this order, the undersigned has confirmed with the Metropolitan Police Department and with the Juvenile Section of the Office of the Attorney General that no such records exist. Declarations in support are filed herewith.

      Respectfully submitted,

      LINDA SINGER
      Attorney General for the District of Columbia

      GEORGE C. VALENTINE
      Deputy Attorney General
      Civil Litigation Division

      \_\_\_/s/ Ellen A. Efros_____
      ELLEN A. EFROS [250746]
      Chief, Equity I Section
      Civil Litigation Division

      \_\_/s/ Thomas L. Koger_____
      THOMAS L. KOGER
      Senior Assistant Attorney General

      \_\_ /s/ Jayme B. Kantor _____
      Jayme B. Kantor [488502]
      Assistant Attorney General
      441 4th Street, N.W.
      6th Floor South
      Washington, D.C. 20001
      P(202) 724-6627
      F(202) 727-3625