UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, et. al., ) | |
| ) | Civil Action No.: 06-00098 (ESH) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**DECLARATION IN SUPPORT OF DEFENDANT'S RESPONSE TO COURT
ORDER TO PRODUCE JUVENILE RECORDS**

I, Deloris Hunter, Manager of Records for the Metropolitan Police Department ("MPD"), hereby do declare under penalty of perjury the following information to be true and accurate to the best of my knowledge at this time:

1) I am over the age of 21.

2) I am presently employed as the Manager of the Records Branch for the Metropolitan Police Department. The Records Branch has been under my oversight since September 2000.

3) I was recently asked by the Office of the General Counsel of the department to produce the arrest records of every juvenile who was arrested on January 20 -21, 2005, in the general area where the plaintiffs in the instant litigation were arrested.

4) MPD has conducted a search of its records for any and all information pertaining to the Court's order to produce arrest information for juveniles who may have been detained by police at or about the same time and place as the arrest of the plaintiff class representatives.

5) In conducting this search, MPD reviewed the diversion books for January 20, 2005 through January 21, 2005, in the Youth Division of MPD where juveniles would have been processed.

6) I searched the Records Branch files and found no record of any juvenile being booked for "Parading Without a Permit" on or about the time and place in question. I further searched the Criminal Justice Information System ("CJIS") in both the juvenile and adult system and found that no juvenile was taken into custody on that charge.

7) MPD has no record of a juvenile being brought to the Juvenile Processing Center during the 2005 inauguration and has no bookings for the dates of January 20, 2005 or January 21, 2005, for any juveniles for any offense related to the inauguration.

8) I have conferred with other MPD personnel and can affirm that I was advised that no juvenile records exist within MPD's possession, custody or control that pertain to the arrest time and place of the plaintiff class representatives as described in the complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 13, 2007

Deloris Hunter, Manager of Records
Metropolitan Police Department