UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, et. al., ) | |
| ) | Civil Action No.: 06-00098 (ESH) |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

DECLARATION IN SUPPORT OF DEFENDANT'S RESPONSE TO COURT
ORDER TO PRODUCE JUVENILE RECORDS

I, Barbara Chesser, Assistant Chief for Papering and Operation of the Juvenile Section of the Office of the Attorney General ("OAG") for the District of Columbia, hereby do declare under penalty of perjury that the following information is true and accurate to the best of my knowledge at this time:

1) I have been employed by the OAG for seven years and the Assistant Chief for approximately three and one half years.

2) I conducted a search of the Juvenile Section's case management database for information on any juveniles arrested and presented to OAG by law enforcement on the dates of January 19-22, 2005, and whose offenses occurred on or between those same dates. Among other identifying information, I looked at the charges and the district in which the arrests occurred. I found no juveniles who were arrested and presented to this office at the time and location of the Plaintiffs' class representatives. I am not attesting to the accuracy of the database; but I affirm that I searched the database to the best of my ability and obtained the aforementioned results.

3) I conducted a search of the paper presentment lists for arrests of juveniles ("the lock-up list" or "Juvenile Detention List") on the dates of January 19-22, 2005. This is a list of juveniles arrested and processed through the Metropolitan Police Department Juvenile Processing Unit. It is prepared by that Unit. I found no juveniles who were arrested and presented to this office at the time and location of the Plaintiffs' class representatives.

4) Based on the aforementioned searches, I am not aware of any juveniles who were arrested and presented to this office at the time and location of the Plaintiffs' class representatives.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 12, 2007

Barbara Katenbrink Chesser, Assistant Section Chief
Juvenile Section
Office of the Attorney General, D.C.