UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On consideration of plaintiffs' motion for partial summary judgment on liability, it is

ORDERED that plaintiffs' motion is granted. Under 42 U.S.C. § 1983 and District of Columbia law, defendant District of Columbia is liable to the named plaintiff class representatives and the plaintiff class for arresting them on the night of January 20-21, 2005, in violation of the First and Fourth Amendments to the Constitution of the United States and District of Columbia law.

Defendant District of Columbia is liable to plaintiff Chelsea Kirk under District of Columbia law for assault and battery for over-tightening of her handcuffs on that same night.

Defendant District of Columbia is liable to plaintiff Matthew Singer under District of Columbia law for assault and battery for spraying him with pepper spray on that same night.

Date

Ellen Segal Huvelle
United States District Judge

Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, D.C. 20009

Counsel for Plaintiffs

Ellen A. Efros
Thomas L. Koger
Jayme Kantor
Richard Love
Assistant Attorneys General
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001

Counsel for Defendant