UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al*., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. A. No. 06-00098 (ESH) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABIILTY**

# Exhibit B

# Excerpts, Deposition of Allyson Kirk

Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National
Lawyers Guild and the American Civil
Liberties Union of the National Capital Area

Counsel for Plaintiffs

1

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3   - - - - - - - - - - - - - - X

 4   SARAH CARR, et al.             :

 5                    Plaintiffs,   :

 6      vs.                         : Civil Action No:

 7   DISTRICT OF COLUMBIA,          : 06-00098 (ESH)

 8                    Defendant.    :

 9   - - - - - - - - - - - - - - X

10                    Washington, D.C.

11              Monday, August 13, 2007

12

13   Deposition of:  ALLYSON MARGARET KIRK, a witness

14   herein, called for examination by counsel for

15   Defendant in the above-entitled matter, pursuant

16   to notice, taken at the offices of the Attorney

17   General for the District of Columbia, 441 4th

18   Street, N.W., Washington, D.C., beginning at 10:30

19   a.m., before Curtis R. Cloward, CSR, a court

20   reporter and notary public in and for the District

21   of Columbia, when were present on behalf of the

22   respective parties:
```

2

```
 1   APPEARANCES:

 2

 3        On behalf of the Plaintiff:

 4             GAFFNEY & SCHEMBER, P.C.

 5             BY:  SUSAN B. DUNHAM, ATTORNEY AT LAW

 6             1666 Connecticut Avenue, N.W., Suite 225

 7             Washington, D.C. 20009

 8             (202) 328-2244

 9             dunham_susan&hotmail.com

10

11             AMERICAN CIVIL LIBERTIES UNION

12             OF THE NATIONAL CAPITAL AREA

13             BY:  FRITZ MULHAUSER, ESQ.

14             1400 20th Street, N.W., Suite 119

15             Washington, D.C. 20036

16             (202) 457-0800

17             fmulhauser@aol.com

18

19

20

21

22
```

1   APPEARANCES (Continued):

2

3        On behalf of the Defendant:

4             OFFICE OF THE ATTORNEY GENERAL

5             FOR THE DISTRICT OF COLUMBIA

6             BY:   THOMAS KOGER, ESQ.

7             One Judiciary Square

8             441 4th Street, N.W., Suite 600 South

9             Washington, D.C. 20001

10            (202) 724-6610

11            thomas.koger@dc.gov

12

13   ALSO PRESENT:  Sara Axeen, Chelsea Marie Kirk

14

15

16

17

18

19

20

21

22

4

1                      I N D E X

2    WITNESS

3    ALLYSON MARGARET KIRK

4    EXAMINATION BY:                          PAGE

5        By Mr. Koger                      5, 182

6        By Ms. Dunham                  166, 186

7

8

9

10                   E X H I B I T S

11   NUMBER              DESCRIPTION        PAGE

12   1        Complaint ......................... 10

13   2        Plaintiff's Responses to  .......... 11
         Defendant's Interrogatories
14
     2-A      Supplemental Response to  .......... 11
15       Interrogatories

16   3        Flier ............................. 47

17   4        Indymedia Blog .................... 65

18   5        Collateral/Bond Receipt ........... 123

19   6        Declaration of Cathy Lanier ....... 128

20
     (Exhibit 2-A retained by counsel, not attached.)
21

22                      -oOo-

46

```
 1        Q.     And Del Cielo, C-i-e-l-o, also

 2   performed.

 3               Do you have a sense of where you were

 4   when the bands were performing that you did not

 5   see?

 6        A.     Yes.  We were in the other separate

 7   room sitting at tables and reading literature,

 8   resting.  And at one point we were talking to the

 9   members of the band of Anti-Flag.

10        Q.     I see.

11               What was the -- what was the literature

12   about that was presented in the other room?

13        A.     It was varying literature, mainly

14   anti-war, anti-Bush literature.  I don't remember

15   specific names, but it was all of a political

16   theme, mostly a political theme that I saw.

17        Q.     At some point you received a flier

18   relating to an after-concert march; is that

19   correct?

20        A.     Yes.

21        Q.     How did you get that flier?

22        A.     It was being handed out by people at
```

1   the church close to the time we arrived when we

2   were walking into the church.

3                           (Defendant's Exhibit No.

4                           3, marked for

5                           identification.)

6            BY MR. KOGER:

7        Q.    Ms. Kirk, you have been handed a

8   document marked Exhibit 3 for your deposition;

9   right?

10       A.    Yes.

11       Q.    Okay, does that reflect the contents of

12  the flier that you received at the anti-inaugural

13  concert?

14       A.    Yes.

15       Q.    Did you have occasion while you were at

16  the concert to observe whether many of the people

17  in attendance received such fliers?

18       A.    Yes.   There were -- we did see other

19  people that had fliers and there was -- the people

20  who were handing out fliers were near the entrance

21  when people were coming in so they were handing

22  them out to many people.

48

```
 1        Q.    Would you say fliers appeared to be

 2   available for anyone that wanted one?

 3        A.    I did not see that.  I recall fliers

 4   sitting on a table or, you know, available to get

 5   at any time.  But they were handed to people as

 6   they walked in, so -- when we walked in anyway, so

 7   -- which was right when the doors opened.

 8        Q.    Did it appear -- did it appear to you

 9   that most of the people that you saw at the

10   concert had received such a flier?

11        A.    I did not see that everyone -- that --

12   I mean, people -- most -- when I get fliers I put

13   them in my pocket, so I didn't see everyone had a

14   flier.  But people who walked in at the same time

15   we walked in were handed a flier.

16        Q.    While you were there did you have any

17   conversations with anyone about the contents of

18   the flier?

19        A.    Just myself and Chelsea and Josh.

20        Q.    And what was the nature -- what was the

21   substance of the conversation?

22        A.    Pure excitement.  We were very excited
```

49

1   because not only was it -- we enjoy demonstrations

2   in general, so that was nice.  But it was also a

3   way to continue the momentum of the day and

4   actually have another demonstration at one of the

5   inaugural balls.

6         Q.    Which inaugural ball?

7         A.    I was at the Hilton Hotel.

8         Q.    Do you know which of the inaugural

9   balls that was?

10        A.    No, I don't.

11        Q.    What was contemplated with regard to a

12  demonstration at the inaugural ball at the Hilton?

13        A.    We were anticipating loud positive

14  energy, having buckets to drum on and people -- I

15  think one person had a megaphone to chant peace

16  slogans.  Mainly create as much as noise as

17  possible and bring the feeling of the people in

18  opposition right to the doorstep of their

19  inauguration.

20        Q.    When you say loud positive energy, what

21  do you mean by "positive?"

22        A.    Let me see, positive as far as creating

```
 1                 (Whereupon, there was a short pause in

 2      the proceedings.)

 3                 MR. KOGER:  Back on the record.

 4                 BY MR. KOGER:

 5         Q.    You did go outside, you did leave the

 6      concert area to participate in the march; is that

 7      right?

 8         A.    Yes.

 9         Q.    There came -- you came, at some point,

10      to an area where the march was commencing?

11         A.    Yes.

12         Q.    What did you find when you got there?

13         A.    We walked outside in the front of the

14      church and saw the march commencing to the right

15      on the road.

16         Q.    Columbia Road?

17         A.    Yes.

18         Q.    How many people would you estimate were

19      in the march at that point?

20         A.    I'm not exactly sure, but I would

21      estimate about a hundred people.

22         Q.    Did the march come to include more
```

1    people, in your estimation, than a hundred as you

2    continued?

3        A.    It was hard to see because we were near

4    the end of the march the whole time so I didn't

5    really see the span of how long it was.

6        Q.    Okay, it started out on Columbia Road?

7        A.    Yes.

8        Q.    At the point where it started, did the

9    marchers occupy the entire open roadway of

10    Columbia Road?

11        A.    It appeared so, yes.

12        Q.    And did they also take up sidewalk

13    areas along that area of along the road?

14        A.    I believe there were some people on the

15    sidewalk too.

16        Q.    At the beginning of the march did

17    people have drums that were plastic buckets?

18        A.    Yes.

19        Q.    Did people have torches?

20        A.    Yes.

21        Q.    How many drummers would you say there

22    were?

```
 1        A.     I guess I can't comfortably make that

 2   because I don't know the time frame on the videos,

 3   so, yes.

 4        Q.     That's a long question to ask that

 5   answer.

 6        A.     Um-hum.

 7        Q.     There was a police car behind the march

 8   that you were a part of when you saw the

 9   projectiles being thrown; right?

10        A.     Yes.

11        Q.     How far was -- how far was the window

12   from where you were when it got broken?

13        A.     The windshield?

14        Q.     No, I'm going back to "I saw a

15   projectile break a glass window."

16        A.     I'm referring to the glass windshield.

17        Q.     Oh, okay.

18        A.     Sorry if that was misworded.

19        Q.     Not a problem.

20               Did you see any -- did you see a bank

21   window get broken?

22        A.     I did not.
```

1      Q.     Did you see any windows in any

2    buildings get broken?

3      A.     No.

4      Q.     How much time passed from the spray

5    painting incident to the brick-into-the-police-car

6    incident?

7      A.     I would estimate between seven and ten

8    minutes.  It wasn't very long, but maybe a few

9    blocks.

10      Q.     At some point you and your sister and

11    her boyfriend decided that you wanted to separate

12    yourself from the march; right?

13      A.     Yes.

14      Q.     What triggered that decision?

15      A.     The police window being broken.

16      Q.     And when you say the police window you

17    are talking about the windshield and not the

18    window of the Latino Liaison Metropolitan Police

19    Department office along Columbia Road; right?

20      A.     Yes, sorry, the police windshield of

21    the car behind us.

22      Q.     Accordingly, the observation of the

1    spray painting did not deter you from continuing

2    along the march; right?

3        A.    No, it did not.  The individuals who

4    were spray painting quickly ran away from our

5    vicinity right after spray painting so we did not

6    feel they were a part of the march.

7        Q.    Did they have backpacks?

8        A.    I don't believe so.  I think they were

9    -- they were dressed in all black and they had

10   jackets on.  Maybe a small bag, but I don't

11   recall.

12       Q.    Did you see any number of persons in

13   the march wearing backpacks?

14       A.    Some had bags.  We -- Josh actually had

15   a bag.  We had food and water from previous --

16   earlier that day.

17       Q.    Did you see any construction sites

18   along the route that the march took while you were

19   with it?

20       A.    Not that I remember, no.

21       Q.    No place to pick up a loose brick?

22       A.    Not that I remember -- I didn't see any

1    construction sites.  There must have been if --

2    it's not the best area, so there were maybe loose

3    pieces of concrete in the road, but I didn't see

4    any bricks, no.

5         Q.    Any places open that sell spray paint

6    at 11:00 to 11:30 along the route?

7         A.    No, not that I know of.  Maybe CVS.

8         Q.    Did you pass a CVS?

9         A.    Yes, at one point.

10        Q.    Okay.

11             In essence, if I understand you, it was

12   the police windshield brick incident that made you

13   decide it would be well to leave; right?

14        A.    Yes.

15        Q.    Okay, what happened once the windshield

16   got broken?

17        A.    We, Chelsea, Josh and I, decided to

18   distance ourselves from the march.  We moved --

19   fell back from the march and moved onto the

20   sidewalk.

21        Q.    Previously you had been in the roadway?

22        A.    Most of the time.  There was -- it was

1  crowded and there were cars parked along the road

2  so there were times we had to go on the sidewalk

3  to get around that.

4       Q.    But the march, in the main, was in the

5  roadway at all times?

6       A.    Yes.

7       Q.    As you were dropping back you were

8  moving in a direction of a police car, weren't

9  you?

10      A.    We were moving in the direction still

11 with -- that the march was headed and there was a

12 -- there were the police cars near us.  I didn't

13 see any.  I could hear police cars and I could

14 here sirens, but I did not see a police car ahead

15 of us.

16      Q.    Okay, you were -- is it fair to say

17 that you were retreating to the -- to the rear of

18 the march in distancing yourself from it?

19      A.    Yes, we had already been at the rear

20 the whole time but we were falling back further to

21 distance ourselves from the main group of people.

22      Q.    And the police were following the march

1   group seemed to be slightly disorganizing, I guess

2   you would say.

3          We had already broken off from the

4   group and were behind, basically looking for a way

5   to get back to the main road or back to the

6   church.  Because we really were not familiar with

7   the area and knew no other Metro station nearby,

8   so we moved more further down Belmont.

9          It was just Chelsea, Josh and I.  I

10  believe there were a couple of people following

11  behind us and we were talking about how to get

12  back to the Metro or what road we were on or where

13  we were basically.

14         And we decided -- we -- while we were

15  moving forward on Belmont we could see more

16  commotion again ahead of us as in more cops coming

17  in on foot.  The lights were still shining from

18  the helicopter and there were sirens coming from

19  that angle.

20         So, we turned right onto an alleyway.

21  Partially to avoid the commotion that was going on

22  up with the police and the protesters, and then

1   also because it appeared that alleyway connected

2   to the original road that we had been on.  So we

3   turned down that road, hopefully getting back to

4   where the church was.

5        Q.    And what happened?

6        A.    We got just a slight way down the

7   alley, Chelsea, Josh and I and a few other people

8   behind us.  And there were police that came in and

9   blockaded the end of alleyway and in riot gear.

10       Q.    Where did they come from?

11       A.    The other road.

12       Q.    So they are --

13       A.    Coming.

14       Q.    -- they are coming towards you?

15       A.    Correct.

16       Q.    Okay.

17       A.    There were maybe ten police or so

18  dressed in riot gear.  And they started shouting

19  but it was still far so we couldn't really hear

20  what they were saying, so we kept moving forward.

21            We decided that it would be -- that we

22  should just go forward and try to talk to the

1    police and say that we were just trying to get

2    back to the Metro.  And we had already distanced

3    and removed ourselves from the march and we were

4    just trying to get back home at this point, so we

5    decided to try to approach the police.

6              And one of the them in the middle of

7    the group knelt down and aimed a gun at us and we

8    stopped at that point.  And we were close enough

9    too so we could start to hear what they were

10   saying.  And they were saying freeze, get back,

11   get back, stop moving, freeze, put your hands on

12   your head.  And so, we stopped and put our hands

13   on our head.

14        Q.   What can you tell me about the officer

15   who knelt and pointed a gun at you?

16        A.   He was smaller stature than the other

17   police, but unfortunately can't make out too much

18   detail because they were all dressed in the same

19   riot gear.  But he was in the center of the group

20   of them and was a shorter man, I believe.

21        Q.   Visor up or down?

22        A.   Down.

115

1   basically where we were going; we're just trying

2   to go home; we're not trying to get arrested;

3   we're just trying to go home.

4           And the officers just continuously

5   yelled and told us to shut up and yelled

6   obscenities such as get your F-ing asses moving,

7   get your F-ing hands on your head, shut up

8   multiple times when we were trying to ask

9   questions.  So, we, at that point, stopped

10  talking.

11          And they herded us into an adjacent

12  alley that was just a little forward from where we

13  were standing.  By "herded" I mean moved from

14  behind us and were pushing.  I was walking so I --

15  I personally wasn't pushed.  But it was a very icy

16  area so we were walking slowly because of the fact

17  that there was a thin cover of ice on the

18  pavement.

19          And so, at one point one of the police

20  pushed Chelsea and she almost fell down.  She had

21  to catch herself on her hands on the ice.  And

22  they were basically pushing the people, that small

135

```
 1        A.     Yes.

 2        Q.     Okay, and I'm asking you whether you

 3   would know Cathy Lanier if you saw her?

 4        A.     No.

 5        Q.     Did you see a woman driving one of the

 6   vehicles that was behind the march?

 7        A.     No, I could not see who -- you know,

 8   the gender of the person driving the car.

 9        Q.     Did you see a woman at any point emerge

10   from one of the vehicles?

11        A.     No.

12        Q.     Are there other statements with which

13   you disagree?

14        A.     (Reading.)  I disagree with the

15   statement in paragraph 9, that she says there was

16               "...a large number of the

17               participants in the unlawful parade

18               were destructive and violent."

19   because that was not the case.

20               There was -- there were individuals

21   committing the acts.  It was not the -- it was not

22   a large number of the participants that were
```

136

1    disruptive and violent.

2              And also how she says in that same

3    paragraph that "To have attempted to

4              negotiate with the `organizers' of

5              this procession would have placed

6              ...[the] police officers and the

7              demonstrators at a risk of being

8              injured."

9              There would have been no need to

10   negotiate with any organizers of the protest.  All

11   she would have had to have done would be give a

12   verbal order to disperse and it would have allowed

13   protesters to disperse or even have the option to

14   do so.

15       Q.    Accepting for the purposes of the

16   question, that having issued a dispersal warning

17   would have put demonstrators on notice that the

18   police were calling upon them to disperse, would

19   it not be speculation to attempt to answer how any

20   number of the protesters would respond to the

21   dispersal order?

22       A.    It would be speculation to try to

1    expungement of your arrest record.  And you also

2    mentioned a public apology.

3              Is there anything else that comes to

4    your mind that would help unchill your chilled

5    enthusiasm?

6        A.    I would hope that this lawsuit, if --

7    that this lawsuit would bring to the attention of

8    the police department the importance of giving a

9    warning to disperse.  Because of the fact that we

10   really felt that we were -- or we didn't feel, we

11   were swept up along with independent bystanders

12   that night who weren't involved with the march,

13   just doing a mass sweep of protesters, when there

14   are a few individuals committing unlawful acts.

15             I would hope that this lawsuit would

16   bring to the attention that that's not acceptable,

17   to just arrest everyone in a group when there are

18   a few individuals that -- that were the ones

19   committing the acts.

20             Especially the fact that there was no

21   attempt that night made by the police to even find

22   out who was committing the acts of vandalism or

168

1    destruction of property.

2           You know, you mentioned how did anyone

3    try to stop the person from throwing the brick.

4    You know, none of the protesters did, but none of

5    the police did either.  I mean, they were very

6    close to the person who threw the brick.

7           It was very -- it was a mass sweep

8    arrest of people who the majority of which in the

9    march were peacefully demonstrating.  And I would

10   hope that this lawsuit would bring that to the

11   attention of -- of everybody in the future so

12   peaceful protesters won't be wrongfully arrested

13   in the future.

14   Q.    You testified earlier today regarding

15   the flier announcing the march.  And you also

16   testified about individuals who, during the

17   concert, made announcements about the upcoming

18   march and inviting people to participate in that

19   march.

20          Did there appear to be anything to you

21   to be different about this march than other

22   marches you had attended and participated in in

1  any other march I've ever been to in D.C.

2      Q.    You testified earlier today that you

3  had observed spray painting at a certain point in

4  the march by two individuals who spray painted on

5  buildings and then ran away.

6          Do you recall where those individuals

7  were located when they spray painted?

8      A.    Yes.  They were on the right side of

9  the march where -- when we saw them they were --

10  we were near the end of the group, so they ran up

11  along the right side from behind the march, spray

12  painted on buildings on the right side where we

13  were and then ran along the sidewalk on the

14  right-hand side up past of the march.

15      Q.    What, if anything, did any of the other

16  marchers say to those persons responsible for the

17  spray painting?

18      A.    There were a couple people around me

19  that were asking, like, hey, what are you doing.

20  You know, why are you doing that, why are you

21  spray painting, singling them out.  You know, like

22  inquiring about who they were and what they were

1  doing.

2            Josh, who was with us in our group, who

3  was, it seemed, very upset by the fact that they

4  were spray painting because we didn't want that to

5  be.  You know, we didn't want that, you know,

6  those kind of people and that kind of vandalism to

7  be reflecting on what we were trying to do as far

8  as marching peacefully and raising awareness.

9            Josh said to the -- yelled to them hey,

10  what you are doing, that's not what this is about.

11  And they didn't respond but they kept running.

12      Q.    After the other marchers said that to

13  those persons who had been spray painting what, if

14  anything, was going through your own mind as to

15  whether or not you could safely continue with the

16  march?

17      A.    At that point we felt -- we felt okay.

18  It felt comfortable about continuing with the

19  march because the mood of the march was, you know,

20  still very upbeat, still very positive.

21            When the people with the spray painting

22  finished their symbols on the buildings that they

172

1  were doing near us and they kept running ahead of

2  us, we felt -- or, you know, we saw that they had

3  left where the march was; they had kept running.

4  And so, we felt comfortable continuing with the

5  march because those people were no longer in the

6  vicinity.   The acts of vandalism were no longer

7  around us.

8        Q.     Referring now to Exhibit 4, which is a

9  comment that you had posted on the D.C. Indymedia

10  Web site in response to an article that had been

11  published on that Web site, you wrote in this

12  posting that you had no regrets.

13              Is that correct?

14       A.     That's correct.

15       Q.     Do you stand by that statement?

16       A.     I have no regrets about participating

17  in this march; I have no regrets about going to

18  the concert.

19              It was the intention and the purpose of

20  the concert and the march thereafter was to carry

21  the momentum of the demonstrations of the day and

22  carry the opposition to the inauguration that was

1    the theme of the day on into the night.  That was

2    the purpose of us going.

3              We have -- I have no regrets about

4    going to the march and about participating in that

5    evening.  Because it was, you know, towards the

6    beginning of the march and the whole concert, a

7    very energizing and uplifting, motivating feeling

8    of unity amongst people and protesters who were

9    all there for the same purpose at that time.

10             I do have regrets about the arrest that

11   occurred and about my experience with the police.

12   Not -- I don't regret my actions, because I did

13   not -- I don't feel I did anything unlawful that

14   would have deserved an arrest.

15             But I do have regrets about the way the

16   police were conducting themselves with us and the

17   experience in the jail or in the holding facility.

18        Q.   You testified extensively earlier today

19   concerning what you meant by certain words and

20   phrases in the comments that you wrote contained

21   in Exhibit 4, including comments on revolutionary

22   action, comments on militant action and other