UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al*., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. A. No. 06-00098 (ESH) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABIILTY**

# Exhibit C

# Excerpts, Deposition of Chelsea Kirk

# Deposition Exhibit 2

Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National
Lawyers Guild and the American Civil
Liberties Union of the National Capital Area

Counsel for Plaintiffs

1

```
1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3    - - - - - - - - - - - - - - X

4    SARAH CARR, et al.           :

5                     Plaintiffs,  :

6       vs.                       : Civil Action No:

7    DISTRICT OF COLUMBIA,         : 06-00098 (ESH)

8                     Defendant.   :

9    - - - - - - - - - - - - - - X

10                   Washington, D.C.

11                 Tuesday, August 14, 2007

12

13   Deposition of:  CHELSEA MARIE KIRK, a witness

14   herein, called for examination by counsel for

15   Defendant in the above-entitled matter, pursuant

16   to notice, taken at the offices of the Attorney

17   General for the District of Columbia, 441 4th

18   Street, N.W., Washington, D.C., beginning at 10:10

19   a.m., before Curtis R. Cloward, CSR, a court

20   reporter and notary public in and for the District

21   of Columbia, when were present on behalf of the

22   respective parties:
```

2

```
 1   APPEARANCES:

 2

 3       On behalf of the Plaintiff:

 4           GAFFNEY & SCHEMBER, P.C.

 5           BY:  SUSAN B. DUNHAM, ATTORNEY AT LAW

 6           1666 Connecticut Avenue, N.W., Suite 225

 7           Washington, D.C. 20009

 8           (202) 328-2244

 9           dunham_susan&hotmail.com

10

11           AMERICAN CIVIL LIBERTIES UNION

12           OF THE NATIONAL CAPITAL AREA

13           BY:  FRITZ MULHAUSER, ESQ.

14           1400 20th Street, N.W., Suite 119

15           Washington, D.C. 20036

16           (202) 457-0800

17           fmulhauser@aol.com

18

19

20

21

22
```

3

```
1   APPEARANCES (Continued):

2

3        On behalf of the Defendant:

4            OFFICE OF THE ATTORNEY GENERAL

5            FOR THE DISTRICT OF COLUMBIA

6            BY: JAYME KANTOR, ATTORNEY AT LAW

7                THOMAS KOGER, ESQ.

8            One Judiciary Square

9            441 4th Street, N.W., Suite 600 South

10           Washington, D.C. 20001

11           (202) 724-6610

12           thomas.koger@dc.gov

13

14  ALSO PRESENT:  Allyson Kirk

15

16

17

18

19

20

21

22
```

4

1                          I N D E X

2    WITNESS

3    CHELSEA MARIE KIRK

4    EXAMINATION BY:                              PAGE

5        By Ms. Kantor                     5, 211

6        By Ms. Dunham                         207

7

8

9

10                      E X H I B I T S

11

12   NUMBER             DESCRIPTION            PAGE

13   1        Answers to Interrogatories .......... 10

14   2        Supplemental Response to  ........... 11

15            Interrogatories

16   3        Flier ............................... 30

17   4        MapQuest Map ........................ 49

18   5        Collateral/Bond Receipt ............ 192

19

20                         -oOo-

21

22

1    did you know that there was going to be a march

2    afterwards.

3        A.    No.

4        Q.    How did you learn that there was going

5    to be a march afterwards?

6        A.    When we arrived at the church I'm

7    pretty sure that they were passing out fliers as

8    we were coming in the door.  And I remember before

9    any of the bands had started we were just all

10   sitting in this room and that's when I started

11   reading the flier.  And the flier had mentioned

12   the march afterwards.

13       Q.    Okay.

14            MS. KANTOR:  I would like to have the

15   flier marked as Exhibit 2.

16                         (Defendant's Exhibit No.

17                         2, marked for

18                         identification.)

19            BY MS. KANTOR:

20       Q.    Can you take a look at what I've marked

21   as Exhibit 2?

22       A.    (Complies.)  Yes.

1      Q.    Is that the flier that you were talking

2   about?

3      A.    Yes.

4      Q.    And have you seen this flier since the

5   concert in January --

6      A.    Yes.

7      Q.    -- of 2005?

8            When did you last see it?

9      A.    I believe I made a copy of it to send

10  to the lawyer with the -- at the beginning of this

11  process.  And I also saw it yesterday as my

12  sister's deposition.

13     Q.    When was it that you made a copy of it?

14     A.    I don't recall.  It was whenever she

15  had asked me if I had a copy of it and I just

16  scanned a copy of it.  It was years ago in the

17  beginning of this.

18            MS. DUNHAM:  Counsel, I think that the

19  record should reflect that Exhibit E-x-h period A,

20  at the top, right-hand corner, is not -- was not

21  originally part of this document.

22            MS. KANTOR:  Very well.  I believe that

1    that was the only copy that I had of it.

2            We can reflect "Exhibit A" is not part

3    of the original document that the Deponent is

4    discussing.   And it should only reflect Exhibit

5    2, which I believe has been covered up with the

6    exhibit sticker.

7            BY MS. KANTOR:

8        Q.    So, you read this flier before the

9    concert began?

10       A.    Yes.  We were at the venue, like the

11   church where the concert was.  And I'm pretty sure

12   it was before any of the bands had started

13   playing.

14       Q.    And how long do you think you spent

15   reading the flier before the bands started?

16       A.    Just a few minutes.  I just saw that --

17   that it said that there would be a protest march

18   after the show and told my sister and my

19   boyfriend.  And we got really excited because we

20   wanted to continue the demonstrations longer than

21   -- than the -- just the day parade.

22       Q.    So, at what point after receiving the

1    flier did you decide that you wanted to attend the

2    march after the concert?

3         A.    As soon as we knew there would be a

4    march we decided we wanted to go.

5         Q.    Did you discuss this with Josh and

6    Allyson?

7         A.    Yes.

8         Q.    And did you discuss logistics to

9    account for additional time in the District?

10        A.    We -- after we decided we were going to

11   go we told our parents that we would be a little

12   later than expected, but that we would still be

13   coming home that night.

14        Q.    Did you discuss with Josh and Allyson

15   an anticipated departure time for the night?

16        A.    I think we might have told my parents

17   that we would be home a little after midnight.

18        Q.    Did you know how long the concert was

19   going to last?

20        A.    No, we didn't anticipate it lasting --

21   I think it -- it says here that Anti-Flag would be

22   on at 10:00, so we figured maybe 11:00 was when it

1   the War had been involved in supporting other

2   marches that we had attended.  So, I assumed it

3   looked very much like any other march that we had

4   ever been involved in.  So, I didn't think -- it

5   just looked very organized like every other one.

6        Q.    And seeing a flier describing a legal

7   support mechanism and some other descriptions, did

8   that make you think that this was more organized

9   or about as organized as other demonstrations you

10  had been to?

11       A.    About as organized.

12       Q.    And before the march began, during the

13  concert did anyone explain whether the activities

14  expected during the march were legal?

15       A.    No, that was not brought up.

16       Q.    Did someone explain the purpose, the

17  route and the expected activities of the march

18  before you left the concert?

19       A.    I remember someone -- after Anti-Flag

20  played I remember someone getting up and again

21  reiterating the route and the destination.  And I

22  -- it's hard for me to remember if this was said

1    or just what was written here and what I read, but

2    I'm not sure if anyone had said anything about

3    what activities.

4            But it does say here what was expected

5    to be, just whatever kind of activities was hoping

6    to be accomplished as far as the chanting and

7    peacefully respecting the neighborhood and

8    focusing energy towards the Hilton and

9    demonstrating outside the Hilton.

10       Q.    Is that what you expected before the

11   march began?

12       A.    Yes.

13       Q.    What else did you expect of the march?

14       A.    That was it.  I just expected to march

15   to the Hilton and demonstrate outside of it.

16       Q.    And before the march began did you see

17   -- well, let me back up.

18            You said that someone explained the

19   route and the destination.  Was that person -- was

20   that one person or several people?

21       A.    I think it was just one person.

22       Q.    And was that person using an

46

1    amplification device, a megaphone or anything?

2        A.    Yes, he got up on stage after Anti-Flag

3    finished performing and spoke into the microphone.

4        Q.    Do you recall who that person was?

5        A.    No.

6        Q.    Did you know that person?

7        A.    No.

8        Q.    Did you ever talk to him during that

9    night?

10       A.    No.

11       Q.    Did you understand him to be one of the

12   organizers of the event?

13       A.    Yes.

14       Q.    And by "event" I mean the concert and

15   the march following.

16       A.    Yes.

17       Q.    Did you see him after the concert?

18       A.    No, I don't even remember what he looks

19   like.

20       Q.    Okay.

21             About how many people do you think

22   attended the concert?

47

1    A.    Probably a hundred.  There were several

2    rooms in the church; a lot of people were hanging

3    out.  There was a separate room with tables and

4    literature and a lot of people were in there

5    resting because of, you know, it had been a long

6    day.

7          And there were also a lot of people in

8    the room where the actual show was, so it's hard

9    to guess because people were spread out.  But I

10   would say maybe a hundred.

11   Q.    Okay.

12         Did you observe all of these people

13   gathering at the end of the concert?

14   A.    I didn't observe them all because that

15   room that I had mentioned where people were

16   resting is where we kept our bags when we were

17   watching the show.

18         So after Anti-Flag played and that

19   person talked about the route, everyone left.  And

20   we had to go get our stuff and then join the

21   march, so I didn't see everyone leaving.

22   Q.    Okay, were there -- was there food and

48

```
 1    drinks being served at the concert?

 2         A.    No.

 3         Q.    Did you have any food or drinks with

 4    you?

 5         A.    We had a backpack with some snacks and

 6    I think maybe a water bottle or two.

 7         Q.    And how did you know where to go when

 8    the march first began?

 9         A.    We just followed people.

10         Q.    Were people verbalizing where to go or

11    just a group of people marching out the front

12    door?

13         A.    Just a group of people marching out the

14    front door.

15         Q.    And about how long from when the

16    concert ended until people started leaving would

17    you estimate --

18         A.    It was maybe five minutes.  A lot of

19    people had to get their bags, but a lot of people

20    just went right out.

21         Q.    Were people -- once outside, were

22    people waiting or did people start walking,
```

1   dispersing?  What was going on?

2        A.    I'm not -- I didn't see because we were

3   getting our stuff.

4        Q.    When you got outside --

5        A.    Okay.

6        Q.    -- what was going on?

7        A.    I think people were just trying to keep

8   up with the people who had already left.

9        Q.    And do you recall what street they were

10  marching to?

11       A.    I know what it looks like; I just don't

12  know the name of it.

13             MS. KANTOR:  I think we're on Exhibit

14  3.  I would like to have this marked as Exhibit 3.

15                         (Defendant's Exhibit No.

16                         3, marked for

17                         identification.)

18             BY MS. KANTOR:

19       Q.    What I've shown you as Exhibit 3 is

20  simply a Google map of the area.

21             Have you seen a map of the area where

22  the church was located and the parade route?

79

1    minutes, I remember seeing two people with spray

2    paint.  And they were spray painting small, like,

3    anarchy signs.  And that was the first thing.

4         Q.    How far away were you from those

5    people?

6         A.    We were in the road and they were on

7    the sidewalk the entire time.  Maybe -- I'm not

8    good with distances.  I could see them.  I don't

9    know, they weren't like right next to me or

10   anything like that, but I could see them.

11        Q.    Were they wearing masks?

12        A.    I believe so.

13        Q.    Did you understand this to be part of

14   the march that was going on?

15        A.    No, because they were running along the

16   sidewalk the whole time.  And after we saw them

17   start to spray paint my boyfriend Josh and a few

18   other people were saying things like what are you

19   doing, that's not what this is about, what are you

20   doing.  And then they ran away.

21              And that was the last time we saw them

22   so we understood them to be not a part of the

80

1   group because that was not what we were planning

2   on doing.

3        Q.    Then you didn't see those people again

4   after someone told them to go away?

5        A.    No, I did not.

6        Q.    And what were the -- what did you

7   observe the spray painting to be?

8        A.    Like what were they spray painting?

9        Q.    Right.

10       A.    Small anarchy signs.

11       Q.    Was it similar to any of the signage

12  throughout the crowd in the march that you were

13  on?

14       A.    No.

15       Q.    And when you observed people spray

16  painting, these two people spray painting, what

17  were they actually spray painting on to?

18       A.    The walls of the building.

19       Q.    Would you expect people to be arrested

20  for that behavior?

21       A.    Yes.

22       Q.    Is that what you wanted to occur, or

1    what anybody around you wanted to occur, that

2    these people should be stopped?

3         A.    Yeah, people were telling them to stop

4    because that's not what we were about, that's not

5    what we believe in.

6         Q.    Were you telling them to stop?

7         A.    Not me, but my boyfriend Josh.

8         Q.    And did you observe any police presence

9    at that time?

10        A.    I'm not sure if it was before or after

11   that, but -- actually, no, it was before that.  I

12   remember seeing the first cop car trailing us.  I

13   remember thinking that they had gotten there very

14   quickly.

15        Q.    How far behind you did you see the cop

16   car?

17        A.    It was relatively close.  I'm not sure

18   how far away, but it was --

19        Q.    But you could see --

20        A.    -- it was, like, right behind.  We were

21   like towards the very end of it and they were

22   behind us.

1   knew that they weren't a part of our march, so....

2       Q.    And that was your belief because you

3   believe that what they were doing was not the

4   purpose or part of the march?

5       A.    Yes.  And because they were running

6   along the sidewalks and ran away as soon as we

7   said something.  So, we assumed that they weren't

8   a part of our march because they didn't join the

9   march again.  Or we didn't even see them

10  originally with us, so....

11      Q.    So, how long after you saw the spray

12  painters was it that you observed some vending or

13  newspaper machines in the street?

14      A.    I remember seeing that towards the very

15  end of the march.  I just remember seeing -- I

16  never saw anyone actually doing it, I just

17  remember seeing them already in the street because

18  we were towards the end, so....

19      Q.    Did you observe during the march any

20  objects flying among the crowd?

21      A.    No.

22      Q.    Did you ever see anyone throw

88

1    something?

2        A.    No.

3        Q.    Did you observe anyone spray painting

4    anything other than buildings?

5        A.    No.

6        Q.    Did you -- when you saw the newspaper

7    vending machines in the streets, were there any

8    vehicles around at the time?

9        A.    Yeah, there were vehicles parked along

10   the sides of the street.

11       Q.    Were there any cars traveling?

12       A.    I don't recall.

13       Q.    Do you recall seeing any cars trying to

14   avoid the newspaper machines?

15       A.    I think at that point no cars were -- I

16   don't remember seeing any cars traveling at that

17   point, so....

18       Q.    How close were you to the newspaper

19   vending machines in the street when you saw them?

20       A.    We were walking past them.

21       Q.    Did you observe that car traveling

22   behind you continue to follow you after these

1    newspaper vending machines?

2         A.    I didn't observe it, no.

3         Q.    How close, if you recall, was the car

4    behind you?

5         A.    I think at that point we had actually

6    gotten on the sidewalk, so I don't remember seeing

7    the car.  I don't remember, like, turning back to

8    look at the car anymore.

9         Q.    So you didn't know whether or not it

10    was still there.

11         A.    I think it was still there, I just

12    don't remember, like, paying any attention to it.

13    Oh, I'm not sure.

14         Q.    At what point did you leave the street

15    to go onto the sidewalk?

16         A.    When my sister and my boyfriend saw a

17    brick hit one of the police windshields.

18         Q.    Can you explain when that happened in

19    relation to where you were along the march?

20         A.    I think it was towards the end of the

21    march, still on the commercial street.

22               After that happened we decided to get

90

1   on the sidewalk and separate ourselves from the

2   march.

3       Q.    So, after -- this was after you saw the

4   newspaper vending machines in the street?

5       A.    I think -- I think we saw the newspaper

6   -- I don't remember when we saw the newspapers in

7   the street.

8       Q.    Do you remember whether that was

9   something you saw before or after you knew about

10  the brick going through a police windshield?

11      A.    I don't remember.

12      Q.    And do you remember hearing a brick go

13  through the windshield?

14      A.    No.

15      Q.    How did you know that it happened?

16      A.    Because my sister and my boyfriend saw

17  it and they told me.

18      Q.    And how far were you from your sister

19  and your boyfriend?

20      A.    Right next to them.

21      Q.    Did you go to see what had happened?

22      A.    No.

1    Q.    You never saw the brick hit the

2    windshield?

3    A.    No.

4    Q.    And you never heard a glass break?

5    A.    No.  There was a lot of noise and

6    commotion, so I didn't really hear anything.

7    Q.    What kind of noise was going on at that

8    time?

9    A.    The marchers, people on the sidewalks

10    and cheering us on.  Just a lot of noise, the

11    drumming.

12    Q.    When did your -- when did you become

13    concerned about how this march was going?

14    A.    At that point when the my sister told

15    me that someone had thrown a brick.

16    Q.    So, you weren't concerned at the time

17    of the spray painting because those two people

18    left?

19    A.    Yes.

20    Q.    And you weren't concerned at the time

21    of the newspaper vending machines observed in the

22    street?

92

1     A.     I think that that might have been after

2  we had been -- we had started to be concerned,

3  so....

4     Q.     After the brick?

5     A.     It might have been.  I remember it

6  being, like, towards the end of it, so....

7     Q.     But you can't recall specifically

8  whether you saw those before or after you knew

9  about a brick being thrown through a windshield?

10     A.     I'm guessing it was after because I

11  know it was towards the end of the march, so I'm

12  guessing it was after.

13     Q.     Did you reach the end of the march?

14     A.     You mean at the -- to the hotel?

15     Q.     Yeah.

16     A.     No.  When I say the end of the march I

17  mean, like, before we got arrested.

18     Q.     Okay, how did you decide that it was

19  time to leave the march?

20     A.     Hearing about the brick hitting the

21  windshield and just the fact that more police cars

22  had shown up and the mood turned sour for me.  And

1  I just -- we decided we didn't want to continue to

2  be a part of it, to be a part of the march, so we

3  moved to the sidewalk and fell back significantly

4  from the march.

5      Q.    Do you recall how much time passed

6  between your learning of a brick being thrown

7  through the windshield and your decision with Josh

8  and Allyson to fall back from the march?

9      A.    Thirty seconds to a minute.

10     Q.    Okay, so --

11     A.    Right after.

12     Q.    Basically around the same time, that

13 was the last --

14     A.    Yes.

15     Q.    That was it?

16     A.    (Nodding head up and down, inaudible

17 response.)

18     Q.    Was it an instant concern or did you

19 consider it a mounting concern based on what you

20 observed with the spray painting and anything else

21 going on?

22     A.    The spray painting really didn't -- we

1          And they kept screaming at us.  And

2    then more police from behind us came up and

3    started yelling and screaming obscenities at us to

4    get our F-ing asses in there and they started

5    physically pushing us into the alley, into an

6    alley that came to a `T' to the alley that we were

7    on right then.

8          Q.    So there were -- there was the alley

9    that you were on with Josh and Allyson and a few

10    other people, and then there was another

11    intersecting alley before you could get to the

12    main road?

13          A.    It was perpendicular.  It didn't

14    intersect, but it was perpendicular to the alley

15    that we were on.

16          Q.    And it was accessible from where you

17    were?

18          A.    Yes.

19          Q.    Could you see where that alley led?

20          A.    No.

21          Q.    And did you see other people in that

22    alley?

146

1        A.      Not at that point.

2        Q.      When did you see other people in that

3    alley?

4        A.      They -- the police officers in riot

5    gear started pushing us down the alley.  And it

6    was covered in ice and one of the them actually

7    pushed me down and I fell and they were screaming

8    at us.  And we got towards the end of that alley

9    and we noticed that there were -- they had herded

10   other kids into the alley as well.

11       Q.      Did you see them herd other people into

12   that alley?

13       A.      I believe some were already there on

14   their knees.  And they might have been bringing

15   more in, but I'm not sure.

16       Q.      But you don't know how those people

17   actually got to the alley; right?

18       A.      There were police everywhere.  I

19   figured that they herded them in as well like they

20   herded us.

21       Q.      You didn't actually see any of the

22   other people coming into the alley?

1        Q.     How were you searched?

2        A.     An officer told me to stand against the

3    wall and she kicked my legs open and searched me,

4    took the things out of my pocket.  I had like a

5    Metro pass and I think I had some money in my

6    pocket.  She said this is our property now.

7             And I was just -- you know, I wasn't

8    saying anything, wasn't doing anything, completely

9    compliant.  And she spun me around and screamed in

10   my face you don't run this show.  And I still did

11   not say anything, I was completely complying.

12            She then took my scarf off of my neck

13   and tied it around my arm; I don't know why.  And

14   then she grabbed my hands and put the plastic

15   zip-tie-style handcuffs on me.  And she tightened

16   them really tight and it pinched my wrists, my

17   skin, like it got pinched in the closure or

18   something.

19            And I screamed out, I said they are too

20   tight.  And she said shut up, they are not tight

21   enough and she tightened them significantly more.

22       Q.     This was a female officer?

162

```
1        A.    Yes.

2        Q.    Did you see a name badge?

3        A.    No.

4        Q.    Do you recall whether she was Caucasian

5   or African American?

6        A.    I don't remember.

7              During the time why we were being held

8   without them telling us anything, several people

9   asked for some of the officers' badge numbers or

10  names and they would not answer or tell them to

11  shut up.  So we had no idea, they were not visible

12  anywhere.

13       Q.    None of officers were wearing badges?

14       A.    No, but -- well, I don't know about

15  badges, but I know no identification as far as

16  numbers or anything.

17       Q.    Did it surprise you that you were being

18  arrested that night?

19       A.    Yes.

20       Q.    And why were you surprised that the

21  police became involved?

22       A.    I was surprised that we were getting
```

1    arrested because I knew we had done nothing wrong.

2    We did not -- I didn't believe that we had broken

3    any laws by peacefully marching.

4         Q.    Now, you were talking earlier about

5    Exhibit 2, the flier that was distributed at the

6    concert.

7              And if I could just direct your

8    attention to the right side, near the bottom,

9    there's a cutout that starts out with J20 Legal.

10             Do you see that part?

11   A.    Yes.

12        Q.    And about halfway down, do you see

13   where it says:  "They are helping [to]

14             coordinate legal trainings, staff

15             an arrest hotline, participate as

16             on-site legal support as activist

17             observers, help facilitate jail and

18             court solidarity, and work with

19             criminal defense lawyers..."

20   A.    Yes.

21        Q.    Do you remember reading this before the

22   march?

167

1      A.    No.

2      Q.    And this is something that you're

3   seeking damages for in your complaint?

4      A.    Yes.

5      Q.    Can you describe how long or the extent

6   of the injury you felt?

7      A.    After that night?

8      Q.    Starting from the point at which the

9   female officer placed the cuffs on your wrists.

10     A.    Well, they were bleeding, they started

11  to bleed.  I don't remember exactly when because

12  they were behind my back for the majority of time.

13  But the whole time they were in handcuffs it was

14  extremely painful.

15            And then a few days after I still had

16  the cuts, and the swelling maybe went down the

17  next day.

18     Q.    The swelling went down the next day?

19     A.    Yes.

20     Q.    And then how did you -- how did the

21  healing process continue?

22     A.    I don't recall.

DEFENDANT'S
EXHIBIT
8/14/07



## Protest March - After the Show!!!

As we've said tonights show is not just a concert, it's a celebration and it's a protest!!! After Anti-Flag's last song we invite you to join us in a festive march from this show through the streets of DC to the doorstep of those in power. We're going to take our resistance to one of the inaugural Balls where Bush and his supporters celebrate their power and privilege at the expense of us all.

During the last song of the evening we will we distribute buckets, and encourage drumming, chanting and participation from all. Dress warm, and be prepared to head out the door. After the last song we'll exit the space and march down Columbia Road towards 16th Street. We imagine a loud, festive march, that takes the amazing energy surging through tonights show - to create an explosive protest against the war on Iraq and the war here at home as well as against all that Bush represents. We will march from the show to the Washington Hilton, located at 1919 Connecticut Ave NW. This is the site of one of tonights balls. From the march we will engage in our own protests. We will show people faces behind those of us who resist this administration and sham. We will march to 18th St from Columbia, and make a left on 18th and a right on Florida to get to Connecticut. We will bring people to the Columbia Heights neighborhood where we are guests. Watch your surroundings and keep the energy focused where it needs to be - on showing the world our opposition to Bush

Join us in the streets tonight to send one NO!! to the Bush regime and a million yeses to all of the things can create together



POSITIVE FORCE AND RORSCHACH THEATER PRESENT

# ANTI-FLAG
# Q AND NOT U
## 1905 AND DEL CIELO

LIVE @ SANCTUARY THEATER
1459 COLUMBIA ROAD NWDC    THURSDAY JANUARY 20

DOORS @ 6PM   $5 TO BENEFIT EMPOWER DC

... IN SUPPORT OF EFFORTS - AGAINST THE 2005 PRESIDENTIAL INAUGURATION

BECAUSE THIS
COUNTRY STILL
BELONGS TO US!!!



## About some of the groups involved tonight:

Tonight's show is a joint effort between Positive Force DC, the Rorschach Theater, Empower DC, a host of groups organizing against Bush's Inauguration, all the bands, speakers, and everyone here. Thanks for coming, and thanks to everyone who helped to make this happen

Our aim tonight, is to raise money and awareness, to inspire action and to celebrate community and resistance. This is not just a concert, it's a protest!

Together we can make DC - and our world - a community where there is space for everyone, not just the rich

### Tonight's Schedule

7 30pm - Del Cielo

8 15 pm - 1905

9 pm - Q and Not U

10 pm   Anti-Flag

11 00pm - Into the Streets!!!

Positive Force DC is an all volunteer activist group that works for radical social change. We organize benefit concerts like this one, protests, teach-ins and also do direct work with people in need. We could use your help to do all this and more! Please visit our website for more information or stop by our bi-monthly meetings. Saturdays at 1 30pm at the Positive Force Space in the Arthur Flemming Center, 1426 9th Street NW, WDC

Iraq Veterans Against the War is a coalition of American veterans who support our troops but oppose war with Iraq or any other nation that does not pose a clear and present danger to our people and nation

The District of Columbia Grassroots Empowerment Project (Empower DC) is a grassroots organizing project. Its mission is to enhance and improve the self advocacy of low income and working people in the District of Columbia in order to bring about sustained improvement in their quality of life

J20 Legal is the legal support network for the protest effort against the 2005 Presidential Inauguration. The team is comprised of The D C National Lawyers Guild, The D.C. Justice and Solidarity Collective, along with other law collectives, and activists plan. They are helping coordinate legal trainings, staff an arrest hotline, participate as on-site legal support as activist observers, help facilitate jail and court solidarity, and work with criminal defense lawyers as needed to provide support for all those protesting in Washington DC - particularly those who are arrested while expressing their opposition to Bush and all he represents.

Other funds from tonights show will go support other in need - aspects of the protests against Bush's Inauguration