UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Civ. A. No. 06-00098 (ESH) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABIILTY**

# Exhibit D

# Excerpts, Deposition of Jonathan Scolnik

Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National
Lawyers Guild and the American Civil
Liberties Union of the National Capital Area

Counsel for Plaintiffs

1                    UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF COLUMBIA

3

4      - - - - - - - - - - - - - -x

5      SARAH CARR, et al.,          :

6              Plaintiffs,          :   Civil Action Number

7          vs.                      :   06-00098 (ESH)

8      DISTRICT OF COLUMBIA,        :

9              Defendant.           :

10     - - - - - - - - - - - - - -x

11

12                  DEPOSITION OF JONATHAN M. SCOLNIK

13

14

15                                   Washington, DC

16                                   Friday, July 13, 2007

17

18

19

20     REPORTED BY:

21         FRANK A. SMONSKEY, CM

1          Deposition of JONATHAN M. SCOLNIK, called for

2     examination pursuant to notice of deposition, on

3     Friday, July 13, 2007, in Washington, DC at the

4     Office of the Attorney General for the District of

5     Columbia, One Judiciary Square, 441 4th Street, NW,

6     Suite l600 South, Conference Room 4, at 10:00 a.m.

7     before FRANK A. SMONSKEY, CM, a Notary Public within

8     and for the District of Columbia, when were present

9     on behalf of the respective parties:

10    APPEARANCES:

11

12              DANIEL M. SCHEMBER, ESQ.

13              SUSAN B. DUNHAM, ESQ.

14              Gaffney & Schember, P.C.

15              1666 Connecticut Avenue, NW, Suite 225

16              Washington, DC 20009

17              Phone: (202) 328-2244

18              Fax: (202) 797-2354

19              E-Mail: Dunham_Susan@hotmail.com

20              On behalf of Plaintiffs

21

22              -- Continued --

```
1    APPEARANCES (Continued):

2

3              THOMAS KOGER, ESQ.

4              Senior Assistant Attorney General

5              JASON B. ATHINSON, ESQ.

6              Office of the Attorney General

7              For the District of Columbia

8              One Judiciary Square

9              441 4th Street, NW

10             Suite 600 South

11             Washington, DC 20001

12             Phone: 202-724-6610

13             Fax: 202-727-3625

14             E-Mail: THOMAS.KOGER@DC.GOV

15             On behalf of Defendant

16

17

18

19

20

21
```

1        A     Yes, it was a completely open floor.

2        Q     When you entered I'm going to call it the

3    performance area, if I may, the gym, in essence,

4    what was going on inside?

5        A     When I first entered, there were a lot of

6    people.  It was very crowded.  Everyone was standing

7    around facing forward, you know, facing the stage

8    waiting for the first band to take the stage.

9        Q     At some point in the afternoon or evening

10    of January 20, 2005, you learned that there would be

11    a march that would commence at the end of the

12    anti-inaugural concert you were attending, correct?

13        A     Yes.

14        Q     Do you recall when you learned that?

15        A     At some point, either at the door or once

16    I was in the performance area, programs were handed

17    out.  Small photocopy programs were handed out

18    listing the order of the bands and I think the

19    approximate times they were going to take the stage.

20              As I recall there were four bands, and

21    then there was a fifth line that said "march."

22              In reviewing the flier, which was provided

1    to me, it had a small blurb on the back about the

2    march route and the purpose of the march.

3        Q    What did the flier that you were provided

4    indicate about the march route and the purpose of

5    the march?

6        A    The march was intended to take us to one

7    of the inaugural balls.  I think it was happening at

8    the Capital Hilton, at least in the general area of

9    the Capital Hilton.  It may have been one of the

10   other hotels there.

11          The idea was to have a festive display of

12   opposition to most of the things that the people at

13   the inaugural ball were in favor of and not just to

14   be in opposition but to show that, you know, we have

15   alternatives to the way that they want to organize

16   things.

17       Q    Do you recall the flier reflecting a

18   particular route of getting from 1459 Columbia Road,

19   Northwest, to the Capital Hilton?

20       A    At the time, I remember not knowing which

21   way it was going, but in reviewing it, it does say

22   that there was a certain route.

1      Q     Following your receipt of the flier that

2   provided the information about the proposed march,

3   did you receive any other information about that

4   march before it commenced that night?

5      A     Did you say prior to receiving the flier

6   or after?

7      Q     I'm sorry.  Subsequent to receiving it.

8      A     Did I receive any information relating to

9   the march?

10     Q     Yes.

11     A     Yes, there was another flier that was

12  handed out.  That was a general "know your rights"

13  flier about legal rights of demonstrators in the

14  city.

15     Q     Do you recall what it advised?

16     A     I'm not sure if it legally advised

17  anything, but it had information on the general

18  practice of the MPD in protest situations.

19           I think the bulk of it was your rights

20  once you are arrested pertaining to your detention,

21  and things such as -- I forget the exact term for it

22  -- but things as paying a certain amount of money

1    folks, attendees in the performance area, responded

2    cooperatively to the suggestion?

3        A    Yes.  That's not to say they were in the

4    pit, but helped make room for it.

5        Q    What was the last band that performed

6    before the end of the entire concert?

7        A    I don't recall.  1905 was the second band.

8    Del Cielo was the first.  I'm not sure which band

9    played last.

10       Q    While you were at 1459 Columbia Road,

11   Northwest, you received a couple of fliers.  Fliers

12   were available.  Were any other tangible objects

13   made available to persons in attendance there?

14       A    Nothing that I saw.

15       Q    Were any refreshments served?

16       A    No.  There was a water fountain, but I

17   think that was it.

18       Q    How did the concert conclude?

19       A    Well, I don't specifically remember the

20   end of the music.  It was very crowded.  So it took

21   a while to file into the hall and head out.

22           I had put my bookbag in the hall for the

1    duration of the show.

2            So I kind of made my way.  I had to scoot

3    around people.  But I made my way over to my bag.  I

4    got my stuff together.  Then I joined the crowd as

5    it walked out.

6    Q    Sometimes acts will close a show by saying

7    good night, God please, see you next time, whatever.

8            Was there any kind of closing from whoever

9    was ending the show?

10   A    I don't remember.

11   Q    How many exits from the building

12   containing the performance area were open at the

13   time of the close of the concert?

14   A    I only knew of the front door.

15   Q    Where did that lead people out to?

16   A    There's a little space between the front

17   door of the church and the sidewalk, but out onto

18   the walkway to Columbia Road.

19   Q    Following the concert, in fact, a march

20   did proceed from the concert location along Columbia

21   Road; is that right?

22   A    Yes.

1      Q    Where did it assemble?

2      A    Mostly in the street of Columbia Road.

3   There are three lanes, but two of them were all

4   parked cars.  The march was mostly in the street,

5   but there were also a number of people on the

6   sidewalk.

7           I think that it kind of spread out.  There

8   was such a large crowd that it had to spread out a

9   little bit farther down the block before it actually

10  started moving.

11     Q    How many people would you estimate were

12  involved at the point it commenced?

13     A    Hundreds, more, somewhere around 300, but

14  I don't think there were any less than 300.

15     Q    Do you have any reason to believe that a

16  permit had issued for that march?

17     A    No.

18     Q    Had you heard anyone suggest that a permit

19  had, in fact, issued for that march?

20     A    No.

21     Q    Had you heard anything to the contrary?

22     A    That there was not one?

1      Q    Prior to January 2005, had you ever

2    engaged in a demonstration or a march which you

3    believed to have been issued a permit as of its

4    commencement and later learned that a permit had not

5    issued?

6      A    Not that I recall.

7      Q    At the time following the anti-inaugural

8    concert on January 20, 2005, that the post-concert

9    march began, did participants have any signs or

10    banners?

11      A    Not that I could see from where I was in

12    the march.

13        I know from reviewing one of the videos

14    that was made there was a banner in the front of the

15    march.

16      Q    Do you recall whose video you reviewed?

17      A    Yes.  There were three.

18      Q    Okay.

19      A    One was made by Allen Eidinger, and I

20    don't think that had any of the march on it.  I

21    think it was only after the march.

22        But there were two more that I think were

1    made by plaintiffs in a related case.

2         Q    Was one by Barry Student?

3         A    Yes, that sounds right.

4         Q    Was one by a person named Jordin or

5    Jordan?

6         A    I'm not sure.

7         Q    In having observed these three videos of

8    which you speak, you did see that some persons had

9    banners relating to the message of the march?

10        A    Yes.

11        Q    Based on having observed the videos, did

12   it appear to you that the march in which you

13   participated on January 20, 2005 presented an

14   identifiable message or theme?

15        A    Yes.

16        Q    Based on the interactions within the

17   performance area and the other group in the

18   anti-inaugural concert, did you perceive that

19   participants in the march also anticipated it to

20   present a common theme or message?

21        A    A general common theme, yes.  There are a

22   lot of messages that fall under kind of a general

1    idea that things aren't right with the government as

2    they are.

3         Q    Based on having viewed the videos, would

4    that have been apparent to onlookers upon the march

5    as it was reflected in the videos?

6         A    Yes.  In addition to that, when we were on

7    18th Street, there was the northbound traffic where

8    people were waving to us and giving us thumbs up.

9         Q    And you perceived that they understood a

10   message having been presented by the march with

11   which they were sympathic?

12        A    I think so, yes.

13        Q    As the group was assembling to commence

14   the march, did you observe any people that appeared

15   to you to be leaders or organizers?

16        A    No.

17        Q    Based on your receipt of a pair of fliers

18   while at the anti-inaugural concert, did you

19   understand there to have been one or more persons or

20   entities promoting the march?

21        A    How do you mean "promote"?  Somebody

22   clearly made and photocopied the flier and cut it up

1      A    Correct.

2      Q    How did the audience present in the

3  performance area respond, if at all, to the

4  exhortation, if you will, of Anti-Flag that you must

5  do more than come to a show?

6      A    I don't remember much of a response.  I

7  should also qualify that that I don't think they

8  said "must."

9      Q    They encouraged?

10     A    Yes, their encouragement.  But I don't

11  remember much of a response.  I think people just

12  seemed to be listening.

13     Q    When the march commenced, the marchers

14  filled the roadway of Columbia Road and the sidewalk

15  area as well, true?

16     A    Yes, except there was a line of parked

17  cars.

18     Q    Right.

19     A    Oh, yes.

20     Q    The available roadway?

21     A    Yes, they definitely filled up the

22  available, you know, the middle lane and whatever

1    split lane was available.  Then it was fairly

2    crowded.  I was on the sidewalk at the very

3    beginning.

4        Q    And the match proceeded from the vicinity

5    of the Sanctuary Theater past 16th Street, right?

6        A    Yes, we crossed 16th on Columbia.

7        Q    And at that point the march occupied all

8    the westbound lanes of Columbia Road, right?

9            MR. SCHEMBER:  At which point, Counsel?

10           MR. KOGER:  At the point that the march

11   passed the intersection of 16th Street.

12           THE WITNESS:  I know that the 16th Street

13   intersection is large.  It has a number of roads.

14           I know that by the time we crossed there

15   is a park on the extreme west of the northwest

16   corner of the intersection, and there's a very short

17   road that intersects with Columbia there just west

18   of 16th Street.

19           I know that once we were past that road we

20   took up the westbound lanes.

21           BY MR. KOGER:

22       Q    In the course of the march a short

1    distance past Ontario Road, you saw newspaper

2    vending machines in the sheet forming a barricade

3    that blocked traffic; isn't that true?

4        A    Yes, it was just past Ontario.

5        Q    When you saw that, you did not abandon the

6    march at that point, did you?

7        A    No.

8        Q    Did you observe significant numbers of

9    marchers abandon the march following the point at

10   which the newspaper vending machines formed a

11   barricade?

12       A    No.

13       Q    As you proceeded with the march along

14   Columbia Road, you observed what appeared to you to

15   be fresh sprayed paint on the PNC Bank near the

16   intersection of 18th Street and Columbia Road; is

17   that right?

18       A    It was a Riggs Bank then, and I was in the

19   street.  So I couldn't go up to it and inspect it.

20           But it did appear.  I don't remember

21   seeing the paint there earlier, and I go through

22   that intersection a lot.  So it did appear to be

1    new.

2        Q    You didn't abandon the march when you

3    observed the paint on the Riggs Bank, did you?

4        A    No.

5        Q    Did you observe large numbers of marchers

6    abandon the march as it passed the Riggs Bank that

7    had been painted?

8        A    No.

9        Q    And the Riggs Bank had paint on it with an

10   "A" within a circle; is that right?

11       A    Yes.

12       Q    And that is commonly identified as an

13   anarchist symbol; is that right?

14       A    Yes.

15       Q    You surmised at some point, as you were

16   proceeding in the march, that police had directed

17   the march up Belmont Road; is that right?

18       A    Yes.

19       Q    What caused you to surmise that?

20       A    At that point, we were on 18th Street in

21   the southbound lanes.  I was towards the back of the

22   march.  So I couldn't see the view in the front.

1    But the march ahead of me was turning down Belmont.

2         Also, when I got to that intersection,

3    once my view wasn't blocked, I could see that there

4    was a motorcycle, a police motorcycle with a sidecar

5    and at least one police officer standing next to it,

6    and I recall at least two other police MPDC

7    vehicles.  They were parked in line with Belmont

8    Street but just south of it on 18th Street.  So they

9    weren't blocking.

10        They weren't any farther down 18th Street,

11   but they were in line with Belmont on the southern

12   end.  So it seemed to be a natural way to go was

13   west on Belmont.

14   Q    Did the movement onto Belmont reflect a

15   deviation from the parade or march course as it was

16   reflected on the flier?

17   A    Yes.  At the time I had forgotten.  I had

18   read the flier at the beginning of the show.  I

19   think by then I hadn't memorized the route.  So at

20   the time I was just following the march.

21        MR. SCHEMBER:  I'm sorry to interrupt.

22        Are you saying that you had or had not

1    memorized the route.

2              THE WITNESS:  I had not memorized the

3    route.

4              BY MR. KOGER:

5        Q    Did you hear any commands at that point

6    from MPD personnel?

7              MR. SCHEMBER:  At which point, Counsel?

8              MR. KOGER:  At the point at which

9    Mr. Scolnik described in his response to my last

10   question.

11             THE WITNESS:  At the intersection of

12   Belmont and 18th Street?

13             MR. KOGER:  Yes.

14             THE WITNESS:  Do you mean verbal or any?

15             MR. KOGER:  I said did you hear.

16             THE WITNESS:  Any police commands?  No.

17             MR. KOGER:  Okay.

18             BY MR. KOGER:

19       Q    Did you observe any commands communicated

20   nonverbally?

21       A    The way I recall the police officer

22   standing next to the motorcycle, he had his arms out

1    in such a way that it seemed to me that Belmont was

2    the way to go.

3        Q    Describe that.

4        A    The way I recall is he had his arms out at

5    least one of his arms perpendicular to his body,

6    saying don't come farther south, but the way down

7    Belmont was completely -- there was no police on

8    Belmont.

9        Q    So the group of marchers was able to

10   proceed along Belmont?

11       A    Yes.

12       Q    Proceeding along Belmont would have

13   allowed them, through one course or another, to have

14   eventually arrived at the Capital Hilton; is that

15   true?

16       A    Yes.

17       Q    Was there anytime at which they were

18   scheduled to arrive at the Capital Hilton?

19       A    I don't think so.  Presumably before the

20   end of the inaugural ball.  But I don't know what

21   that schedule was.

22       Q    So the movement along Belmont would have

1    been no material impediment to the march arriving at

2    the Capital Hilton before the inaugural ball

3    concluded; true?

4         A    Yes.

5         Q    You observed a police cruiser that had

6    been following the march turn onto Belmont Road and

7    stop, did you not?

8         A    It started to turn onto Belmont.  It

9    wasn't all the way on.  It was kind of mid-turn when

10   it stopped.

11        Q    When you had walked about 20 yards on

12   Belmont Road with the march, you saw an object

13   flying in the air in the direction of that police

14   car and then heard the sound of breaking glass;

15   isn't that true?

16        A    Yes.

17        Q    The glass you heard breaking was the

18   windshield of the police car, wasn't it?

19        A    I didn't see what broke.

20        Q    Did you come to learn of the windshield of

21   a police car immediately adjacent to the march

22   having been broken by a brick that night?

1        A      I've been told that's what happened.

2        Q      Does that surprise you?

3        A      No.  It looked to me like the object might

4    have been a bottle, but I really didn't get a good

5    look at it.

6        Q      Do you have reason to believe that the

7    object that you saw midair traveling toward the

8    police car did not, in fact, break the windshield of

9    the police car?

10        A      It landed right where the windshield meets

11    the hood.  So it's definitely possible.

12        Q      After you observed what we've discussed

13    both visually and audio-wise, you did not abandon

14    the march, did you, at that point?

15        A      No.

16        Q      Did you observe significant numbers of

17    persons abandon the march at the point at which you

18    observed the object flying toward the police car and

19    then heard the sound of breaking glass?

20        A      Well, it's hard to say.  The only way to

21    go was up Belmont.  I didn't observe anybody go in

22    the opposite direction at that point.

1        Q     Why was the only way to go up Belmont?

2        A     Well, we had police behind us and south on

3    18th Street.  I didn't see anybody go east to cross

4    18th Street.

5        Q     Could they not have done so?

6        A     They would have had to turn back around.

7        Q     Right.

8        A     No, nobody did that.

9        Q     They could have turned back around, right?

10       A     I'm sure they were free to.

11             It's kind of intimidating to have a line

12    turn back towards the police.

13             I wouldn't want to look like I was coming

14    toward the police.  I mean, I wouldn't want to have

15    the police think I was coming toward them with the

16    intent of confronting them.

17             I would rather go in the opposite

18    direction.  I would rather disperse in the opposite

19    direction.  But I didn't observe anybody turn

20    around.

21       Q     Does Belmont Road have sidewalks on either

22    side?

1    outside the theater at 1459 Columbia Road,

2    Northwest, had people been playing makeshift drums?

3         A    Starting from the theater?

4         Q    Yes.

5         A    I believe so.

6         Q    Had people been chanting?

7         A    I heard chanting on the video.  I don't

8    remember if I could hear them in the back of the

9    march.

10         Q    Did you see torches in the video?

11         A    Yes.

12         Q    Flaming torches?

13         A    Yes.

14         Q    Where did those come from?

15         A    I don't know.

16         Q    But those were being held aloft by

17    marchers in that march that commenced at 1459

18    Columbia Road, Northwest, and proceeded along

19    Columbia Road and went up Belmont; right?

20         A    I know that they were on Columbia Road.  I

21    don't remember seeing them on 18th Street or

22    Belmont.

1  Q In at least one of the videos that you

2 watched prior to the deposition today, did you see

3 one or more persons pushing a large trash dumpster

4 along one roadway into another roadway?

5  A No, I don't remember that.

6  Q Differently --

7  A Okay.

8  Q -- would it be your testimony that that

9 was not reflected in any of the videos that you

10 watched?

11  A I don't remember it in the video.

12  Q I'm asking you, accepting that you don't

13 remember it in the video, is it that you recall that

14 it was not reflected in any video you observed or

15 that you simply don't recall whether it was

16 reflected in the video that you observed?

17  A I don't think it was in any of the videos

18 I saw.

19  Q Was there anything in the videos that you

20 observed that was contrary to that which you

21 observed at the time?

22  A Well, the videos were shot from further

1   forward in the march.  There wasn't anything that

2   contradicted what I saw in the back.  But it was

3   mostly things that I hadn't seen at all in the

4   videos.

5       Q    Do you have a reason to believe that any

6   of those videos that you observed prior to your

7   deposition failed to fairly and accurately depict

8   the events concerning the march in which you were a

9   participant?

10      A    Would you repeat that, please?

11           (The reporter read the record as requested.)

12           THE WITNESS:  No.

13           BY MR. KOGER:

14      Q    So there were things going on that you

15   didn't see while they were going on in that march?

16      A    Yes.

17      Q    As you walked with your bicycle up Belmont

18   after you heard the glass break, which occurred

19   after you saw the projectile flying toward the

20   police car, you passed an abandoned Christmas tree

21   in the roadway, didn't you?

22           A    Yes.  I was on the sidewalk at that point.

1    in your interrogatory that we have not touched upon

2    in our questioning and answering?

3         A    Well, I reached Columbia and Belmont.  I

4    looked behind me down Belmont, and I saw a line of

5    police in full riot gear silently jogging up Belmont

6    and filling it as much as they could.

7              I looked south on Columbia.  I saw that

8    that was dark but appeared to be open.  Then I

9    looked to the right and I saw that that was where

10   most of the people had gone.

11             I started to go right to try to see if my

12   friends were close by so I could tell them that I

13   had seen a line of riot police coming up behind us.

14             I was between Belmont and Mintwood on

15   Columbia when I decided that I wasn't going to be

16   able to find them.

17             So I got on my bike to go down Mintwood,

18   but at about the same moment a police car came out

19   of Mintwood and stopped in the middle of Columbia

20   Road at the Mintwood intersection.

21             And the police officer immediately got out

22   of the police car and was holding his arm, at least

 1    one arm out.  He was holding his right arm out with

 2    a baton in it, and I think he was holding a riot

 3    helmet, or he might have been wearing a riot helmet,

 4    but he wasn't wearing any other riot gear, but he

 5    was an MPD officer.

 6              So between the car and him with the

 7    out-stretched baton, he was blocking most of the way

 8    down Mintwood.

 9              I was making my way over to Mintwood at

10    the same time that another person, who was a legal

11    observer, was stepping off of the west side sidewalk

12    which is where most of the mass of people were

13    farther down Columbia.

14              He was stepping off the west side

15    sidewalk.  I'm sorry.  I misspoke.  It was the east

16    sidewalk.  He was stepping off the east sidewalk

17    heading west with his arms saying he was a legal

18    observer.

19              The police officer said:  "Get back!  Get

20    back!"  And he was walking toward us at which point

21    I decided I couldn't go down Mintwood.

22              So the only way that seemed open to me was

1    to go north on Columbia, at which point I then saw

2    the bulk of the remaining marchers.  It seemed like

3    they had gone north for a little bit but were

4    heading back down south.

5        Q    In fairness everything that you have said

6    occurs after the point at which you passed the

7    Christmas tree in the roadway, right?

8        A    Yes.

9        Q    Okay.

10       A    I think I started with reaching Belmont

11   and Columbia.

12       Q    Persons already had started leaving the

13   march as you were turning onto Columbia; is that

14   right?

15       A    I didn't see it, but they were already on

16   Columbia.  So I think some of them did leave the

17   march once they were on Columbia.

18           I didn't see anybody.  I don't remember

19   alleys on Belmont, and there are no other

20   intersections between 18th and Columbia.  I don't

21   remember anyone stopping on Belmont.

22           I did see some people go onto the sidewalk

1                    AFTERNOON SESSION  (1:35 p.m.)

2     Whereupon,

3                    JONATHAN M. SCOLNIK

4     having been previously duly affirmed, was examined

5     and testified further as follows:

6                    EXAMINATION (Continued)

7                    BY MR. KOGER:

8          Q    Mr. Scolnik, during the march that you

9     took part in following the anti-inaugural concert on

10    January 20, 2005, did you observe marchers wearing

11    bandannas concealing portions of their faces?

12         A    I don't specifically remember it.

13         Q    Did you observe it in any of the

14    videotapes that you watched prior to this

15    deposition?

16         A    Yes.

17         Q    Is there anything about that that is

18    inconsistent with what you observed during the

19    march?

20         A    No.

21         Q    When the march commenced, before it

22    reached Columbia Road was it in a primarily

1    of some roadways, carrying torches, spray painting

2    buildings, putting rocks through businesses and a

3    police office window, barricading the roadway with

4    newspaper stands, among other conduct, you did not

5    ascertain whether a permit was necessary for a march

6    even without the torches, et cetera, et cetera, et

7    cetera; true?

8          MR. SCHEMBER:  Objection; absence of

9    foundation.  He didn't see all the things you are

10    referring to.

11          THE WITNESS:  The question is --

12          MR. KOGER:  He saw the videotape which he

13    said was true and accurate.

14          Yes or no.

15          THE WITNESS:  The question seems to be

16    whether or not regardless of what certain people did

17    that there is no question about that breaking the

18    law.  Regardless of that, whether or not I thought

19    it was required necessary to have a permit to march.

20          Based upon my experiences at several other

21    marches that I believe weren't permitted but were

22    allowed, I thought that it was fine to march without

1    still not sure if there were dumpsters pulled into

2    the roadway.

3        Q    Asked alternatively, if the videos that

4    you observed prior to this deposition depict one or

5    more trash dumpsters being pushed along the roadbed

6    into the intersection onto another street, prior to

7    MPD pursuing and arresting marchers, then the answer

8    to my question would be true; isn't that right?

9        A    It's logical.  I don't know if that's what

10   happened.

11       Q    I understand.  What I'm asking you,

12   though, is you don't dispute what you saw on the

13   video?

14       A    No, except when I turned around on

15   Columbia Road and went down Belmont, I saw police

16   most of the way up Belmont jogging up which I took

17   that to mean they were pursuing.

18            I don't know exactly when they got out of

19   whatever transport they were in and when they began

20   jogging and how that relates to at what time the

21   head of the march got up to the top of Columbia Road

22   and when the -- I'm still not even clear on the

1    dumpsters when they are in the video.

2        Q    Okay.  On January 20, 2005, the police

3    only began to pursue and arrest marchers after

4    windows along the march route had been broken; isn't

5    that true?

6        A    I actually didn't see any broken windows.

7    I was told afterwards that there was a window broken

8    at the corner of Columbia and 18th, and we were

9    being followed by police cars -- we were being

10   followed by at least one unmarked car at that point.

11            I don't remember exactly when -- well, I

12   don't know when the window was broken.  I'm assuming

13   that it happened before I reached that intersection.

14            At that point there was at least one

15   police car following us and it was joined by two

16   more right around then.

17            You know, in some sense we were being

18   pursued then.  We were being followed.  I'm not sure

19   in what sense I should interpret "pursue."

20       Q    How do you normally use "pursue"?

21       A    Chased.

22       Q    Were you being chased?

1    escalate; correct?

2            MR. SCHEMBER:  Objection; foundation.

3            Whose tactics?

4            THE WITNESS:  You know, I was a marcher,

5    but I didn't participate in those acts.

6            MR. KOGER:  I understand.  Believe me, I'm

7    not accusing you of doing anything.

8            THE WITNESS:  So --

9            MR. SCHEMBER:  There's no question

10   pending.

11           THE WITNESS:  Okay.

12           BY MR. KOGER:

13    Q    I'm trying to make my question clear, and

14   it has been monumentally difficult.

15           My question remains what it has been for

16   the last 15 minutes.

17           Answer yes or no.

18           Do you agree that the people participating

19   in the march had a large window of opportunity to

20   leave the area where the police enforcement occurred

21   prior to the enforcement activity if they were not

22   comfortable with the escalation in tactics of

1    approximately bounded by Columbia Road, 18th Street

2    and Belmont Road and may have paraded without a

3    permit but committed no other act providing probable

4    cause for custodial arrest?

5        A    That's correct.  I didn't find out the

6    charge until we were being processed in there as

7    plaintiffs.

8        Q    If I may, I think, fairly simplify it, you

9    got arrested for parading without a permit and did

10   no other unlawful act?

11       A    Right, I did nothing other than

12   possibly -- I definitely did not do anything else.

13       Q    Right.

14       A    I was not one of the people that committed

15   other illegal acts.

16       Q    That's the shortened answer.  Okay.

17           Did you observe any persons among the

18   participants in the march that concealed their

19   identities by use of masks, scarves or shirts at the

20   time?

21       A    I don't specifically remember.  I think if

22   they were, most of the people I was around were not