UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABIILTY**

# Exhibit E

# Excerpts, Deposition of Matthew Singer

Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National
Lawyers Guild and the American Civil
Liberties Union of the National Capital Area

Counsel for Plaintiffs

```
                                                                    1


  1              UNITED STATES DISTRICT COURT

  2              FOR THE DISTRICT OF COLUMBIA

  3    - - - - - - - - - - - - - - - X

  4    SARAH CARR, et al.            :

  5              Plaintiffs,         :

  6       vs.                        : Civil Action No:

  7    DISTRICT OF COLUMBIA,         : 06-00098 (ESH)

  8              Defendant.          :

  9    - - - - - - - - - - - - - - - X

 10                    Washington, D.C.

 11               Tuesday, August 7, 2007

 12

 13    Deposition of:  MATTHEW SINGER, a witness herein,

 14    called for examination by counsel for Defendant in

 15    the above-entitled matter, pursuant to notice,

 16    taken at the offices of the Attorney General for

 17    the District of Columbia, 441 4th Street, N.W.,

 18    Washington, D.C., beginning at 10:15 a.m., before

 19    Curtis R. Cloward, CSR, a court reporter and

 20    notary public in and for the District of Columbia,

 21    when were present on behalf of the respective

 22    parties:
```

2

```
 1  APPEARANCES:
 2
 3      On behalf of the Plaintiff:
 4          GAFFNEY & SCHEMBER, P.C.
 5          BY:  SUSAN B. DUNHAM, ATTORNEY AT LAW
 6          1666 Connecticut Avenue, N.W., Suite 225
 7          Washington, D.C. 20009
 8          (202) 328-2244
 9          dunham_susan&hotmail.com
10
11          AMERICAN CIVIL LIBERTIES UNION
12          OF THE NATIONAL CAPITAL AREA
13          BY:  FRITZ MULHAUSER, ESQ.
14          1400 20th Street, N.W., Suite 119
15          Washington, D.C. 20036
16          (202) 457-0800
17          fmulhauser@aol.com
18
19
20
21
22
```

3

```
 1   APPEARANCES (Continued):
 2
 3       On behalf of the Defendant:
 4           OFFICE OF THE ATTORNEY GENERAL
 5           FOR THE DISTRICT OF COLUMBIA
 6           BY:  THOMAS KOGER, ESQ.
 7                JAMIE KANTOR, ATTORNEY AT LAW
 8           One Judiciary Square
 9           441 4th Street, N.W., Suite 600 South
10           Washington, D.C. 20001
11           (202) 724-6610
12           thomas.koger@dc.gov
13
14   ALSO PRESENT:  Sara Axeen
15
16
17
18
19
20
21
22
```

4

```
 1                    I N D E X

 2   WITNESS

 3   MATTHEW SINGER

 4   EXAMINATION BY:                              PAGE

 5       By Mr. Koger                             5, 134

 6       By Ms. Dunham                            130

 7

 8

 9

10                    E X H I B I T S

11   NUMBER              DESCRIPTION              PAGE

12   1        Complaint ......................... 11

13   2        Plaintiff Singer's Answers to  ..... 12
              Interrogatories
14
     2-A      Supplemental Information to  ....... 12
15            Interrogatories

16   3        Collateral/Bond Receipt ............ 84

17   4        Article ............................ 111

18
                          -oOo-
19

20

21

22
```

```
 1   actually.
 2        Q.    Okay, how did it happen?
 3        A.    The officer replied and he said if I
 4   moved he would bash in my fucking head.  And he
 5   was standing to my right and I was looking at him
 6   like this (demonstrating.)
 7        Q.    I'm going to describe that, and you
 8   correct me if I don't get it kind of right.
 9        A.    Okay.
10        Q.    In essence, you're looking to your
11   right and your head turned parallel with your
12   shoulder --
13        A.    Yes.
14        Q.    -- straight to your right.
15        A.    I was on all fours and my head was
16   parallel with my shoulder as I looked at him.
17        Q.    Okay.
18        A.    When he said that I turned my head to
19   look straight; I did not say another word.  And
20   another police officer, who was standing next to
21   him, approached and bent down and sprayed me in
22   the face with the pepper spray.
```

```
1    running back at that point because police were
2    coming at them and me.  The police were
3    proceeding, with the riot gear, with the batons,
4    at us.
5              Nathan was now five or six feet away
6    from the alley next to me.  He said come on, let's
7    go.  And he jumped over the wall and went down
8    that alley (indicating.)  I could have jumped over
9    the wall and went down that alley, but I didn't
10   want to.  Like I said, I didn't want to be running
11   away from police.
12             The cops were coming at me; they had
13   seen me; they knew I was there.  I figured this is
14   ridiculous, it would be absurd for me to run away
15   from them.  I'm just going to explain to them my
16   situation, why I was not involved.
17             So I walked to them with my hands up in
18   the air and as calmly as, and as loudly as I
19   could, saying I was not a part of this protest,
20   I'm peaceful.  And I said that over and over
21   again.
22             At that --
```

41

1  peaceful, I'm not part of the protest.  The police
2  officer, police officer number 1, approached me
3  and he said get down.  So I got down on all fours.
4  And I continued to say I'm peaceful, I'm not part
5  of the protest.
6         He said shut up.  If you make another
7  move I'm going to bash your fucking head in.
8         And then I turned and police officer
9  number 2 came and sprayed me in the face with
10 pepper spray.
11        At that point there is a lot of police
12 officers and a lot of them rushed past me to the
13 people in the alley.  I stayed there on all fours,
14 writhing in pain pretty much, until another police
15 officer came up and sort of helped me up and led
16 me back around to the alley.
17    Q.   How much time would you estimate passed
18 from your having been pepper sprayed to the time
19 that -- I'm going to assume it's a different
20 officer altogether --
21    A.   Yes.
22    Q.   -- the third officer came and helped

45

1  that they are.
2      A.   Yeah, it was a hand-held pepper spray.
3      Q.   To the best of your ability, describe
4  the physical and mental sensations that resulted
5  from that, having been sprayed.
6      A.   Well, physically, it burned really,
7  really bad and it felt like my face was on fire.
8  Initially, I couldn't see.  And that was really
9  scary.
10          And the burning sensation continued.
11 It hurt when she -- he or she first did it, and
12 then as I knelt there it seemed to get worse.  I
13 was able to see, I regained my eyesight, but the
14 burning sensation sort of became a lot more, more
15 -- became stronger.  And that -- and that -- and
16 that hurt; it hurt really bad.
17     Q.   When you say the burning sensation
18 became stronger over time, is that equally true of
19 your eyes and your skin or are they different?
20     A.   Different.  I mean, my eyes still hurt
21 but I was able to see.  But my skin, after when I
22 first got sprayed, it hurt.

106

1   front of him turned around and said you're not a
2   lawyer, stop giving him legal advice.
3       Q.   When did you first know there was any
4   march to occur or going on?
5       A.   In regards to the one that went down
6   18th Street?
7       Q.   Yes.
8       A.   Okay, I was standing in Madam's
9   Organ --
10      Q.   Um-hum.
11      A.   -- we were watching a band.
12      Q.   Um-hum.
13      A.   And right over -- the band was
14  stationed against a window, so I could see the
15  street over there right over their shoulders.  And
16  as I was looking out the window, or as I was
17  looking at the band I saw marchers go by over out
18  the window as they walked past.
19           And that's when I turned to Nathan and
20  I said hey, there's some protesters marching by,
21  let's go see -- see what their deal is, what they
22  are protesting.

107

1        So I left and then Nathan followed
2   behind me.
3        Q.   How long, in terms of time, were you
4   with the march before you went down the alley
5   where you eventually came to be arrested?
6        A.   I would say ten minutes.  It's about a
7   half a block down to Belmont.  Then as we
8   proceeded up Belmont it was a lot slower walking
9   up Belmont because the crowd was a little bit more
10  sparse.  And I was paying more attention to -- I
11  was looking for Nathan at that point so I was sort
12  of walking slowly and trying to find Nathan in the
13  crowd.
14           But probably about ten minutes by the
15  time we got to Columbia.
16       Q.   When you first saw the march proceeding
17  past Madam's Organ it occupied all the lanes of
18  18th Street?
19       A.   Yes, but I can't remember if it
20  occupied the parking lanes on the side.  But the
21  driving lanes down the center, it occupied those
22  lanes.

```
 1   stuff.
 2              But there was still some spillover from
 3   the streets onto the sidewalks.
 4         Q.   Do you have any estimate of the number
 5   of people that you would associate or you would
 6   say were part of that march at that point?
 7         A.   I can estimate how many people were
 8   around me.  I couldn't tell how far back the march
 9   went; I never looked back to see where it ended.
10   And I was closer to the front, I think.
11              But in that area there was probably
12   around a hundred people, I would say.  But I've
13   since learned that apparently it went back pretty
14   far, so I don't know how far it went back or how
15   many people were actually there.  But when I came
16   out it seemed to be around a hundred coming down.
17         Q.   From the point that you joined to the
18   point that you we want down the alley, did you
19   observe any spray painting of graffiti or symbols
20   on buildings?
21         A.   No.
22         Q.   Did you observe any broken windows of
```

110

1  the buildings that you would associate with
2  vandalism?
3       A.    No.
4       Q.    Did you see any vandalism to parked
5  automobiles?
6       A.    No.
7       Q.    Did you see any newspaper vending boxes
8  that had been turned over or thrown out into the
9  roadway?
10      A.    No.
11      Q.    Did you see anything that you perceived
12 to be ongoing criminal activity?
13      A.    No.
14      Q.    Did you see anything that suggested
15 recent criminal activity along the course that
16 that march was taking?
17      A.    No, I did not.
18      Q.    You come out of Madam's Organ, Nathan
19 also comes out of Madam's Organ.  Does Adrienne
20 join you at that point?  Was she with you?
21      A.    No, Adrienne did not come out.  She had
22 my coat and I can't remember if Nathan was wearing