UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>DISTRICT OF COLUMBIA, )<br><br>Defendant. ) | Civ. A. No. 06-00098 (ESH) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABIILTY**

# Exhibit G

**Metropolitan Police Department Standard Operating Procedures for Mass Demonstrations, Response to Civil Disturbances & Prisoner Processing (Revised May 2003), Excerpt from Appendix C**

Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National
Lawyers Guild and the American Civil
Liberties Union of the National Capital Area

Counsel for Plaintiffs

# METROPOLITAN POLICE DEPARTMENT

## *STANDARD OPERATING PROCEDURES*
### For
## *MASS DEMONSTRATIONS, RESPONSE TO CIVIL DISTURBANCES & PRISONER PROCESSING*





**CHARLES H. RAMSEY**
**CHIEF OF POLICE**

REVISED MAY, 2003

# *APPENDIX C*

# *ENUMERATED LEGAL CHARGES*

85

**APPLICABILITY:** Merely wearing a mask or hood is not improper or illegal, and one cannot
be stopped/arrested/charged for wearing a hood or mask. Only if it can be demonstrated
that the person wearing the mask did so with the intent to intimidate, threaten, interfere
with or deprive another person of his/her rights under the law, can/should action be taken
on the part of the police.

**CHARGE: Throwing stones or other missiles**, 22 D.C. Code § 1109
**ELEMENTS OF THE CHARGE:** (1) no person(s) may throw a stone or other missile
in any street, avenue, alley, road, or highway, or open space, or public square, or
enclosure, **or** to throw such stone/missile from any place onto a street, avenue, etc.
**JURISDICTION:** Corporation Counsel
**APPLICABILITY:** Someone endangers another's safety by throwing projectiles.

**CHARGE: Kindling Bonfires**, 22 D.C. Code § 1113
**ELEMENTS OF THE CHARGE:** (1) defendant sets on fire (or causes it to be done);
(2) in any street, highway, alley, open ground, or lot; (3) any combustible; (4) after
sundown and before sunrise.
**JURISDICTION:** Corporation Counsel
**APPLICABILITY:** Someone sets anything afire in a city street or area during the
nighttime.

**CHARGE:  Manufacture, transfer, use, possession, or transportation of
Molotov cocktails, or other explosives for unlawful purposes**, 22 D.C. Code § 3215a
(felony)
**ELEMENTS OF THE CHARGE:** (1) no person shall manufacture, transfer,
use, possess, or transport a Molotov cocktail
("Molotov cocktail" means: (1) a breakable container containing flammable
liquid and having a wick or a similar device capable of being ignited), or
any other device designed to explode or produce uncontained combustion; or
(2) manufacture, transfer, use, possess, or transport any
device, instrument, or object designed to explode or produce uncontained
combustion, with the intent that the same may be used unlawfully against any
person or property.
**JURISDICTION:** United States Attorney's Office, Superior Court
**APPLICABILITY:** Someone transports or possesses an explosive device intending to
use the device unlawfully against a person or property.

**CHARGE: Rioting**, 22 D.C. Code § 1122 (b) (misdemeanor) (felony if any person
suffers serious bodily damage, or property damage exceeds $5,000.)
**ELEMENTS OF THE CHARGE:** (1) there was a public disturbance in Wash., D.C.
which, by tumultuous and violent conduct, or **the threat of such conduct**, created grave
danger of damage or injury to property or persons; and (2) there was a group of 5 or more
persons, including defendant, engaged in the public disturbance; and (3) defendant and at
least 4 other members of the group willfully engaged in the public disturbance on
purpose.

86

**JURISDICTION:** United States Attorney's Office, Superior Court
**APPLICABILITY:** A "public disturbance" must be more than mere loud noise making or minor breaches of the peace. It is conduct that has aroused, or is likely to arouse, public alarm or apprehension, and is usually accompanied by the use of actual force or violence against property and persons.
At the very least it must be conduct that has a clear and apparent tendency to cause force or violence to erupt and thus create a grave danger of damage or injury to property or persons. "Grave danger" means danger actually present or threatened. Damage or injury to property includes actual physical damage, or the taking of another's property without permission.

**CHARGE: Rioting**, 18 U.S.C. § 2101
**ELEMENTS OF THE CHARGE:** (1) person travels in interstate or uses any facility of interstate commerce, including, but not limited to, the mail, telegraph, telephone, radio, or television, **and** intends; (2) to incite a riot; or (3) to organize, promote, encourage, participate in, or carry on a riot; or (4) to commit any act of violence in furtherance of a riot; or
(5) to aid or abet any person in inciting or participating in or carrying on a riot or committing any act of violence in furtherance of a riot.
**JURISDICTION:** United States Attorney's Office: Transnational and Major Crimes Section
**APPLICABILITY:** Extremely unlikely that this federal charge will be used, unless we can establish that suspect(s) crossed state lines intending to incite an actual **riot**. Merely crossing state lines/using any facility of interstate commerce in order to organize a demonstration is insufficient to pursue this charge.

**CHARGE: Threats**, 22 D.C. Code § 504 (misdemeanor)
**ELEMENTS OF THE CHARGE:** (1) Defendant uttered words heard by another person; (2) the words were such as to convey to the ordinary hearer a menace or fear of serious bodily injury or harm; and (3) defendant intended to utter the words as a threat. (Note that it is not necessary that he intended to carry out the threat, or that the intended victim actually heard the threat.)
**JURISDICTION:** United States Attorney's Office, Superior Court
**APPLICABILITY:** Where someone threatens another, and the threat not only was intended to threaten and frighten another that he/she was in danger of serious bodily injury or harm, **but the ordinary hearer would feel so frightened**, then the suspect may be charged with threats. Without more intimidating or threatening **behavior**, the case will be treated as a misdemeanor.

**CHARGE: Obstructing public highway**, 22 D.C. Code § 3121
**ELEMENTS OF THE CHARGE:** (1) person may not obstruct the free use of any public highway
**JURISDICTION:** Corporation Counsel
**APPLICABILITY:** Person may not interrupt the flow of traffic on any highway.

**CHARGE: Obstructing bridges connecting D.C. and VA**, 22 D.C. Code § 1123