UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARAH CARR, *et al.*,  )  <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, ) <br> ) <br> Defendant. ) <br> ) | Civ. A. No. 06-00098 (ESH) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABIILTY**

# Exhibit J

**E-Mail from Thomas Koger, Counsel for the Defendant District of Columbia, to Susan Dunham, Counsel for Plaintiffs (October 5, 2007)**

Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National
Lawyers Guild and the American Civil
Liberties Union of the National Capital Area

Counsel for Plaintiffs

Windows Live™

## RE: Carr; Whether SOP Manual was Published

**From:** **Koger, Thomas (OAG)** (Thomas.Koger@dc.gov)
**Sent:** Fri 10/05/07 5:41 PM
**To:** 'Susan Dunham' (dunham_susan@hotmail.com); Koger, Thomas (OAG) (Thomas.Koger@dc.gov)
**Cc:** Efros, Ellen (OAG) (Ellen.Efros@dc.gov); Kantor, Jayme (OAG) (Jayme.Kantor@dc.gov); FMulhauser@aol.com; dclaw@radix.net; ArtSpitzer@aol.com

Your understanding is correct.



Tom Koger

Senior Assistant Attorney General

Civil Litigation Division, Equity Section 1

Office of the Attorney General for the District of Columbia

Phone: (202) 724-6610; Fax: (202) 727-3625


### Confidentiality Notice

**This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.**

---

**From:** Susan Dunham [mailto:dunham_susan@hotmail.com]
**Sent:** Friday, October 05, 2007 1:40 PM
**To:** Thomas.Koger@dc.gov
**Cc:** Ellen.Efros@dc.gov; Jayme.Kantor@dc.gov; FMulhauser@aol.com; dclaw@radix.net; ArtSpitzer@aol.com
**Subject:** Carr; Whether SOP Manual was Published



Tom:

The District's representative testified at the deposition that she did not know whether the SOP Manual concerning handling demonstrations had been published to the public (like, for example, the DC Register). Instead of reconvening the deposition with a new representative, would you please simply provide this information?

Our understanding is that the Manual was an internal police document, not a document published to the public and available in libraries or a police public reading room. Is our understanding correct?

Dan