UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARAH CARR, *et al.*,                )<br>                                                    )<br>         Plaintiffs,                        )<br>                                                    )<br>         v.                                     )<br>                                                    )<br>DISTRICT OF COLUMBIA,         )<br>                                                    )<br>         Defendant.                       )<br>                                                    ) | Civ. A. No. 06-00098 (ESH) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABIILTY**

# Exhibit M

# Brandon Jourdan Video

# (Filed with the Clerk, Excepted from Electronic Filing by LCvR 5.4(e)(1))

> Arthur B. Spitzer, D.C. Bar No. 235960
> Fritz Mulhauser, D.C. Bar No. 455377
> American Civil Liberties Union
> of the National Capital Area
> 1400 20th Street, NW, #119
> Washington, DC 20036
> 202/457-0800
>
> Daniel M. Schember, D.C. Bar #237180
> Susan B. Dunham, D.C. Bar # 362378
> Gaffney & Schember, PC
> 1666 Connecticut Avenue, NW, Suite 225
> Washington, DC 20009
> 202/328-2244
>
> On behalf of the D.C. Chapter, National
> Lawyers Guild and the American Civil
> Liberties Union of the National Capital Area
>
> Counsel for Plaintiffs