UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARAH CARR, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civ. A. No. 06-00098 (ESH) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABIILTY**

# Exhibit N

# Excerpts, Deposition of Barry Student

Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National
Lawyers Guild and the American Civil
Liberties Union of the National Capital Area

Counsel for Plaintiffs

```
                                                                    1

  1                UNITED STATES DISTRICT COURT

  2                FOR THE DISTRICT OF COLUMBIA

  3    - - - - - - - - - - - - - - - - X

  4    SARAH CARR, et al.,              :

  5              Plaintiffs,            :

  6    v.                               : Civil Action No.

  7    DISTRICT OF COLUMBIA, et al.,    : 06-0098 (ESH)

  8              Defendants.            :

  9    - - - - - - - - - - - - - - - - X

 10                        Monday, September 17, 2007

 11                        Washington, D.C.

 12              Deposition of BARRY R. STUDENT, a

 13    witness, called for examination by counsel for

 14    the Defendants, in the above-entitled matter,

 15    pursuant to notice, taken at the offices of the

 16    Attorney General, located at 441 Fourth Street,

 17    N.W., Sixth Floor South, Washington, D.C.

 18    Washington, D.C.  20001. beginning at 10:32

 19    before Leanne M. Krivonak, CVR, CCR, a court

 20    reporter and notary public in and for the

 21    District of Columbia.

 22
```

COPY

```
                                                                      2
 1            APPEARANCES:
 2      On behalf of the Plaintiffs:
 3         GAFFNEY & SCHEMBER, P.C.
 4         By:  Susan B. Dunham, Esquire
 5         1666 Connecticut Avenue, N.W.
 6         Suite 225
 7         Washington, D.C.   20009
 8              -- and --
 9         AMERICAN CIVIL LIBERTIES UNION
10         OF THE NATIONAL CAPITAL AREA
11         FREDERIC V. MULHAUSER, ESQUIRE
12         1400 - 20th Street, N.W.
13         Suite 119
           Washington, D.C.   20036
14      On behalf of the Defendant:
           OFFICE OF THE ATTORNEY GENERAL
15         By:  THOMAS J. KOGER, ESQUIRE
                -- and --
16         JAYME KANTOR, ESQUIRE
           441 Fourth Street, N.W.
17         Sixth Floor South
           Washington, D.C.   20001
18              C O N T E N T S
19   WITNESS                                                       PAGE
        Barry R. Student
20         By Mr. Koger                                              4
21              E X H I B I T S
22              (None marked.)
```

**BARRY R. STUDENT**

Carr, et al v. District of Columbia                                                                 9/17/2007

<pre>
                                                                    89
1    a lawyer and I don't have a recitation, but my
2    guess is that you should not be asking me about
3    something that's not mine.
4              MR. KOGER:  No further questions at
5    this time.
6              (Discussion off the record.)
7              MR. KOGER:  Counsel for the parties
8    stipulate that video tapes which we are holding
9    for the potential trial on this matter as
10   exhibits identified as Carr versus the District
11   of Columbia, Barry Student video present here --
12   three of them -- at the deposition fairly and
13   accurately represent that which Mr. Student
14   videotaped of the protest march this evening --
15   that evening, January 20th, 2005; but
16   affirmatively do not stipulate that they fairly
17   and accurately reflect all that Mr. Student
18   observed as to the protest march that night.
19             MS. DUNHAM:  We have no questions.
20             THE REPORTER:  As far as signature?
21             (Discussion off the record.)
22             (Whereupon, at approximately 12:36
</pre>