UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| SARAH CARR, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civ. A. No. 06-00098 (ESH) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABIILTY**

# Exhibit P

# Metropolitan Police Department Reports

Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National
Lawyers Guild and the American Civil
Liberties Union of the National Capital Area

Counsel for Plaintiffs

# Metropolitan Police Department — Incident-Based Event Report
Washington, D.C.

## PART I – CLASSIFICATION OF EVENT

**1. TYPE OF REPORT:** ☐ Offense  ☐ Incident

**2. DATE AND TIME OF EVENT**
- Start Date: Month 01 (Jan), Day 20, Year 2005
- Start Time: Hour 23, Minute 20
- End Date: (blank)
- End Time: (blank)

**3. DATE OF REPORT:** Month 01 (Jan), Day 21, Year 2005
**4. TIME OF REPORT:** Hour 00, Minute 30
**5. DISTRICT:** 3
**6. SECTOR:** (3)
**7. BEAT:** 303
**8. COMPLAINT NUMBER:** 008711

**9. EVENT LOCATION ADDRESS:** 1700 Blk Columbia Rd NW
- ☐ Rear of  ☐ NW Corner
- ☐ In front of  ☐ NE Corner
- ● Along side of  ☐ SW Corner
- ☐ Inside of  ☐ SE Corner

**10. REPORT RECEIVED BY:** ☐ TRU  ● On-scene  ☐ Walk-in  ☐ Radio run

**11. IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?** ☐ Yes  ☐ No

**12. PROPERTY TYPE:** ● Public  ☐ Private

**13. EVENT NO. 1:** Destruction of Property
**14. EVENT NO. 2:** (blank)
**15. EVENT NO. 3:** (blank)

**16. FORCED ENTRY:** ☐ Yes  ☐ No
**17. POINT OF ENTRY:** (blank)
**18. a. Method Used:** (blank)  **b. Tools Used:** (blank)

**19. WEATHER CONDITIONS:** ● Clear  ☐ Rain  ☐ Other  ☐ Unknown  ☐ Cloudy  ☐ Snow  ☐ Not applicable

**20. SUSPECTED HATE CRIME?** ☐ None  ☐ Ethnic  ☐ Sexual Orientation  ☐ Racial  ☐ Religious  ☐ Other

**21. SECURITY SYSTEM (Mark all that apply):** ☐ Alarm/Audio  ● Camera  ☐ Dead bolt  ☐ Exterior lights  ☐ Fence  ☐ Neighborhood watch  ☐ Not applicable  ☐ Alarm/Silent  ☐ Dog  ☐ Unlocked  ☐ Interior lights  ☐ Guard  ● Other _plexi[?]_  ☐ Unknown

**22. LOCATION TYPE (Mark only one):**
● Bank/Savings & loan (others listed: Air/Bus/Train terminal, Alley, Bus stop, Church/Synagogue/Temple, College/University, Commercial office building, Construction site, Convenience store, Department/Discount store, D.C. government building, Doctor's office/Hospital, Drug store, Federal/Government bldg., Field/Woods, Grocery/Supermarket, Hotel/Motel/Etc., Jail/Prison, Lake/Waterway, Liquor store, Park area, Parking lot/Parking garage, Public housing project, Public/Private school, Rental storage facility, Residence/Home ●, Restaurant ●, Service station, Sidewalk, Specialty store, Street/Highway/Road, Tavern/Night club, Other ●, Not applicable, Unknown)

**23. DESIGNATED AREAS (Mark all that apply):** Other: _Windows / walls_

## PART II – VICTIM INFORMATION

**24. NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** Riggs Bank
**25. RELATED TO EVENT NO(S):** 1

**26. VICTIM TYPE:** ● Financial inst.

**27. DATE OF BIRTH:** (blank)
**28. AGE RANGE:** (blank)
**29. SEX:** (blank)
**30. HOME PHONE:** ( ) —
**31. BUSINESS PHONE:** ( ) unk
**32. RACE/ETHNICITY:** (blank)

**33. HOME ADDRESS:** (blank)
**34. BUSINESS ADDRESS/SCHOOL:** 1779 Columbia Rd NW
**35. OCCUPATION:** (blank)
**36. IS EVENT RELATED TO OCCUPATION?** ☐ Yes  ☐ No  ☐ Unknown
**37. ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1:** (signature)

**38. NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** Citibank
**39. RELATED TO EVENT NO(S):** 1

**40. VICTIM TYPE:** ● Financial inst.

**41. DATE OF BIRTH:** (blank)
**42. AGE RANGE:** (blank)
**43. SEX:** (blank)
**44. HOME PHONE:** ( ) —
**45. BUSINESS PHONE:** ( ) unk
**46. RACE/ETHNICITY:** (blank)

**47. HOME ADDRESS:** (blank)
**48. BUSINESS ADDRESS/SCHOOL:** 1749 ½ Columbia Rd NW
**49. OCCUPATION:** (blank)
**50. IS EVENT RELATED TO OCCUPATION?** ☐ Yes  ☐ No  ☐ Unknown
**51. ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM NO. 1:** (signature)

**52. STATUS (Mark one):** ☐ Open  ● Closed  ☐ Closed by arrest, attach PD-252  ☐ Unfounded  ☐ Suspended
**53. REVIEWER:** (signature)
**54. DISTRIBUTION:** (blank)

D-251 4/99   Printed in U.S.A.   PAGE 1

**55** IS VICTIM #1 THE REPORTING PERSON? IF NO, ENTER THE NAME, ADDRESS AND PHONE NUMBER OF THE REPORTING PERSON.
○ Yes  ● No

Name: Insp. Groomes
Address: 3d1 - 750 Park Rd. NW
Phone-Area Code: 5767447

**56** DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER?
○ Yes  ● No

**56A** WAS PD FORM 378A ISSUED?
○ Yes  ○ No

**57** IS CPO/TPO OUTSTANDING?
○ Yes  ○ No  ○ Unknown

IF YES, ENTER CPO/TPO #: _____

**58** INJURIES — Use the following codes to describe injuries. (Mark all that apply)

- N = None Visible
- M = Apparent Minor Injury
- B = Apparent Broken Bones
- O = Other Major Injury
- I = Possible Internal Injury
- G = Gunshot
- L = Severe Laceration
- T = Loss of Teeth
- U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| ○ Victim ● Suspect | ①②③④⑤ ⑥⑦⑧⑨ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | Maced in ally after det. | treated on scene | #18 | ● Yes ○ No | 18 | ○ Admitted ○ Released |
| ● Victim ○ Suspect | ①②③④⑤ ⑥⑦⑧⑨ | Ⓝ Ⓜ Ⓑ Ⓞ Ⓘ Ⓖ Ⓛ Ⓣ Ⓤ | | | | ● Yes ○ No | 18 | ○ Admitted ○ Released |
| ○ Victim ○ Suspect | | | | | | ○ Yes ○ No | | ○ Admitted ○ Released |
| ○ Victim ○ Suspect | | | | | | ○ Yes ○ No | | ○ Admitted ○ Released |

### PART III - PROPERTY

**59** Codes:
- S = Stolen
- E = Evidence
- R = Recovered
- F = Found
- I = Impounded
- V = Vehicle from which theft occurred
- D = Alleged drug type
- L = Lost
- P = Suspected proceeds of crime
- O = Other

a. Property Book & Page No.
b. Location of Property Book

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| O₁ | Windows/doors (glass smashed) | | | | | 4 | 5,000 | | |
| O₁ | Walls spraypainted ("A" incl x 4) | | | | | 3 | 2,000 | | |
| O₂ | doors (glass smashed) | | | | | 2 | 5,000 | | |
| O₃ | Windows (glass smashed) | | | | | 1 | 5,000 | | |
| O₄ | spraypaint on doors "A" incl. | | | | | 1 | 500.00 | | |

Total: $12,500

**60** VEHICLE INFORMATION — Vehicle operated/used by: ○ Victim ○ Suspect ○ Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### PART IV - SUSPECT/MISSING PERSON INFORMATION (Use narrative if additional space is needed.)

**61** #1
○ Suspect  ○ Missing

a. Race: ○ Asian ○ White ○ Unknown / ○ Black ○ Latino/Hispanic ○ Other
b. Sex: ○ Male ○ Unknown / ○ Female
c. Exact Age or Range
d. Height
e. Weight
f. Eyes
g. Hair
h. Complexion
i. Scars
j. Mustache
k. Facial Hair
l. Hat
m. Coat/Jacket
n. Pants
o. Blouse/Shirt
p. Perpetrator Suspected of Using: ○ Alcohol ○ Drugs ○ Computer ○ N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: ○ Handgun ○ Shotgun ○ Other / ○ Revolver ○ Semi-automatic firearm / ○ Rifle ○ Automatic
Other: ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) / ○ Blunt object ○ None / ○ Motor vehicle ○ Unknown
Color | Make | Model | Caliber

(see narrative)

**62** #2
○ Suspect  ○ Missing

a. Race: ○ Asian ○ White ○ Unknown / ○ Black ○ Latino/Hispanic ○ Other
b. Sex: ○ Male ○ Unknown / ○ Female
c. Exact Age or Range
d. Height
e. Weight
f. Eyes
g. Hair
h. Complexion
i. Scars
j. Mustache
k. Facial Hair
l. Hat
m. Coat/Jacket
n. Pants
o. Blouse/Shirt
p. Perpetrator Suspected of Using: ○ Alcohol ○ Drugs ○ Computer ○ N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: ○ Handgun ○ Shotgun ○ Other / ○ Revolver ○ Semi-automatic firearm / ○ Rifle ○ Automatic
Other: ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) / ○ Blunt object ○ None / ○ Motor vehicle ○ Unknown
Color | Make | Model | Caliber

Narrative

**63** #3
○ Suspect  ○ Missing

a. Race: ○ Asian ○ White ○ Unknown / ○ Black ○ Latino/Hispanic ○ Other
b. Sex: ○ Male ○ Unknown / ○ Female
c. Exact Age or Range
d. Height
e. Weight
f. Eyes
g. Hair
h. Complexion
i. Scars
j. Mustache
k. Facial Hair
l. Hat
m. Coat/Jacket
n. Pants
o. Blouse/Shirt
p. Perpetrator Suspected of Using: ○ Alcohol ○ Drugs ○ Computer ○ N/A

q. Weapons Used in Offense (Mark all that apply)

Firearm: ○ Handgun ○ Shotgun ○ Other / ○ Revolver ○ Semi-automatic firearm / ○ Rifle ○ Automatic
Other: ○ Cutting instrument ○ Hands/Feet/Teeth ○ Other (specify) / ○ Blunt object ○ None / ○ Motor vehicle ○ Unknown
Color | Make | Model | Caliber

*Value of vehicles to be entered by Information Processing section

CCN: 008-871

PAGE 2

## PART V - MISSING PERSONS

| 64 PROBABLE CAUSE OF ABSENCE AND DESTINATION | | | 65 COMPLAINT NUMBER |
|---|---|---|---|
| | | | 008871 |

| 66 IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: | 67 CLASSIFICATION ○ Critical ○ Non-critical | 68 CLASSIFIED BY: |
|---|---|---|

| 69 PHYSICAL/MENTAL CONDITION (i.e., diabetic) | 70 DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | 71 NAME OF PARENT/GUARDIAN |
|---|---|---|

| 72 ADDRESS OF PARENT/GUARDIAN | 73 IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | 74 MISSING PERSON SECTION NOTIFIED (Name) |
|---|---|---|

### 75 NARRATIVE — Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

**Item Number Continued**

(59) O, → Windows smashed    $2,000+ (rental office glass)

R-1 reports a large group of protesters/anarchists were observed breaking out windows and spraypainting walls to the listed locations.

As they were damaging the public + private property and walking they also turned over several newspaper stands/boxes over at 1729, 1750 and 1800 Columbia Rd.

This group also shouted expletives to police who were following them. This large group of people were then surrounded by MPDC in the alley rear of 1800 Columbia Rd. They were all arrested for parading without a permit (65 persons). No individual person was charged for the destruction of property for they were in mass and had faces covered therefore their identity could not be determined.

Approximate damage value = over $12,000

— also scooters were spraypainted and windows broken

| 76 EVIDENCE TECHNICIAN/CSES # | 77 NAME OF INVESTIGATOR NOTIFIED | 78 TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | 79 TELETYPE # |
|---|---|---|---|---|
| Arce | | | | |

| 80 REPORTING OFFICER'S SIGNATURE | ELEMENT | 81 OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD) | 82 SECOND OFFICER'S NAME | ELEMENT | 83 SIGNATURE OF SUPERVISOR | ELEMENT |
|---|---|---|---|---|---|---|
| [signed] | 31 | ○ USCP ○ USSS ○ METRO TRANSIT ○ OTHER | | | [signed] | 31 |

P.D. 252 Rev. 10/86 — Metropolitan Police Department — SUPPLEMENT REPORT — Washington, D.C.

- [ ] Classification Change
- [x] Additional Information

| Field | Value |
|---|---|
| 1. District | 3d |
| 2. Beat | |
| 3. RA | |
| 4. Original Classification | Dest. Prop |
| 5. Complaint Number | 008-871 |
| 6. Date of This Report | 1-21-05 |
| 7. Reporting Elem | 3d |
| 8. Classification of Report Changed To | |
| 9. Date and Time of Event | 1-20-05 2320 |
| 10. Date and Time of Orig. Rpt. | 1-20-05 0030 |
| 11. Event Location | 1700 Blk Columbia Rd. |
| 12. Property Type | Public |
| 13. Radio Run Received | No |
| 14. Describe Location | Sidewalk/Banks |
| 15. Where Entered | NA |
| 16. Tools/Weapons | Poles, sticks |
| 17. Methods | Smash |
| 18. Complainant | A: Riggs Bank   B: Citibank |

**20. SOLVABILITY FACTORS**

- Is there a witness? YES — MPDC - Intell Division (Madison) c/o Lowen
- Is a suspect named? NO — See below
- Is the stolen property trackable? —
- Is physical evidence present? YES — Was dest. of windows + spray paint
- Is the perpetrator known to the victim? NO
- Was a referral form given to complainant? NO

**22. NARRATIVE:**

- No arrests were made directly for the dest. of property
- (6) people were arrested for Parading without a permit and were the group identified doing the crime while walking down Columbia Rd, no individual person could be identified at that time. It was apparent financial institutions and MPD were targeted by this crowd.

23. Status: CLOSED

27. Investigative Officer's Recommendation: (blank)
28. Supervisor's Recommendation: (blank)

29. Reporting Member's Signature — I-27 3d
31. Supervisor's Signature — 736

PAGE 1 OF 2 PAGES

| CONTINUATION REPORT | 1. COMPLAINT NUMBER 008-871 |
|---|---|

**2. NARRATIVE CONTINUED**

due to the actions of the group - several CDU Platoons were deployed to control the unruly, destructive crowd.

Several guard details had to be established to guard the banks and MPD office for they were unsecure due to their windows being smashed out.

All 65 protestors were arrested via mass arrest form. They were transported to T.P.S except for the juveniles who were taken to the 1st District for processing.

CSSO was summoned and took photographs of the destruction.

Additional Complainant:
Columbia Apts
1768-1769 Columbia Rd NW

Page 2 of 2 Pages