UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  Civ. A. No. 06-00098 (ESH)<br>)<br>)<br>)<br>) |

**NOTICE OF NON-ELECTRONIC FILING OF VIDEOTAPES**

Plaintiffs give notice that they will file with the Clerk of the Court two videotapes exempt from electronic filing under LCvR 5.4(e)(1). These videotapes are the following two exhibits to Plaintiffs' Motion for Partial Summary Judgment on Liability:

- Exhibit M, Brandon Jourdan Video, and

- Exhibit O, Barry Student Video.

**CERTIFICATE OF SERVICE**

Undersigned counsel Daniel M. Schember certifies that a copy of this Notice and one copy each of Exhibit M, Brandon Jourdan Video, and Exhibit O, Barry Student Video, were mailed postage prepaid on January 24, 2008, to

Thomas L. Koger
Senior Assistant Attorney General
D.C. Office of the Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001

Respectfully submitted,

/s/ Arthur B. Spitzer
Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

/s/ Daniel M. Schember
Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National
Lawyers Guild and the American Civil
Liberties Union of the National Capital Area

Counsel for Plaintiffs

January 24, 2008