UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, )<br>                Plaintiffs, )<br>    v.                           )<br>DISTRICT OF COLUMBIA, )<br>                Defendant. ) | Civ. A. No. 06-00098 (ESH) |

**DEFENDANT DISTRICT OF COLUMBIA'S *CONSENT* MOTION
TO EXTEND, BY ONE CALENDAR DAY, ITS TIME TO FILE ITS OPPOSITION TO
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND
DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

    Defendant, District of Columbia ("District"), with plaintiffs' consent, respectfully moves this Court for an order, pursuant to Fed. R. Civ. P. 6(b)(1), extending the District's time by one day, to and including Saturday, February 23, 2008, within which to file its opposition to plaintiffs' motion for partial summary judgment on liability and the District's cross-motion for partial summary judgment. The requested relief is necessitated, in part, by difficulties in accomplishing the completion of these filings due to the inclement weather of Friday, February 22, 2008, and the failure of technical equipment within the defendant agency. Undersigned counsel had anticipated being able to meet the filing deadline, notwithstanding these issues, but is, in fact, unable to do so.

    Undersigned counsel has requested plaintiffs' consent in accordance with LCvR 7(m). Plaintiffs have given their consent.

The brief enlargement requested is not intended, nor is it expected to prejudice plaintiffs. Nor does this failure to meet the filing deadline reflect a lack of respect for this Court's orders or docket management needs.

Accordingly, defendant respectfully moves this Court for an order extending its time to file its opposition to plaintiffs' motion for partial summary judgment and it cross-motion for partial summary judgment by one calendar day, to and including Saturday, February 23, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity Section I

s/ Thomas L. Koger
THOMAS L. KOGER [427921]
Senior Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6610
Fax: (202) 727-3625 (fax)
E-mail:   Thomas.Koger@dc.gov