# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARAH CARR, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, ) <br> ) <br> Defendant. ) <br> ) | Civ. A. No. 06-00098 (ESH) |

## ORDER

Upon due consideration of Defendant District of Columbia's Consent Motion To To Extend, By One Calendar Day, Its Time To File Its Opposition To Plaintiffs' Motion For Partial Summary Judgment And Defendant's Cross-Motion For Partial Summary Judgment, the record herein, good cause shown, and the interests of justice, it is

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that the time within defendant may file its opposition to plaintiffs' pending motion for partial summary judgment and its motion for partial summary judgment is hereby extended by one calendar day, to and including, Saturday, January 23, 2008.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Serve upon:
All Counsel