UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S**
**CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, District of Columbia ("District"), by and through counsel, respectfully moves this Court for an Order, pursuant to Fed. R. Civ. P. 56, granting the District summary judgment on plaintiffs' First And Fourth Amendment claims and common law false arrest and false imprisonment claims. The District further moves this Court to dismiss plaintiffs' claim for injunctive relief with prejudice.

The grounds for this motion, as set forth in the District's accompanying memorandum of points and authorities, incorporated herein by reference, are that plaintiffs' arrests were justified by probable cause and were not motivated our influenced by any constitutionally protected activity plaintiffs in which plaintiffs may have been engaged at any time.

                                           Respectfully submitted,

                                           PETER J. NICKLES
                                           Interim Attorney General for the District of Columbia

                                           GEORGE C. VALENTINE
                                           Deputy Attorney General
                                           Civil Litigation Division

                                           __/s/_ Ellen Efros_____

ELLEN A. EFROS [250746]
Chief, Equity I Section

__/s/  Thomas L. Koger_____
THOMAS L. KOGER [427921]
Senior Assistant Attorney General

__/s/  Chad Copeland_____
CHAD COPELAND

  /s/ Jayme Kantor
JAYME KANTOR
Assistants Attorney General
441 4th Street NW
Suite 600 South
Washington, D.C.  20001
(202) 724-6610
Fax: (202)727-3625

Counsel for Defendant District of Columbia