## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) Civ. A. No. 06-00098 (ESH) |
|  | ) |
| DISTRICT OF COLUMBIA, | ) |
|  | ) |
| Defendant. | ) |

## **ORDER**

Upon due consideration of Defendant District of Columbia's Cross-Motion For Summary Judge, the opposition thereto, and the record herein, it is this____ day of

_____,

ORDERED that the defendant, District of Columbia's motion is GRANTED; and it is further

ORDERED that plaintiffs' First and Fourth Amendment Claims, and common law false arrest and imprisonment claims, and plaintiffs claim for injunctive relief are DISMISSED WITH PREJUDICE.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Serve upon:
All Counsel of Record