UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-0098 (ESH) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

### DECLARATION OF DREW SMITH

I, Drew Smith, under penalty of perjury declare as follows:

1. I am an adult over the age of 21 years.

2. I make this declaration based on my personal knowledge of the matters discussed in it.

3. I am a Detective of the Metropolitan Police Department ("MPD") and have been an MPD Officer since Nov 1992. On January 20, 2005, I was assigned to the Intelligence Section of the Office of the Superintendent of Detectives within MPD's Special Investigations Branch. My duties and responsibilities that night included monitoring the activities of an MPD undercover officer ("U/C") and relaying information that the U/C provided to me, by cell phone to Sgt. Jeffrey Madison of the Special Investigations Branch. I was also to relay information based on my own observations to Sgt. Madison. I understood that the information that I provided would be relied upon to guide decisions by MPD officials in deploying resources and in seeking to protect against criminal misconduct.

4. The U/C that I was monitoring was to attend an Anti-Inaugural Concert ("AIC") at a church located at 1459 Columbia Road, NW. The U/C was to arrive at the church at 1459 Columbia Road, NW, at about 7:00 p.m., and the concert was expected to run until midnight. The U/C was assigned to attend the AIC, which was open to the public, to gather intelligence regarding possible criminal misconduct that might be conducted in the aftermath of that day's Inaugural proceedings and in the context of the various Inaugural Balls being held in the District. I was working in plain clothes and driving an unmarked cruiser, in which I sat parked in the 1400 block of Columbia Road, NW during the AIC.

5. The officer I was monitoring was an experienced U/C, and had on numerous occasions worked in assignments dealing with self-proclaimed anarchists and persons who had espoused criminal misconduct as a means of forwarding their respective agendas. This officer had provided me credible information numerous times detailing the planning of criminal activity that was to occur at demonstrations/protests in the District of Columbia, and had never provided me with false information.

6. The U/C telephoned me at or about 9:00 p.m. The U/C advised that a possible protest march to follow the AIC was being discussed in the church. The U/C advised that the idea of such a march came as a surprise. AIC "organizers" wanted to have such a march, but only if enough people joined in to make the march "effective." The U/C relayed that the selection of bands for the AIC, specifically including the band Anti-Flag, had been intended to draw enough people to the AIC to provide for a large number of march participants. The U/C advised me that the "anarchists" from Baltimore wanted to march, as did protestors from New York. The U/C also told me that the venue

was "packed" with people. The U/C informed me that performers with the bands urged persons in attendance to march. I provided this information to Sgt. Madison as I received it, and I estimated that the AIC had 500 persons in attendance.

7. The U/C advised me that the march was to commence at the end of the AIC, at about midnight. In preparation for the march, bandannas were provided by organizers with which marchers could cover their faces. The U/C reported that, along with the bandannas, organizers dispensed vinegar from spray bottles. Vinegar is commonly applied to bandannas in such contexts because the vinegar mitigates the debilitating effect pepper spray and tear gas when the bandannas are used as makeshift "gas masks."

8. The U/C also told me that "pipes," such as might be used to hold up banners, were being distributed at the AIC. In prior instances, I had known of pvc pipes, suitable for suspending banners, to be distributed, which contained lengths of rebar.

9. The U/C advised me of the intended march route, which the U/C said was provided on fliers distributed at the AIC and announced from the stage during the AIC. According to the U/C, the route would go through Adams Morgan residential and commercial areas and to the Hilton Hotel, where an Inaugural Ball was being held. The U/C told me that the person announcing the march route from the stage said that marchers would "crash" --- breach security at -- the Inaugural Ball and that some of the protestors had discussed engaging in various types of property damage along the route from the AIC to the Inaugural Ball.

10. Some time after 11:00 p.m., the U/C advised me that the AIC was being cut short and that the march would commence at about 11:30, instead of midnight. I communicated this to Sgt. Madison immediately.

11. At some point after 11:00, I observed 500 or more people exit the church onto Columbia Road, NW. Some departed the church and walked eastward along Columbia Road, NW, departing the area. The majority of the people leaving the church, however, moved westward and congregated in the intersection of Columbia Road, NW, and 16th Street, NW. The U/C advised me that poles that had been distributed in the church were being used as the handles of torches. The torches consisted of the poles with soup cans containing flaming fluids. From where I was located in front of the church, I could see numerous flaming torches held aloft by persons in the crowd that had emerged from the church. The U/C communicated that the U/C felt that the crowd could become violent.

12. After spending five to 10 minutes getting organized, this group of approximately 250 to 300 persons marched westbound on Columbus Avenue, NW. The U/C was within the group of marchers and I followed behind the march in my unmarked cruiser.

13. The 1600 block of Columbia Road. NW, is predominately residential, with apartment buildings on both sides of the street. The marchers filled the entire roadway along that block, and I do not recall having seen any of them walking on the adjacent sidewalks. As they marched, this group held numerous torches aloft and pounded away loudly on plastic buckets, which served as drums.

14. As I proceeded along Columbia Road, NW, behind the marchers, marked MPD cruisers moved alongside me. March participants took newspaper vending boxes from the sidewalks and laid them on their sides to block the roadway and keep us from following them. However, the boxes were removed and I resumed my monitoring of the U/C and the march. The U/C reported that protestors riding bicycles with the march used their bikes to block traffic at intersections.

15. As the march progressed, the group repeatedly chanted "Black Bloc, Black Bloc." The U/C advised me at that point that groups of marchers formed clusters and pulled up bandannas and other items of clothing to conceal their features. The U/C reported to me that the U/C observed persons within the march propel missiles with "wrist rocket" slingshots to break windows of businesses, saw a banner drop from the "Starbucks" at 18th Street, NW, and Columbia Road, NW, saw protesters throwing news vending machines into the street, observed protesters throwing what appeared to be a large brick or piece of concrete through the window of the MPD's Latino Liaison Unit; had seen bricks thrown at buildings by marchers, and saw march participants spray paint anarchist symbols on buildings and a spray paint a car along the march route.

16. I could hear firecrackers being set off in the vicinity of the march, as it crossed 18th Street.

17. I relayed this information to Sgt. Madison as I received it from the U/C or personally observed it.

Executed: 2/22/08                    _____
                                                    DREW SMITH