UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR., *et. al.*, | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-0098 (ESH) |
| DISTRICT OF COLUMBIA, *et. al.*, | : |
| Defendants. | : |

### DECLARATION OF MICHAEL TOPPER

I, Michael Toppper, under penalty of perjury declare as follows:

1. I am an adult over the age of 21 years.

2. I make this declaration based on my personal knowledge of the matters discussed in it.

3. I am an Officer of the Metropolitan Police Department ("MPD") and have been an MPD Officer since August 2000.

4. I was on duty on January 20, 2005. On that day, I was assigned to MPD Civil Disturbance Unit ("CDU") 43. Between 11:00 p.m. and 11:30 p.m. CDU 43 was ordered to put on our protective equipment, commonly called "riot gear," and directed to report to 18th Street, below Columbia Road. There we were to respond to a march involving hundreds of people in the roadway. We were advised that some marchers were carrying torches and that group had engaged in property damage.

5. I drove an MPD van transporting my CDU squad to 18th Street, N.W. There we came up behind the group of marchers, which had been described as a "mob." At that

time, the marchers took most of the lanes of 18th Street and numerous members of the group were throwing debris at police personnel.

6. A line of MPD Officers had formed across 18th Street. This police line prevented the marchers from continuing southward. The marchers entered an alleyway off of 18th Street between where I had parked the van and the police line had formed. CDU officers, including myself, followed them into the alleyway.

7. The marchers' escape was blocked by another police cordon at the other end of the alley. My official, Sergeant Black, struck his baton on the pavement once, to get the marchers' attention, and ordered them to get on the ground. The objective was to create order in the alley so that the marchers could be dealt with safely.

8. After that, MPD Officers divided up the work of searching the marchers/prisoners, placing flex-cuffs on them, and completing Field Arrest Forms for them. My role was to fill out Field Arrest Forms for some of the prisoners and to be photographed with the persons for whom I had completed Field Arrest Forms. As the person who completed the Field Arrest Forms for a number of the arrestees and who was photographed with them, I am the Arresting Officer for each of these persons, including Chelsea Kirk.

9. Each person arrested was flexcuffed before he or she was photographed with his or her arresting officer.

10. I did not apply flexcuffs to any of the persons arrested.

11. I was photographed twice with Chelsea Kirk. The first photograph was taken on 16th Street, outside the van used to transport her to the MPD Institute of Police Sciences, the police academy ("IPS"). Ms. Kirk did not complain to me that her flexcuffs had been

2

placed on her improperly at that time. Nor did she complain of pain or injury caused by the flexcuffs. I did not observe any injury to her wrists at that point.

12. The second photograph was a digital photograph taken during her arrest processing at the IPS. At least an hour, and perhaps two hours, passed between the time the first and second photographs were taken. Ms. Kirk did not complain to me that her flexcuffs had been placed on her improperly at that time, either. Nor did she complain that the flexcuffs had caused her or were causing her pain or injury. I did not observe any injury to her wrists at that point.

13. I did not hear Ms. Kirk complain about the tightness of her flex-cuffs or of injuries to her wrists at any time.

14. I have reviewed the Field Arrest Form (#580831) for Ms. Kirk and the two photographs taken of her standing next to me that are part of the arrest paperwork for her January 20, 2005 arrest. Copies of those materials are attached to this declaration. The originals of these documents are records of the MPD routinely maintained as records of the Department's regularly conducted business activities. The two photographs fairly and accurately depict Ms. Kirk and myself.

I declare under the penalty of perjury that the foregoing is true and accurate

Executed: 02/12/08

MICHAEL TOPPER



**KIRK, C.**

| 17. DATE OF BIRTH | 18. WALES INQUIRY? |
| --- | --- |
|  | ☐ YES  ☐ NO |

19. DISPOSITION (E.F., BOND, COURT DATE, ETC.)

### SECTION D – PROPERTY SECTION

20. PROPERTY IS:
☐ PRISONER'S  ☐ EVIDENCE  ☐ ABANDONED  ☐ SUSPECTED PROCEEDS

21. OWNERSHIP IS: ☐ KNOWN  ☐ UNKNOWN  ☐ POSSIBLE OWNER

NAME:

22. BRIEF DESCRIPTION OF PROPERTY

| 23. COMPLAINANT'S NAME OR BUSINESS | PHONE NUMBER |
| --- | --- |

24. ADDRESS

**DATA PROCESSING COPY**

MCP, PATENTED, CRC-208

080500020

P.D. 759 Rev. 9/71   METROPOLITAN POLICE DEPARTMENT — D.C. 85-9P867

# FIELD ARREST FORM

## SECTION A – ARRESTING OFFICER'S SECTION

| 1. DATE | 2. TIME | 3. |
|---|---|---|
| 1-21-05 | 0023 | 580831 |

4. CHARGE
PARADING WITHOUT PERMIT

5. LOCATION OF ARREST
REAR OF 1824 COLUMBIA RD

6. LOCATION OF OFFENSE (IF OTHER THAN 5)
REAR OF 1824 COLUMBIA RD

7. BRIEF DESCRIPTION OF FACTS & CIRCUMSTANCES SURROUNDING ARREST

8. NAME OF SUSPECT
KIRK, CHELSEA

| 9. ARRESTING OFFICER | 10. BADGE NO. | 11. UNIT | 12. COURT DAY |
|---|---|---|---|
| MICHAEL A. TOPAEK | | 4 | |

## SECTION B – TRANSPORTATION SECTION

| 13. TRANSPORTED BY | 14. TRANSPORTED TO |
|---|---|

## SECTION C – PROCESSING SECTION

15. ADDRESS OF ARRESTEE

16. NAME, IF FOUND TO BE DIFFERENT FROM ABOVE

17. DATE OF BIRTH    18. WALES INQUIRY?   ☐ YES   ☐ NO

19. DISPOSITION (E.F., BOND, COURT DATE, ETC.)

## SECTION D – PROPERTY SECTION

20. PROPERTY IS:  ☐ PRISONER'S   ☐ EVIDENCE   ☐ ABANDONED   ☐ SUSPECTED PROCEEDS

21. OWNERSHIP IS:  ☐ KNOWN   ☐ UNKNOWN   ☐ POSSIBLE OWNER

NAME:

22. BRIEF DESCRIPTION OF PROPERTY

23. COMPLAINANT'S NAME OR BUSINESS    PHONE NUMBER

24. ADDRESS

**DATA PROCESSING COPY**

MCP, PATENTED, CRC-208

580831

## Arrestee Information Entry Screen

**Select Arrestee**  Mass Arrest Number: 57  Prisoner Control Number: 15    PRINT   Exit

### ARRESTEE INFORMATION FORM

| | | |
|---|---|---|
| MASS ARREST #: 57 | ARREST EVENT #: 4 | FIELD ARREST #: 580831 |
| PC#: 1 | TIME QUESTIONED: | ☒ PAY OUT |

**ARRESTEE INFORMATION**

| NAME (L): KIRK | (F): CHELSEA | (M): MARIE | (JR/SR): |
|---|---|---|---|

NICKNAME:

| SEX: F | RACE: W | HEIGHT: 5'4" |
|---|---|---|
| WEIGHT: 140 | HAIR: BROWN  EYES: BROWN | COMPLEXION: LIGHT |
| BIRTHDATE: 09/28/86 | PLACE OF BIRTH: NEW YORK | AGE: 18 |

ADDRESS: 14096 REVA ROAD
BOSTON, VA 22713

HOW LONG AT ADDRESS: 5 MONTHS     PHONE NUMBER: 540-547-9675

LIVES WITH AT ADDRESS:

PERMIT #:      STATE: VA

DRIVERS LICENSE WITH PHOTO (X): ☐   PERSONAL ID WITH PHOTO (X): ☐   OTHER TYPE ID (X): ☐

OTHER ID DESCRIPTION:

SSN: 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     HOW LONG IN D.C.:

**ADDITIONAL ARRESTEE INFORMATION**

~~E/F~~ E/F

Receipt # 004826

P.D. 759 Rev. 9/71

# METROPOLITAN POLICE DEPARTMENT

CCN: 008-871    FIELD ARREST FORM

## SECTION A - ARRESTING OFFICER'S SECTION

| Date | Time | Field Arrest Number |
|---|---|---|
| 1/20/05 | 11:20 PM | 580831 |

**Charge(s)**
Parading Without a Permit

**Location of Arrest**
1800 Block Columbia Road, NW

**Location of Offense**
1800 Block Columbia Road, NW

**Brief Description of Facts and Circumstances Surrounding Arrest**

The offense occurred on January 20, 2005 at 2320 hours at the location of 16th Street and Columbia Road, NW. A group of approximately 250 individuals formed as a group and concealed their identities with the use of masks, scarves, and shirts. They moved as a group westbound on Columbia Road blocking all westbound traffic lanes and one eastbound traffic lane. In the 1700 block of Columbia Road the group began arbitrarily destroying mailboxes, light posts, and spray painting vehicles and buildings. They continued into the 1800 block of Columbia Road and turned South on 18th Street where a majority of the individuals were stopped and arrested.

No permit was issued for this event.

I, Officer Topper, observed the above-listed demonstration and arrested D-1. I was assigned to Civil Disturbance Unit 43.

D-1 was transported to prisoner processing site located at the training academy by prisoner control Wagon.



**Name of Suspect**
KIRK, CHELSEA MARIE

| Arresting Officer | BADGE# | Unit | Court Day |
|---|---|---|---|
| Topper, M | 3877 | 4D | |

## SECTION B - TRANSPORTATION SECTION

| Transported by | Transported to |
|---|---|
| | |

## SECTION C - PROCESSING SECTION

**Address of Arrestee**
14096 REVA ROAD  BOSTON, VA 22713

**Name IF Found to be Different from Above**

| Date of Birth | Race | Sex | WALES INQUIRY |
|---|---|---|---|
| 9/28/86 | W | F | ☐ YES  ☐ NO |

**Disposition (EF, BOND, COURT DATE, ETC.)**

**NCIC Return:**
DCMPD00C1
NO NCIC WANT NAM/KIRK,CHELSEA D0B/19860928 RAC/W SEX/F
NO WALES

## SECTION D - PROPERTY SECTION

**Property is:**
☐ Prisoners   ☐ Evidence   ☐ Abandoned   ☐ Sus. Proceeds

**Ownership is:**
☐ Known   ☐ Unknown   ☐ Possible Owner

**Name:**

**Brief Description of Property**

| Complainants Name or Business | Phone Number |
|---|---|
| MPDC | |

**Address**



THUMB PRINT

PD 67
REV. 7/25/04

COLLATERAL/BOND RECEIPT
**METROPOLITAN POLICE DEPARTMENT**
WASHINGTON, D.C. 20001-2188

004826

**[X] COLLATERAL**
You are eligible to elect to forfeit collateral for this charge. If you elect to forfeit the collateral amount assigned to the charge, you are agreeing to waive your right to a hearing in court, and the case against you will be concluded without an admission of guilt. However, you will have an arrest record of all charges for which you forfeited collateral.

Forfeiture is final unless you (or your attorney) file a "Motion To Set Aside Forfeiture" within 90 days from the date of the forfeiture. You may wish to file this motion if you decide to contest the charge at a later date.

The motion must be filed with the D.C. Superior Court (Traffic Clerk's Office, 500 Indiana Avenue NW, Room 4110). A copy of the motion must also be served on the prosecuting agency (Attorney General for the District of Columbia, Public Safety Division, 441 4th Street NW, Suite 450 North). **You MUST bring this form with you.**

By signing this form, you are acknowledging that it is your choice to elect to forfeit the collateral amount set for this charge, and that by doing so, you are agreeing to waive your right to a hearing in court.

**[ ] BOND**
You are eligible to post bond for this charge. You may post a cash bond amount assigned to the charge, OR a bondsman licensed by the D.C. Superior Court may agree to post the bond amount for you.

You will be required to appear in D.C. Superior Court for an arraignment hearing, the date and time of which is recorded in Box Number 16 on this form. If you are convicted, you will have a criminal record in addition to your arrest record. **If you fail to appear in court on the date and time indicated, a warrant will be issued for your arrest.**

| 1. BOOKING DISTRICT | 2. DATE COLLATERAL/BOND POSTED | 3. TIME COLLATERAL/BOND POSTED |
|---|---|---|
| IPC | 1/21/05 | 0649  A.M. |

**4. THIS IS TO CERTIFY THAT:**
Kirk (LAST NAME)   Chelsea (FIRST NAME)   Marie (MIDDLE)

**5. ADDRESS:** 14096 Reva Rd, Boston, VA 22713

**6. HAS DEPOSITED:** $

**7. ON CHARGE OF:** Parading w/out a Permit

| 8. PERMIT/LICENSE NUMBER | 9. ARREST NUMBER | 10. NOI/PD 61D NUMBER |
|---|---|---|
| T6274090S/VA | 080500020 | |

**11. ARRESTING/ISSUING OFFICER/DISTRICT:** Topper  M   4D

**12. COLLATERAL OR BOND DEPOSITED BY:** Self

**13. ARRESTEE SIGN NAME TO ACKNOWLEDGE HE/SHE HAS READ AND UNDERSTANDS STATEMENT ON COLLATERAL OR BOND, AS APPLICABLE**
/s/ Chelsea K___

**14. STATION CLERK NAME/CAD ID:** Butler   K   2180

**FOR BOND CASES ONLY**

**15. DATE AND TIME OF ARRAIGNMENT HEARING**

Distribution: White copy: Violator, Yellow copy: Superior Court Copy, Pink Copy: Police Department Copy