UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　Defendants. | Civ. Action No. 06-0098 (ESH) |

## PLAINTIFF CHELSEA KIRK'S RESPONSE TO DEFENDANT DISTRICT OF COLUMBIA'S FIRST SET OF INTERROGATORIES

1. Identify the person answering each interrogatory, as directed in paragraph "b" above, including providing this person's social security number, date of birth, and address.

**Partial Objections**

Plaintiff objects to this interrogatory on the ground of undue burden and unwarranted invasion of privacy and First Amendment associational privacy to the extent that it asks for plaintiff nicknames, aliases, or other identifiers used in communications that are not admissible at trial and cannot lead to the discovery of admissible evidence in any way that knowledge of plaintiff's name cannot also so lead.

**Answer**

Responsive information not covered by an objection stated above is as follows:

　　Full Name:　　　　　　　　Chelsea Marie Kirk

　　Social Security Number:　　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

I have an arrest record from this incident, which was my first and only arrest.

I plan to attend future demonstrations in Washington, D.C. My arrest while demonstrating, however, has chilled my enthusiasm for exercising this right.

8. Describe with specificity all actions you took from two hours prior to your arrival at the anti-inaugural ball conducted on January 20, 2005 in a church at 1459 Columbia Road and all actions you observed of other persons who participated in the march in which you participated to the time of your arrest, including, but not limited to conduct resulting in damage to property.

**Partial Objections**

Plaintiff objects to this interrogatory on the ground of undue burden and on the ground that the requested information—*all* actions she took and *all* actions she observed during the indicated time—is neither admissible at trial nor reasonably calculated to lead to the discovery of admissible evidence. This objection does not apply to actions plaintiff took or observed that are admissible or reasonably calculated to lead to discovery of admissible evidence.

Plaintiff objects to the part of this interrogatory that asks her to state conduct that she observed that resulted in damage to property on the ground of undue burden and on the ground that the requested information is not admissible at trial and cannot lead to the discovery of admissible evidence.

Plaintiff objects on the ground of undue burden to stating responsive information that is stated in the interrogatory responses of another plaintiff.

**Answer**

Without abandoning or waiving the objections stated above, I answer as follows:

11

I incorporate by reference all responsive information stated in the complaint.

After the inaugural parade ended in the late afternoon, my sister Allyson, my boyfriend Josh Maines, and I went to get something to eat. Then we traveled by Metro and on foot to the site of the concert at 1459 Columbia Road, NW, where we arrived at about 6:30 p.m. We rested a bit before the concert began.

We read a flier announcing that a march would take place at the end of the concert. The flier stated: "As we've said tonight's show is not just a concert, it's a celebration and it's a protest!!! After Anti-Flag's last song we invite you to join in a festive march from this show through the streets of DC to the doorstep of those in power. We're going to take our resistance to one of the Inaugural Balls where Bush and his supporters celebrate their power and privilege at the expense of us all. During the last song of the evening we will distribute buckets and encourage drumming, chanting, and participation from all. Dress warm, and be prepared to head out the door. After the last song we'll exit the space and march down Columbia Road towards 16th Street. We imagine a loud festive march, that takes the amazing energy surging through tonights show to create an explosive protest against the war on Iraq and the war here at home as well as against all that Bush represents. We will march from the show to the Washington Hilton, located at 1919 Connecticut Ave. NW. This is the site of one of tonight's balls. From the march, we engage in our own protests. We will show people faces behind those of us who resist this administration and sham. We will march to 18th Street from Columbia, and make a left on 18th and a right on Florida to get to Connecticut. We will bring people back to the show space afterwards as well. Please remember to be respectful of people in the Columbia Heights neighborhood where we are guests. Watch

your surroundings and keep the energy focused where it needs to be—on showing the world our opposition to Bush. Join us in the streets tonight to send one big NO! to the Bush regime and a million yeses to all of the things can create together." [All writing and punctuation in original.]

We decided to attend the march and called my parents to tell them about our plan. They readily agreed, but told us to be careful. We did not know—and did not even know enough to ask—if the march had a permit or if police would allow it.

During Anti-Flag's last song, the performers began to chant, "Whose streets?" and the crowd answered, "Our streets!" A performer said, "Take this energy outside!" Then people left the concert and the march began; the time was about 11:00 p.m.

At first it was just a lively march consisting of a couple hundred young people. They marched in the street and on the sidewalks, chanting and drumming. Passing motorists honked their horns and gave us a thumb's up sign in support. Allyson, Josh, and I were toward the back of the march.

Then I saw a couple of people spray paint on buildings. I noticed that some newspaper vending machines had been dragged into the streets, although I did not see this happen. For Allyson, Josh and me, the mood turned sour; we agreed that nothing good would come from this turn of events and decided to leave the scene.

We fell back from the march. At that point we wanted only to get to the Metro for our return home; however, not being from this area, we were not familiar with the streets and did not know how to do this. Then we found ourselves caught in between several police cars that had been following behind the march and police in riot gear on

13