1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
CATHERINE BURGIN,             .
                              .
        Plaintiff,            .
                              .  CA No. 03-cv-02005-EGS
    v.                        .
                              .
DISTRICT OF COLUMBIA,         .  Washington, D.C.
                              .  August 1, 2007
        Defendant.            .  10:07 a.m.
                              .
. . . . . . . . . . . . . .  .
```

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:         DANIEL McCREA SCHEMBER, ESQ.
                            SUSAN DUNHAM, ESQ.
                            Gaffney & Schember, PC
                            1666 Connecticut Avenue, NW
                            Suite 225
                            Washington, D.C.  20009
                            202-328-2244

                            ARTHUR B. SPITZER, ESQ.
                            American Civil Liberties Union
                            1400 20th Street, NW
                            Suite 119
                            Washington, DC  20036
                            202-457-0800

For the Defendant:          THOMAS LOUIS KOGER, ESQ.
                            Office of the Attorney General
                             for the District of Columbia
                            441 Fourth Street, NW
                            Washington, D.C.  20001-2714
                            202-724-6610

3

```
 1                    P R O C E E D I N G S
 2              COURTROOM DEPUTY:  Civil action 03-2005, Catherine
 3    Burgin et al versus District of Columbia.
 4              Would counsel please identify yourselves for the
 5    record?
 6              MR. SCHEMBER:  Good morning, your Honor.  For
 7    plaintiffs, Dan Schember, and with me at counsel table is my
 8    partner, Susan Dunham, and from the American Civil Liberties
 9    Union, Art Spitzer, Fritz Mulhauser, and the plaintiff,
10    Catherine Burgin, is also with us.
11              THE COURT:  All right, good morning.
12              MR. KOGER:  Good morning, your Honor.  Thomas Koger
13    for the District of Columbia.
14              THE COURT:  Let me hear from the plaintiff's counsel.
15    This is a consent motion.
16              MR. SCHEMBER:  Yes, your Honor.  We have, I believe we
17    filed on Sunday three motions, the first of which is a consent
18    motion for approval of the proposed judgment and proposed
19    distribution of the monetary payment.  All I can say in addition
20    to the reasons which we gave that one get preliminary approval
21    of this proposed judgment and distribution is that there have
22    been no objections to it and no one has opted out of the class
23    say for four individuals who were named plaintiffs in a related
24    case of Barnum v Ramsey, and of course they accepted separate
25    offers of judgment for themselves for the reasons stated in our
```

```
 1    attuned to its affirmative duties to facilitate expression in
 2    the city and work to accomplish that.  The chief is a former
 3    special operations division commander and is very attuned to the
 4    ability of that unit to serve that purpose and is also very much
 5    attuned to having that unit serve that purpose.  I know that
 6    there are conversations ongoing in anticipation of a large
 7    demonstration coming up in September, and what we would seek to
 8    accomplish is get the word out to contact that division to the
 9    extent that the local legislation might be misinterpreted in
10    that the fact that a permit may not be required.  We wouldn't
11    want that to be misunderstood, to communicate that the persons
12    who wish to express themselves should not rely on the division
13    which deals with permits and so forth for guidance and for
14    facilitating of demonstrations.  We would like that to continue
15    to be an effective relationship and we'll try to make that
16    clear.
17              THE COURT:  Great.
18              MR. KOGER:  Thank you.
19              THE COURT:  I'll sign the appropriate orders when
20    counsel leaves, but anyone else?  Yes?
21              MS. DUNHAM:  Good morning, your Honor.  I would like
22    to add briefly to what Mr. Koger had explained.
23              THE COURT:  Sure, sure.
24              MS. DUNHAM:  As you may recall, in a related case of
25    Labatti vs. Ramsey, which settled in January of 2005, there was
```

1   a provision for equitable relief, changes in police practices,
2   and these changes were accompanied several months later by a new
3   law passed in the District of Columbia.  The First Amendment
4   Assemblies Act of 2004 became effective in April 2005, and since
5   that time I personally as a member of the National Lawyers
6   Guild, D.C. chapter, have been with my partner, Daniel Schember,
7   out on the streets attending demonstrations including some that
8   we would call feeter matters, not the traditional 25,000 people
9   marching in the streets, and my partner and I have had occasion
10  to attend these matters in the streets, and we can tell you that
11  we are very optimistic based on our experience that the MPD's
12  practices now are to accommodate these matters, to accompany and
13  accommodate, and so I am optimistic that the environment for
14  demonstrators in the District of Columbia has improved.  I can't
15  express the same optimism for Capitol or Federal Police, but
16  they are not an issue in our cases.  We have observed a marked
17  contrast between the practices of the MPD with respect to
18  demonstrators and those of the Federal Police, but perhaps
19  that's another story for another case.
20          THE COURT:  I'm sure it is.
21          MS. DUNHAM:  For another day.
22          THE COURT:  Thank you.  That's so important, Mr.
23  Koger, because every time there's a major demonstration in the
24  District of Columbia it's in the eyes of the nation, in the eyes
25  of the world.