```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3

 4   - - - - - - - - - - - - - -x

 5   SARAH CARR, et al.,           :

 6           Plaintiffs,            :    Civil Action Number

 7        vs.                       :    06-00098 (ESH)

 8   DISTRICT OF COLUMBIA,          :

 9           Defendant.             :

10   - - - - - - - - - - - - - -x

11

12

13

14

15              DEPOSITION OF SARAH CARR

16

17                          Washington, D.C.

18                          Monday, July 16, 2007

19

20

21   REPORTED BY:

22       CARMEN SMITH
```

1  different than previously. I mean, I'm not -- I
2  can't say anything was different than previously. I
3  don't have a standard of comparison.
4      Q   Do you think that the fact that it was the
5  first inauguration after September 11, 2001 had any
6  implication whatsoever for the security concerns?
7      A   I'm not sure, because it was the same
8  president, and it was his second inauguration.
9      Q   And do you think -- do you think the
10 Secret Service had a different outlook on January
11 20, 2005 than January 20, 2001?
12         MR. SCHEMBER: I'll object. That calls
13 for nothing but speculation.
14         MR. KOGER: Fair enough. I'll withdraw
15 the question.
16         BY MR. KOGER:
17     Q   Why did you choose to go to the
18 anti-inaugural concert?
19     A   Because one of my favorite bands was
20 playing.
21     Q   Is that Q and Not U?
22     A   Yes.

|  |  |  |
|---|---|---|
| 10:57:29 | 1 | Q   Who are the members of Q and Not U? |
|  | 2 | A   I could only name one. |
|  | 3 | Q   Who would that be? |
|  | 4 | A   Chris Richards. |
|  | 5 | Q   Did Q and Not U actually perform at the |

1  Q   Who are the members of Q and Not U?
2  A   I could only name one.
3  Q   Who would that be?
4  A   Chris Richards.
5  Q   Did Q and Not U actually perform at the
6  anti-inaugural concert on January 20, 2005?
7  A   Yes.
8  Q   How did you learn of the anti-inaugural
9  concert?
10 A   It was advertised on a Web site, and the
11 band also advertised that they would be playing it.
12 And I was a fan of the band and followed
13 information.
14 Q   Did the information that you learned from
15 the Web site or Web sites that you consulted from
16 which you learned about the anti-inaugural concert
17 give you any indication that there would be a march
18 following the concert?
19 A   No.
20 Q   What did the Web site information lead you
21 to expect would occur at the concert?
22 A   Live music.

Timestamps: 10:57:29, 10:57:44, 10:58:11, 10:58:31

1    Q    By whom?

2    A    Q and Not U, a band called 1905.  I'm not

3  too familiar with the other bands.

4    Q    That's okay.

5    A    And I can only think of one more, but I

6  think there -- oh, wait.  Two more, Del Cielo.

7    Q    D-e-l, first word, C-i-e-l-o, second word?

8    A    Yes.  And Anti-Flag.

9    Q    And Anti-Flag.

10   A    Yeah.

11   Q    Anything about any other activities that

12  were to occur at the venue of the anti-inaugural

13  concert that evening?

14   A    Wait.  Will you repeat that?

15   Q    Sure.  The Web sites that you consulted,

16  did they provide any other information about events

17  that might be occurring at the venue, the forum, the

18  location of the anti-inaugural concert that evening?

19   A    I can't accurately recall.

20   Q    Okay.  Prior to your deposition today, did

21  you have occasion to review any videotapes of the

22  march that did follow from the anti-inaugural

1    A    One person or a group announcing to the
2    crowd at large, giving specifics on the event in
3    question.  That's the way I'm interpreting you to
4    mean it.
5    Q    Okay.  Using that definition, was there
6    such an announcement?
7    A    No.
8    Q    Okay.  If we were to speak of an
9    announcement as being any transmission of
10   information on the topic, was there an announcement?
11   A    Yes.
12   Q    What was that announcement?
13   A    It was produced in a couple of different
14   ways.
15   Q    Okay.  What was the earliest announcement?
16   A    Every singer -- or each singer of every
17   band announced that there would be a march.
18   Q    So how many --
19   A    From the church.
20   Q    Okay.  So how many total announcements of
21   that nature did you observe while you were at the
22   concert?

1      A      While I was at the concert, two I think.

2      Q      So there were -- so there were only two
3 singers in the bands?

4      A      No, I didn't stay for every band.

5      Q      Okay.  Which bands did you stay for?

6      A      Del Cielo and Q and Not U.

7      Q      And I take it that those were the first
8 two bands to perform?

9      A      I believe -- I'm estimating, I think so,
10 if I can recall accurately, and 1905 played in
11 between.

12      Q      But they made no announcement?

13      A      I left for that part.

14      Q      So you came in, you left, you came back
15 in?

16      A      Several times.

17      Q      Okay.  Is it your knowledge, understanding
18 or belief that other bands made announcements
19 similar to those that you observed personally?

20      MR. SCHEMBER:  Objection; compound,
21 knowledge, understanding, belief.  Could you break
22 it down?

```
 1  and positive and nonviolent, and we were going to go
 2  to an inaugural ball and it was going to start after
 3  the show.  And we could just line up after the show
 4  and leave from the church.
 5      Q    Okay.  Now, you opened your answer
 6  speaking in terms of only the announcements made by
 7  the singers; correct?
 8      A    Yes.
 9      Q    What does that exclude?
10      A    The flier that was distributed.
11      Q    Is that the only thing that that
12  introduction to your prior answer excludes?
13      A    Yes.
14      Q    Tell me about the flier.
15      A    I submitted a copy to my counsel, and it
16  basically provided the route of the march, its
17  mission, which was to -- you know, I guess a further
18  explanation of how it was supposed to be positive
19  and respectful of the Columbia Heights neighborhood,
20  and it did express some slight anger but not violent
21  anger, but, you know, a justifiable anger at George
22  Bush.
```

1    A    Yes.  May I modify that as well?
2    Q    Again, I want the record to be clear, I
3 think I have repeatedly made plain that you can
4 modify your answer at any point in time to
5 accomplish the truthful response.
6    A    When you ask me a yes-or-no question, I
7 feel somewhat limited to yes and no.  But what I
8 meant by that is that people live -- now I know
9 people live from the route -- along the march -- the
10 route of the march, the entire way down to the
11 hotel.
12    Q    But there's also commercial areas along
13 the route; correct?
14    A    Yes.  But if people live there, it's still
15 residential, at least in part.
16    Q    The verbal announcements that you
17 testified about, those were made from the stage?
18    A    Yes.
19    Q    And amplified?
20    A    Amplified by a microphone.
21    Q    Was it audible throughout the performance
22 area?

1    A    Yes.

2    Q    How many people would you estimate were in

3 the performance area at the various times that you

4 personally heard the announcement made?

5    A    I can't estimate that.  I can only say it

6 was crowded.

7    Q    Are you unable to estimate it as being

8 more than 100 on each occasion?

9    A    More than 100, yes.

10   Q    It would have been more than 100?

11   A    Yes.

12   Q    Did anybody distribute any items or

13 paraphernalia for use in the march other than the

14 fliers?

15   A    No.

16   Q    At no time?

17   A    No.

18   Q    Prior to leaving the concert to engage in

19 the march, did you discuss what you anticipated the

20 march to involve with anyone else?

21   A    No.

22   Q    The person from Del Cielo that made the

| | | |
|---|---|---|
| | 1 | A    Oh, okay. Yes, I suppose. I said I can't |
| | 2 | say. It just came off as informative. I didn't |
| | 3 | sense any sort of urging. |
| | 4 | Q    It was neutral? |
| 11:25:16 | 5 | A    Yes. |
| | 6 | Q    And a member of what other band also made |
| | 7 | the announcement? |
| | 8 | A    Chris Richards of Q and Not U. |
| | 9 | Q    And in making the announcement, would you |
| 11:25:38 | 10 | say Mr. Richards encouraged participation? |
| | 11 | A    Yes. |
| | 12 | Q    Okay. And how did he do so? |
| | 13 | A    He said it was going to be fun, that was |
| | 14 | the gist of what he said, and positive. He |
| 11:25:57 | 15 | mentioned that. |
| | 16 | Q    Did he seem enthusiastic in terms of |
| | 17 | encouraging participation? |
| | 18 | A    Yes. |
| | 19 | Q    He endorsed participation, did he not? |
| 11:26:15 | 20 | A    What do you mean by "endorsed"? |
| | 21 | Q    Well, he stood in front of 100 or more |
| | 22 | people and said there's going to be this march, it's |

1 going to be fun, and he was making it personally;
2 right?
3     A    Do you mean he approved of it?
4     Q    Do you have a reason to believe he didn't?
5     A    Well, he urged it, so I don't think he
6 would urge something he wouldn't approve of.
7     Q    Okay. And isn't that, in essence, an
8 endorsement?
9     A    Sure. But I'm only saying that because I
10 am required to answer, and it -- I mean, I don't
11 want to speak for him, basically. I'm not
12 comfortable with doing that. I told you what I
13 observed, and those are -- that's the way I saw it
14 and interpreted it.
15     Q    Okay. That was your -- that was your
16 assessment of what you observed; correct?
17     A    Yes.
18     Q    Do you believe that the flier that you
19 received encouraged participation?
20     A    No. It gave information. It --
21     Q    But did not encourage participation?
22     A    I feel like it left you a choice, and it

# ERRATA SHEET

**DEPOSITION OF:** Sarah Carr
SMC

**DATE OF DEPOSITION:** 16 July 2007

Page 1 of 1 Pages

| PAGE | LINE | CORRECTION (type or print) |
|---|---|---|
| 10 | 8 | "some" changed to "come" |
| 14 | 20 | changed "private" to "in private" |
| 24 | 12 | added "their" before "information" |
| 31 | 10 | added "to mean" after "question" |
| 47 | 17 | changed "Capitol Hill" to "Capital Hilton" |
| 59 | 10 | changed "I did" to "did I" |
| 69 | 12 | added "They" before "were" |
| 100 | 1 | changed "that's" to "it's" |
| 155 | 20 | added "much as" after "as" |
| 156 | 3 | changed "Uh-huh" to "yes" |
| 163 | 12,13 | changed "one tough thug bitch" to "one tough thug beotch" keep quotes around it because it is a quote from blog |