CHELSEA MARIE KIRK
Carr, et al v. District of Columbia                                8/14/2007

```
                                                               1

  1              UNITED STATES DISTRICT COURT

  2              FOR THE DISTRICT OF COLUMBIA

  3    - - - - - - - - - - - - - - - - - X

  4    SARAH CARR, et al.              :

  5              Plaintiffs,            :

  6       vs.                           : Civil Action No:

  7    DISTRICT OF COLUMBIA,            : 06-00098 (ESH)

  8              Defendant.             :    ORIGINAL

  9    - - - - - - - - - - - - - - - - - X

 10                 Washington, D.C.

 11              Tuesday, August 14, 2007

 12

 13    Deposition of:  CHELSEA MARIE KIRK, a witness

 14    herein, called for examination by counsel for

 15    Defendant in the above-entitled matter, pursuant

 16    to notice, taken at the offices of the Attorney

 17    General for the District of Columbia, 441 4th

 18    Street, N.W., Washington, D.C., beginning at 10:10

 19    a.m., before Curtis R. Cloward, CSR, a court

 20    reporter and notary public in and for the District

 21    of Columbia, when were present on behalf of the

 22    respective parties:
```

Olender Reporting, Inc.          (888) 445-3376              WORLDWIDE
Washington, D.C.                 Baltimore, MD                Ft. Lauderdale, FL

45

1  or just what was written here and what I read, but

2  I'm not sure if anyone had said anything about

3  what activities.

4           But it does say here what was expected

5  to be, just whatever kind of activities was hoping

6  to be accomplished as far as the chanting and

7  peacefully respecting the neighborhood and

8  focusing energy towards the Hilton and

9  demonstrating outside the Hilton.

10      Q.    Is that what you expected before the

11 march began?

12      A.    Yes.

13      Q.    What else did you expect of the march?

14      A.    That was it.  I just expected to march

15 to the Hilton and demonstrate outside of it.

16      Q.    And before the march began did you see

17 -- well, let me back up.

18           You said that someone explained the

19 route and the destination.  Was that person -- was

20 that one person or several people?

21      A.    I think it was just one person.

22      Q.    And was that person using an

CHELSEA MARIE KIRK

Carr, et al v. District of Columbia                              8/14/2007

```
                                                                    46

 1      amplification device, a megaphone or anything?

 2           A.    Yes, he got up on stage after Anti-Flag

 3      finished performing and spoke into the microphone.

 4           Q.    Do you recall who that person was?

 5           A.    No.

 6           Q.    Did you know that person?

 7           A.    No.

 8           Q.    Did you ever talk to him during that

 9      night?

10           A.    No.

11           Q.    Did you understand him to be one of the

12      organizers of the event?

13           A.    Yes.

14           Q.    And by "event" I mean the concert and

15      the march following.

16           A.    Yes.

17           Q.    Did you see him after the concert?

18           A.    No, I don't even remember what he looks

19      like.

20           Q.    Okay.

21                 About how many people do you think

22      attended the concert?
```

OLENDER REPORTING, INC.
1522 K Street, N.W., Suite 720, Washington, D.C. 20005   (202) 898-1108

### E-R-R-A-T-A  S-H-E-E-T

Caption: **Carr, et al v. District of Columbia**

Case No. **06-00098 (ESH)**         Date taken: **8/14/2007**

Deposition of: **CHELSEA MARIE KIRK**

I hereby certify I have read my deposition and that it is accurate with the corrections listed below.

Page:   Line:       As Transcribed:                 Change To:

| Page | Line | As Transcribed | Change To |
|---|---|---|---|
| 16 | 7 | we would take. And also the -- like | Delete "the -- like" |
| 16 | 8 | the parks that we would | Delete "that we would" |
| 20 | 5 | demonstrators to the -- to do | Delete "to the --" |
| 23 | 13 | not doing anything, not -- you know | Delete "not -- putknw" |
| 26 | 6 | we were, just -- I'm trying to | Delete "we were just, I'm trying to" |
| 31 | 10 | to the lawyer with the -- | Delete "with the --" |
| 32 | 21 | than the -- ust the day parade | Delete "than the --" |
| 33 | 10 | we -- after we decided | Delete "we --" |
| 34 | 12 | I was wearing blue jeans, a -- | Delete "a --" |
| 42 | 18 | Yes. The -- yes. | Delete "The --" |
| 42 | 9 | where the hotel was | change to "church" delete "hotel" |
| 49 | 2 | I'm not -- I didn't see | Delete "I'm not --" |
| 51 | 7 | I just -- I knew that -- I mean | Delete "I just -- I knew that -- I mean" |
| 53 | 4 | I'm having -- live now | Delete "I'm having --" |
| 55 | 18 | I was -- we | Delete "I was --" |
| 57 | 15 | It just -- I mean | Delete "It just -- I mean" |
| 60 | 16 | we were almost -- | Delete "we were almost" |
| 62 | 16 | on the res -- or commercial | Delete "on the res -- or" |
| 66 | 11 | I know whenever we get -- | Delete "whenever we get" |
| 67 | 3 | Not before the show started, no, or | Delete "or" |
| 67 | 4 | not -- the only | Delete "not --" |
| 76 | 7 | I -- I didn't know | Delete "I --" |
| 84 | 22 | I believe -- see | Delete " -- see" |
| 92 | 2 | we had been -- we had | Delete "we had been --" |
| 93 | 1 | I just -- we decided | Delete "I just --" |
| 95 | 18 | I didn't -- I don't | Delete "I didn't --" |
| 110 | 22 | I -- I -- I'm just not | Delete "I -- I --" |
| 113 | 2 | I'm just not familiar -- I'm not like | Delete "I'm not, like," |

9-25-07                              *[signature]* Chelsea Kirk

Date                                  Signature of Deponent

Note: If there are no corrections, write "None" above.
Use additional pages if necessary. Be sure you have
dated and signed the errata sheet.

# OLENDER REPORTING, INC.
1522 K Street, N.W., Suite 720, Washington, D.C. 20005   (202) 898-1108

## E-R-R-A-T-A  S-H-E-E-T

Caption: **Carr, et al v. District of Columbia**

Case No. **06-00098 (ESH)**   Date taken: **8/14/2007**

Deposition of: **CHELSEA MARIE KIRK**

I hereby certify I have read my deposition and that it is accurate with the corrections listed below.

| Page: | Line: | As Transcribed: | Change To: |
|---|---|---|---|
| 113 | 3 | just -- | delete "just --" |
| 113 | 22 | I mean, I dont -- | delete "I mean, I dont --" |
| 114 | 7 | I-- I dont know | delete "I --" |
| 118 | 3 | I-- I cant remember | delete "I --" |
| 118 | 8 | I wasnt really -- I | delete "I wasnt really" |
| 118 | 16 | like, I mean, I -- I think | delete "like, I mean, I --" |
| 122 | 1 | -- I mean, its very -- its -- | delete "-- I mean, its very -- its" |
| 126 | 9 | I had -- I dont -- I | delete "I had -- I dont" |
| 129 | 10 | I -- I dont -- | delete "I -- I dont --" |
| 130 | 8 | I -- I dont | delete "I --" |
| 131 | 20 | I believe I -- | delete "I believe I --" |
| 138 | 5 | I'm still -- | delete "I'm still --" |
| 145 | 8 | there were -- | delete "there were --" |
| 149 | 3 | and it was -- I could -- | delete "and it was -- I could --" |
| 154 | 19 | were -- | delete "were --" |
| 159 | 11 | when one -- | delete "when one --" |
| 162 | 7 | during the time why | change to "while" |
| 173 | 9 | So that was -- | delete "so that was --" |
| 174 | 5 | I'm sorry, they're -- | delete "they're --" |
| 174 | 15 | They were -- | delete "they were --" |
| 175 | 4 | they were -- | delete "they were --" |
| 176 | 12 | And so they -- | delete "and so they --" |
| 178 | 7 | yes. we -- | delete "we --" |
| 197 | 5 | I just -- | delete "I just --" |
| 203 | 8 | we -- it was | delete "we --" |
| 203 | 9 | just complete -- | delete "just complete --" |
| 203 | 10 | officers started -- | delete "started --" |

9-25-07

_____    _____
Date                          Signature of Deponent

Note: If there are no corrections, write "None" above. Use additional pages if necessary. Be sure you have dated and signed the errata sheet.

OLENDER REPORTING, INC.
1522 K Street, N.W., Suite 720, Washington, D.C. 20005   (202) 898-1108

E-R-R-A-T-A   S-H-E-E-T

Caption: **Carr, et al v. District of Columbia**

Case No. **06-00098 (ESH)**   Date taken: **8/14/2007**

Deposition of: **CHELSEA MARIE KIRK**

I hereby certify I have read my deposition and that it is accurate with the corrections listed below.

| Page: | Line: | As Transcribed: | Change To: |
|---|---|---|---|
| 214 | 13 | I -- at the time | delete "I --" |

9-25-07

Date — *Signature of Deponent*

Note: If there are no corrections, write "None" above. Use additional pages if necessary. Be sure you have dated and signed the errata sheet.

## CERTIFICATE OF DEPONENT

I hereby certify that I have read the foregoing pages of my deposition testimony in this proceeding, and with the exception of changes and/or corrections, if any, find them to be a true and correct transcription thereof.

*Chelsea K*

_Chelsea Kirk_
Deponent

_9-25-07_
Date

## NOTARY PUBLIC
Subscribed and sworn to before me this

_26_ Day of _September_, 20_07_.

_Anita P. Gomer_





Toll Free: 888-445-3376 / Fax: 202-289-0566

E-mail: info@OlenderReporting.com
Website: www.OlenderReporting.com

*Court Reporting,*
*Video and Litigation Support*

1522 K Street NW, Suite 720, Washington, DC 20005
202-898-1108

343 North Charles Street, Baltimore, Maryland 21201
410-752-3376

1040 Bayview Drive, Suite 407, Fort Lauderdale, FL 33304
954-537-0370

October 4, 2007

Office of the Attorney General for the District of Columbia
Thomas Koger, Esq.
One Judiciary Square
441 4th Street, N.W.
Ste. 600 South
Washington, D.C. 20001

Re: Errata Sheet

Dear Mr. Koger:

Enclosed is the fully executed Errata sheet to the deposition of:

Deponent: Chelsea Marie Kirk
Caption: Carr, et al v. District of Columbia
Date taken: 8/14/2007

Do not hesitate to contact us if you have any questions.

Sincerely,

Crystal Franklin

Enclosure(s):

cc: Susan B. Dunham, Attorney at Law