

CARR

ARR 030500023

P.D. 759 Rev. 9/71   METROPOLITAN POLICE DEPARTMENT — D.C. 85-9P867

# FIELD ARREST FORM

## SECTION A — ARRESTING OFFICER'S SECTION

1. DATE: 1-25-05
2. TIME: 0023
3. 580829
4. CHARGE: PARADING WITHOUT PERMIT
5. LOCATION OF ARREST: REAR OF 1824 COLUMBIA RD
6. LOCATION OF OFFENSE (IF OTHER THAN 5): REAR OF 1824 COLUMBIA RD
7. BRIEF DESCRIPTION OF FACTS & CIRCUMSTANCES SURROUNDING ARREST:

8. NAME OF SUSPECT: CARR, SARAH
9. ARRESTING OFFICER: MICHAEL A TOPAR
10. BADGE NO.: 3877
11. UNIT: 4
12. COURT DAY:

## SECTION B — TRANSPORTATION SECTION
13. TRANSPORTED BY:
14. TRANSPORTED TO:

## SECTION C — PROCESSING SECTION
15. ADDRESS OF ARRESTEE:
16. NAME, IF FOUND TO BE DIFFERENT FROM ABOVE:
17. DATE OF BIRTH:
18. WALES INQUIRY? ☐ YES ☐ NO
19. DISPOSITION (E.F., BOND, COURT DATE, ETC.):

## SECTION D — PROPERTY SECTION
20. PROPERTY IS: ☐ PRISONER'S ☐ EVIDENCE ☐ ABANDONED ☐ SUSPECTED PROCEEDS
21. OWNERSHIP IS: ☐ KNOWN ☐ UNKNOWN ☐ POSSIBLE OWNER
NAME:
22. BRIEF DESCRIPTION OF PROPERTY:
23. COMPLAINANT'S NAME OR BUSINESS:
PHONE NUMBER:
24. ADDRESS:

**DATA PROCESSING COPY**

MCP, PATENTED, CRC-208

580829

## Arrestee Information Entry Screen

**Select Arrestee**  Mass Arrest Number: 57  Prisoner Control Number: 19   PRINT   Exit

### ARRESTEE INFORMATION FORM

MASS ARREST #: 57  ARREST EVENT #: 4  FIELD ARREST #: 580829
PC#: 1  TIME QUESTIONED:  ☒ PAY OUT

**ARRESTEE INFORMATION**

NAME (L): CARR  (F): SARAH  (M): MICHAEL  (JR/SR):
NICKNAME:
SEX: F  RACE: W  HEIGHT: 5'11"
WEIGHT: 165  HAIR: BROWN  EYES: HAZEL  COMPLEXION: LIGHT
BIRTHDATE: 09/21/85  PLACE OF BIRTH: ~~PLA~~ FLORIDA  AGE: 19
ADDRESS: 1374 WAKEFIELD ROAD  LYNCHBURG, VA 24503
HOW LONG AT ADDRESS: 8 YEARS  PHONE NUMBER: 434-384-6543
LIVES WITH AT ADDRESS:
PERMIT #: 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  STATE: VA
DRIVERS LICENSE WITH PHOTO (X): ☒  PERSONAL ID WITH PHOTO (X): ☐  OTHER TYPE ID (X): ☐
OTHER ID DESCRIPTION:
SSN: 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  HOW LONG IN D.C.:

**ADDITIONAL ARRESTEE INFORMATION**

CIT

# METROPOLITAN POLICE DEPARTMENT

CCN: 008-871    FIELD ARREST FORM

## SECTION A - ARRESTING OFFICER'S SECTION

| Date | Time | Field Arrest Number |
|---|---|---|
| 1/20/05 | 11:20 PM | 580829 |

**Charge(s)**
Parading Without a Permit

**Location of Arrest**
1800 Block Columbia Road, NW

**Location of Offense**
1800 Block Columbia Road, NW

**Brief Description of Facts and Circumstances Surrounding Arrest**

The offense occurred on January 20, 2005 at 2320 hours at the location of 16th Street and Columbia Road, NW. A group of approximately 250 individuals formed as a group and concealed their identities with the use of masks, scarves, and shirts. They moved as a group westbound on Columbia Road blocking all westbound traffic lanes and one eastbound traffic lane. In the 1700 block of Columbia Road the group began arbitrarily destroying mailboxes, light posts, and spray painting vehicles and buildings. They continued into the 1800 block of Columbia Road and turned South on 18th Street where a majority of the individuals were stopped and arrested.

No permit was issued for this event.

I, Officer Topper, observed the above-listed demonstration and arrested D-1. I was assigned to Civil Disturbance Unit 43.

D-1 was transported to prisoner processing site located at the training academy by prisoner control Wagon.



**Name of Suspect**
CARR, SARAH MICHAEL

| Arresting Officer | BADGE# | Unit | Court Day |
|---|---|---|---|
| Topper, M | 3877 | 4D | |

## SECTION B - TRANSPORTATION SECTION

| Transported by | Transported to |
|---|---|
| | |

## SECTION C - PROCESSING SECTION

**Address of Arrestee**
1374 WAKEFIELD ROAD    LYNCHBURG, VA 24503

**Name IF Found to be Different from Above**

| Date of Birth | Race | Sex | WALES INQUIRY |
|---|---|---|---|
| 9/21/85 | W | F | ☐ YES  ☐ NO |

**Disposition (EF, BOND, COURT DATE, ETC.)**

**NCIC Return:**
DCMPD00C1
NO NCIC WANT 0LN/579130509
NO NCIC WANT NAM/CARR,SARAH D0B/19850921 RAC/W SEX/F NO WALES

## SECTION D - PROPERTY SECTION

**Property is:**  ☐ Prisoners  ☐ Evidence  ☐ Abandoned  ☐ Sus. Proceeds

**Ownership is:**  ☐ Known  ☐ Unknown  ☐ Possible Owner

**Name:**

**Brief Description of Property**

| Complainants Name or Business | Phone Number |
|---|---|
| MPDC | |

**Address**

THUMB PRINT

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

Arrest Book No. 580829/08050002
PDID NO. or DOB 9/21/85
Officer/Badge/Unit Topper, Michael/3877

### CITATION TO APPEAR IN COURT

To: CARR, Sarah
(Name of Arrestee: First, Middle, Last)

You have been arrested and charged with the following criminal offenses:

Parading Without a Permit
(list arrest charge(s) and applicable CCR or NOI number(s))

You are being released from police custody upon your promise that you will appear, as further specified below, in the Superior Court of the District of Columbia (500 Indiana Avenue, N.W.) on Feb 22 to answer to
(Court Date)
these charges.

☐ You are to report to Courtroom 115 at 8:30 a.m. (Traffic & D.C. - Corporation Counsel Cases)

☒ You are to report to Courtroom C-10 at 10:30 a.m. (U.S. Attorney's cases)

☐ You are to report to Courtroom 115 at 8:30 a.m. and you are to report to C-10 at 10:30 a.m. (Traffic, D.C. and USAO cases)

I acknowledge receipt of this Citation to Appear and promise to appear in court as directed. I understand that if I fail to appear a warrant will be issued for my arrest and that if I am charged and convicted of failing to appear, I could be fined and imprisoned for up to 180 days.

Sarah Carr                                            01/21/05
Signature of arrested person                          Date

Issued by: Acting Clerk, Superior Court of the District of Columbia

Ofc. Booker T. Smith  2156 IPS
Signature of Station Clerk, Badge No. & Unit

White-Court      Yellow-Prosecutor      Pink-Defendant      Gold-Police Dept.

Form CD-2063/Mar. 2000

## INSTRUCTIONS TO STATION CLERKS

- It is important that this form be filled-legibly and completely.
- In the PDID No. or DOB block, enter the PDID if you have it; if not; Please enter the DOB.
- The signature of the arrestee on this form must be made in your presence.
- Check Courtroom 115 block for offenses prosecuted by the Corporation Counsel. Check the Courtroom C-10 block for offenses prosecuted by the U.S. Attorney. Check the block for both Courtrooms when there are offenses for both prosecutors' offices.



**Thumbprint**

## INSTRUCTIONS TO THE PAPERING OFFICER AND PROSECUTOR

- The original(white copy) of the Citation must accompany the charging papers or no paper slip when it is filed with the clerk. It will become a part of the court file.
- In cases were there are charges prosecuted by both the Corporation Counsel and the U.S. Attorney, a photocopy of the Citation for each Prosecutors' files should be made. In these situations the yellow copy should be filed with the clerk of the court to be placed in the D.C. Case, and the original copy will be filed with the clerk in the U.S. case.