C. 85-9P867

KIRK, C.

| 17. DATE OF BIRTH | 18. WALES INQUIRY? ☐ YES ☐ NO |

19. DISPOSITION (E.F., BOND, COURT DATE, ETC.)

### SECTION D – PROPERTY SECTION

20. PROPERTY IS: ☐ PRISONER'S  ☐ EVIDENCE  ☐ ABANDONED  ☐ SUSPECTED PROCEEDS

21. OWNERSHIP IS: ☐ KNOWN  ☐ UNKNOWN  ☐ POSSIBLE OWNER

NAME:

22. BRIEF DESCRIPTION OF PROPERTY

| 23. COMPLAINANT'S NAME OR BUSINESS | PHONE NUMBER |

24. ADDRESS

**DATA PROCESSING COPY**

MCP, PATENTED, CRC-208

080500020

P.D. 759 Rev. 9/71   METROPOLITAN POLICE DEPARTMENT — D.C. 85-9P867

# FIELD ARREST FORM

## SECTION A – ARRESTING OFFICER'S SECTION

| 1. DATE | 2. TIME | 3. |
|---|---|---|
| 1-21-05 | 0023 | 580831 |

4. CHARGE: PARADING WITHOUT PERMIT

5. LOCATION OF ARREST: REAR OF 1824 COLUMBIA RD

6. LOCATION OF OFFENSE (IF OTHER THAN 5): REAR OF 1824 COLUMBIA RD

7. BRIEF DESCRIPTION OF FACTS & CIRCUMSTANCES SURROUNDING ARREST

8. NAME OF SUSPECT: KIRK, CHELSEA

| 9. ARRESTING OFFICER | 10. BADGE NO. | 11. UNIT | 12. COURT DAY |
|---|---|---|---|
| MICHAEL A. KOPACK | | 4 | |

## SECTION B – TRANSPORTATION SECTION

| 13. TRANSPORTED BY | 14. TRANSPORTED TO |
|---|---|

## SECTION C – PROCESSING SECTION

15. ADDRESS OF ARRESTEE

16. NAME, IF FOUND TO BE DIFFERENT FROM ABOVE

17. DATE OF BIRTH

18. WALES INQUIRY?  ☐ YES  ☐ NO

19. DISPOSITION (E.F., BOND, COURT DATE, ETC.)

## SECTION D – PROPERTY SECTION

20. PROPERTY IS: ☐ PRISONER'S  ☐ EVIDENCE  ☐ ABANDONED  ☐ SUSPECTED PROCEEDS

21. OWNERSHIP IS: ☐ KNOWN  ☐ UNKNOWN  ☐ POSSIBLE OWNER

NAME:

22. BRIEF DESCRIPTION OF PROPERTY

| 23. COMPLAINANT'S NAME OR BUSINESS | PHONE NUMBER |
|---|---|

24. ADDRESS

DATA PROCESSING COPY

MCP, PATENTED, CRC-208

580831

**Arrestee Information Entry Screen**

**Select Arrestee**  Mass Arrest Number: 57  Prisoner Control Number: 15   PRINT   Exit

## ARRESTEE INFORMATION FORM

MASS ARREST #: 57   ARREST EVENT #: 4   FIELD ARREST #: 580831
PC#: 1   TIME QUESTIONED:   ☒ PAY OUT

**ARRESTEE INFORMATION**

NAME (L): KIRK   (F): CHELSEA   (M): MARIE   (JR/SR):
NICKNAME:
SEX: F   RACE: W   HEIGHT: 5'4"
WEIGHT: 140   HAIR: BROWN   EYES: BROWN   COMPLEXION: LIGHT
BIRTHDATE: 09/28/86   PLACE OF BIRTH: NEW YORK   AGE: 18
ADDRESS: 14096 REVA ROAD
BOSTON, VA 22713
HOW LONG AT ADDRESS: 5 MONTHS   PHONE NUMBER: 540-547-9675
LIVES WITH AT ADDRESS:
PERMIT #:   STATE: VA
DRIVERS LICENSE WITH PHOTO (X): ☐   PERSONAL ID WITH PHOTO (X): ☐   OTHER TYPE ID (X): ☐
OTHER ID DESCRIPTION:
SSN: 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   HOW LONG IN D.C.:

**ADDITIONAL ARRESTEE INFORMATION**

~~C+T~~ E/F
Receipt # 004826

P.D. 759 Rev. 9/71

## METROPOLITAN POLICE DEPARTMENT

CCN: 008-871 — FIELD ARREST FORM

### SECTION A - ARRESTING OFFICER'S SECTION

| Date | Time | Field Arrest Number |
|---|---|---|
| 1/20/05 | 11:20 PM | 580831 |

**Charge(s)**
Parading Without a Permit

**Location of Arrest**
1800 Block Columbia Road, NW

**Location of Offense**
1800 Block Columbia Road, NW

**Brief Description of Facts and Circumstances Surrounding Arrest**

The offense occurred on January 20, 2005 at 2320 hours at the location of 16th Street and Columbia Road, NW. A group of approximately 250 individuals formed as a group and concealed their identities with the use of masks, scarves, and shirts. They moved as a group westbound on Columbia Road blocking all westbound traffic lanes and one eastbound traffic lane. In the 1700 block of Columbia Road the group began arbitrarily destroying mailboxes, light posts, and spray painting vehicles and buildings. They continued into the 1800 block of Columbia Road and turned South on 18th Street where a majority of the individuals were stopped and arrested.

No permit was issued for this event.

I, Officer Topper, observed the above-listed demonstration and arrested D-1. I was assigned to Civil Disturbance Unit 43.

D-1 was transported to prisoner processing site located at the training academy by prisoner control Wagon.

**Name of Suspect**
KIRK, CHELSEA MARIE

| Arresting Officer | BADGE# | Unit | Court Day |
|---|---|---|---|
| Topper, M | 3877 | 4D | |

### SECTION B - TRANSPORTATION SECTION

| Transported by | Transported to |
|---|---|
| | |

### SECTION C - PROCESSING SECTION

**Address of Arrestee**
14096 REVA ROAD BOSTON, VA 22713

**Name IF Found to be Different from Above**

| Date of Birth | Race | Sex | WALES INQUIRY |
|---|---|---|---|
| 9/28/86 | W | F | ☐ YES  ☐ NO |

**Disposition (EF, BOND, COURT DATE, ETC.)**

### SECTION D - PROPERTY SECTION

Property is: ☐ Prisoners  ☐ Evidence  ☐ Abandoned  ☐ Sus. Proceeds

Ownership is: ☐ Known  ☐ Unknown  ☐ Possible Owner

**Name:**

**Brief Description of Property**

| Complainants Name or Business | Phone Number |
|---|---|
| MPDC | |

**Address**

**NCIC Return:**
DCMPD00C1
NO NCIC WANT NAM/KIRK,CHELSEA DOB/19860928 RAC/W SEX/F
NO WALES

**THUMB PRINT**

PD-67
REV. 7/25/04

**COLLATERAL/BOND RECEIPT**
**METROPOLITAN POLICE DEPARTMENT**
**WASHINGTON, D.C. 20001-2188**

004826

**☒ COLLATERAL**
You are eligible to elect to forfeit collateral for this charge. If you elect to forfeit the collateral amount assigned to the charge, you are agreeing to waive your right to a hearing in court, and the case against you will be concluded without an admission of guilt. However, you will have an arrest record of all charges for which you forfeited collateral.

Forfeiture is final unless you (or your attorney) file a "Motion To Set Aside Forfeiture" within 90 days from the date of the forfeiture. You may wish to file this motion if you decide to contest the charge at a later date.

The motion must be filed with the D.C. Superior Court (Traffic Clerk's Office, 500 Indiana Avenue NW, Room 4110). A copy of the motion must also be served on the prosecuting agency (Attorney General for the District of Columbia, Public Safety Division, 441 4th Street NW, Suite 450 North). **You MUST bring this form with you.**

By signing this form, you are acknowledging that it is your choice to elect to forfeit the collateral amount set for this charge, and that by doing so, you are agreeing to waive your right to a hearing in court.

**☐ BOND**
You are eligible to post bond for this charge. You may post a cash bond amount assigned to the charge, OR a bondsman licensed by the D.C. Superior Court may agree to post the bond amount for you.

You will be required to appear in D.C. Superior Court for an arraignment hearing, the date and time of which is recorded in Box Number 16 on this form. If you are convicted, you will have a criminal record in addition to your arrest record. **If you fail to appear in court on the date and time indicated, a warrant will be issued for your arrest.**

| 1. BOOKING DISTRICT | 2. DATE COLLATERAL/BOND POSTED | 3. TIME COLLATERAL/BOND POSTED |
|---|---|---|
| IPS | 1/21/05 | 0649  (A.M.) |

**4. THIS IS TO CERTIFY THAT:**
| LAST NAME | FIRST NAME | MIDDLE |
|---|---|---|
| Kirk | Chelsea | Marie |

**5. ADDRESS:** 14096 Reva Rd, Boston, VA 22713

**6. HAS DEPOSITED:** $

**7. ON CHARGE OF:** Parading w/out A Permit

| 8. PERMIT/LICENSE NUMBER | 9. ARREST NUMBER | 10. NOI/PD 61D NUMBER |
|---|---|---|
| T62740905 VA | 080500020 | |

**11. ARRESTING/ISSUING OFFICER/DISTRICT**
| LAST NAME | FIRST NAME | MIDDLE | DISTRICT |
|---|---|---|---|
| Topper | M | | 4D |

**12. COLLATERAL OR BOND DEPOSITED BY:**
| LAST NAME | FIRST NAME | MIDDLE |
|---|---|---|
| Self | | |

**13. ARRESTEE SIGN NAME TO ACKNOWLEDGE HE/SHE HAS READ AND UNDERSTANDS STATEMENT ON COLLATERAL OR BOND, AS APPLICABLE**
[signature]

**14. STATION CLERK NAME/CAD ID**
| LAST NAME | FIRST NAME | MIDDLE | CAD ID |
|---|---|---|---|
| Butler | K | | 2180 |

**FOR BOND CASES ONLY**

**15. DATE AND TIME OF ARRAIGNMENT HEARING**

Distribution: White copy: Violator, Yellow copy: Superior Court Copy, Pink Copy: Police Department Copy