

SCOLNI K - Jamarius
546080

0058876 / 08050007

P.D. 759 Rev. 9/71   METROPOLITAN POLICE DEPARTMENT — D.C. 85-9P867

# FIELD ARREST FORM

## SECTION A – ARRESTING OFFICER'S SECTION

1. DATE: 1/21/05
2. TIME: 0245
3. 546080
4. CHARGE: Parading with No Permit
5. LOCATION OF ARREST: Rear of 1824 Columbia Rd NW
6. LOCATION OF OFFENSE (IF OTHER THAN 5): Rear of 1824 Columbia Rd NW
7. BRIEF DESCRIPTION OF FACTS & CIRCUMSTANCES SURROUNDING ARREST: D1 destroyed property on a public street and parading without a permit
8. NAME OF SUSPECT: Scolnick Donathan
9. ARRESTING OFFICER: Mena
10. BADGE NO.: 374
11. UNIT: 6D
12. COURT DAY: 2/21/05

## SECTION B – TRANSPORTATION SECTION

13. TRANSPORTED BY: MPD Transport
14. TRANSPORTED TO: IPS

## SECTION C – PROCESSING SECTION

15. ADDRESS OF ARRESTEE: 1208 Maryland Ave NE #B
16. NAME, IF FOUND TO BE DIFFERENT FROM ABOVE:
17. DATE OF BIRTH: 1/21/81
18. WALES INQUIRY? ☐ YES ☐ NO
19. DISPOSITION (E.F., BOND, COURT DATE, ETC.):

## SECTION D – PROPERTY SECTION

20. PROPERTY IS: ☐ PRISONER'S ☐ EVIDENCE ☐ ABANDONED ☐ SUSPECTED PROCEEDS
21. OWNERSHIP IS: ☐ KNOWN ☐ UNKNOWN ☐ POSSIBLE OWNER
NAME:
22. BRIEF DESCRIPTION OF PROPERTY:
23. COMPLAINANT'S NAME OR BUSINESS: | PHONE NUMBER:
24. ADDRESS:

**DATA PROCESSING COPY**

MCP, PATENTED, CRC-208

546080

### Arrestee Information Entry Screen

**Select Arrestee**  Mass Arrest Number: 57  Prisoner Control Number: 67   PRINT   Exit

## ARRESTEE INFORMATION FORM

MASS ARREST #: 57    ARREST EVENT #: 9    FIELD ARREST #: 546080
PC#: 1    TIME QUESTIONED:    ☐ PAY OUT

**ARRESTEE INFORMATION**

NAME (L): SCOLNIK   (F): JONATHAN   (M): M   (JR/SR):
NICKNAME:
SEX: M   RACE: WH   HEIGHT: 5'7"
WEIGHT: 170   HAIR: BR   EYES: BLU   COMPLEXION: FAIR
BIRTHDATE: 1-21-81   PLACE OF BIRTH: MD   AGE: 24
ADDRESS: 1208 MARYLAND AVE NE #B WASH, D.C. 20002
HOW LONG AT ADDRESS: 1 YR   PHONE NUMBER: —
LIVES WITH AT ADDRESS: ALONE
PERMIT #: 1513924   STATE: D.C.
DRIVERS LICENSE WITH PHOTO (X): ☑   PERSONAL ID WITH PHOTO (X): ☐   OTHER TYPE ID (X): ☐
OTHER ID DESCRIPTION:
SSN: 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   HOW LONG IN D.C.: 68

**ADDITIONAL ARRESTEE INFORMATION**

receipt # 004848    E/F

P.D. 759 Rev. 9/71

## METROPOLITAN POLICE DEPARTMENT
### FIELD ARREST FORM
CCN: 008-871

#### SECTION A - ARRESTING OFFICER'S SECTION

| Date | Time | Field Arrest Number |
|---|---|---|
| 1/20/05 | 11:20 PM | 546080 |

**Charge(s):** Parading Without a Permit

**Location of Arrest:** 1800 Block Columbia Road, NW

**Location of Offense:** 1800 Block Columbia Road, NW

**Brief Description of Facts and Circumstances Surrounding Arrest:**

The offense occurred on January 20, 2005 at 2320 hours at the location of 16th Street and Columbia Road, NW. A group of approximately 250 individuals formed as a group and concealed their identities with the use of masks, scarves, and shirts. They moved as a group westbound on Columbia Road blocking all westbound traffic lanes and one eastbound traffic lane. In the 1700 block of Columbia Road the group began arbitrarily destroying mailboxes, light posts, and spray painting vehicles and buildings. They continued into the 1800 block of Columbia Road and turned South on 18th Street where a majority of the individuals were stopped and arrested.

No permit was issued for this event.

I, Officer Menu, observed the above-listed demonstration and arrested D-1. I was assigned to Civil Disturbance Unit 63.

D-1 was transported to prisoner processing site located at the training academy by prisoner control bus.



**Name of Suspect:** SCOLNIK, JONATHAN M

| Arresting Officer | BADGE# | Unit | Court Day |
|---|---|---|---|
| MENA | 3474 | 6 | |

#### SECTION B - TRANSPORTATION SECTION

| Transported by | Transported to |
|---|---|
| | |

#### SECTION C - PROCESSING SECTION

**Address of Arrestee:** 1208 MARYLAND AVE NE #B, WASHINGTON, DC 20002

**Name IF Found to be Different from Above:**

| Date of Birth | Race | Sex | WALES INQUIRY |
|---|---|---|---|
| 1/21/81 | W | M | ☐ YES  ☐ NO |

**Disposition (EF, BOND, COURT DATE, ETC.):**

**NCIC Return:**
```
DCMPD00C1
NO NCIC WANT 0LN/1513926
NO NCIC WANT NAM/SC0LNIK,J0NATHAN D0B/19810121 RAC/W
SEX/M  NO WALES
```

#### SECTION D - PROPERTY SECTION

**Property is:** ☐ Prisoners ☐ Evidence ☐ Abandoned ☐ Sus. Proceeds

**Ownership is:** ☐ Known ☐ Unknown ☐ Possible Owner

**Name:**

**Brief Description of Property:**

| Complainants Name or Business | Phone Number |
|---|---|
| MPDC | |

**Address:**

THUMB PRINT



PD 67
REV. 7/25/04

**COLLATERAL/BOND RECEIPT**
**METROPOLITAN POLICE DEPARTMENT**
WASHINGTON, D.C. 20001-2188

004848

☑ **COLLATERAL**
You are eligible to elect to forfeit collateral for this charge. If you elect to forfeit the collateral amount assigned to the charge, you are agreeing to waive your right to a hearing in court, and the case against you will be concluded without an admission of guilt. However, you will have an arrest record of all charges for which you forfeited collateral.

Forfeiture is final unless you (or your attorney) file a "Motion To Set Aside Forfeiture" within 90 days from the date of the forfeiture. You may wish to file this motion if you decide to contest the charge at a later date.

The motion must be filed with the D.C. Superior Court (Traffic Clerk's Office, 500 Indiana Avenue NW, Room 4110). A copy of the motion must also be served on the prosecuting agency (Attorney General for the District of Columbia, Public Safety Division, 441 4th Street NW, Suite 450 North). **You MUST bring this form with you.**

By signing this form, you are acknowledging that it is your choice to elect to forfeit the collateral amount set for this charge, and that by doing so, you are agreeing to waive your right to a hearing in court.

☐ **BOND**
You are eligible to post bond for this charge. You may post a cash bond amount assigned to the charge, OR a bondsman licensed by the D.C. Superior Court may agree to post the bond amount for you.

You will be required to appear in D.C. Superior Court for an arraignment hearing, the date and time of which is recorded in Box Number 16 on this form. If you are convicted, you will have a criminal record in addition to your arrest record. **If you fail to appear in court on the date and time indicated, a warrant will be issued for your arrest.**

| 1. BOOKING DISTRICT | 2. DATE COLLATERAL/BOND POSTED | 3. TIME COLLATERAL/BOND POSTED | A.M. / P.M. |
|---|---|---|---|
| 1PS | 1/21/05 | 0630 | A.M. (circled) |

4. THIS IS TO CERTIFY THAT:
LAST NAME: Scolnik    FIRST NAME: Jonathan    MIDDLE: M

5. ADDRESS: 1208 Maryland Ave NE #B Washington DC 20002
6. HAS DEPOSITED: $ 50.00

7. ON CHARGE OF: Parading w/out Permit

| 8. PERMIT/LICENSE NUMBER | 9. ARREST NUMBER | 10. NOI/PD 61D NUMBER |
|---|---|---|
| 1513926 | 080500074 | |

11. ARRESTING/ISSUING OFFICER/DISTRICT
LAST NAME: Mena    FIRST NAME:    MIDDLE:    DISTRICT: 6d

12. COLLATERAL OR BOND DEPOSITED BY:
LAST NAME: Self

13. ARRESTEE SIGN NAME TO ACKNOWLEDGE HE/SHE HAS READ AND UNDERSTANDS STATEMENT ON COLLATERAL OR BOND, AS APPLICABLE
X [signature]

14. STATION CLERK NAME/CAD ID
LAST NAME: Perez    FIRST NAME: Evelyn    CAD ID: 2108

**FOR BOND CASES ONLY**
15. DATE AND TIME OF ARRAIGNMENT HEARING

Distribution: White copy: Violator, Yellow copy: Superior Court Copy, Pink Copy: Police Department Copy

PD 67
REV. 7/25/04

COLLATERAL/BOND RECEIPT
METROPOLITAN POLICE DEPARTMENT
WASHINGTON, D.C. 20001-2188

# THIS INFORMATION APPLIES TO ADULT OFFENDERS ONLY

*If you are eligible, one or more of the following early release options may be available to you before you are presented to the Court on your charges*

## ELECT TO FORFEIT COLLATERAL

- Collateral is an amount of money assigned to a charge that you must pay and forfeit in order to be released.

- When you elect to forfeit, you are agreeing to waive your right to a hearing in court, and the case against you will be concluded without an admission of guilt.

- **You will not have a criminal record, but you will have an <u>arrest record</u> of all charges for which you forfeited collateral.**\*\*

  \*\*Forfeiture is final unless you (or your attorney) file a "Motion To Set Aside Forfeiture."

## BOND

- If eligible to post bond, you may post a cash bond amount assigned to the charge, OR a bondsman licensed by the D.C. Superior Court may agree to post the bond amount for you.

- You will be required to appear in D.C. Superior Court for an arraignment hearing.

- If you fail to appear in court, a warrant will be issued for your arrest.

- **If you are convicted, you will have a criminal record in addition to your arrest record.**

## CITATION RELEASE

- If eligible for citation release, you will be required to appear in D.C. Superior Court for an arraignment hearing.

- You are not required to post any amount of money for citation release.

- If you fail to appear in court, a warrant will be issued for your arrest.

- **If you are convicted, you will have a criminal record in addition to your arrest record.**

**IF YOU ARE ELIGIBLE FOR ONE OR MORE OF THESE EARLY RELEASE OPTIONS, AND YOU DO NOT ELECT ONE, YOU WILL NOT BE RELEASED BEFORE YOU ARE PRESENTED TO COURT ON YOUR CHARGES.**

Distribution: White copy: Violator, Yellow copy: Superior Court Copy, Pink Copy: Police Department Copy