ALLYSON KIRK

### Re: What happened in Adams Morgan on Jan. 20; a report

by Allyson
TheTasteoflInk46 (at) aol.com (unverified)

Current rating: 0
31 Jan 2005

I was with my younger sister and her boyfriend at the Punk Rock Counter-Inaugural Ball and we all went there with full intention to participate in any revolutionary action that may take place that night. Imagine our enthusiasm when we learned of the march they were organizing after the show. It was amazing.

Although the 3 of us got arrested and were (with many others) victims of police misconduct created by Bush's fascist police state, we are grateful to have been a part of the movement that night and have no regrets.

Out of all the negative things that day, almost entirely due to the power-crazed police, the most important positive aspect for us was the amazing feeling of unity amongst protestors..especially at the Adams Morgan march. I was deeply moved by the solidarity of the people and the courageous direct action taken by protestors that night. It was an experience that will change my outlook and approach within my own tactics of activism.

In response to all the criticism of the protest march that's been voiced, I understand some critics' concerns, but also disagree with the negative views of this march. Defenses of the direct, militant action that night have already been written, so I'll leave my opinion in agreeance with that. I do, however, want to say that I believe we need the activist youth to be more involved in many tactics of resistance. Militant action is one tactic that must be respected and valued as an important part of this movement just as much as controlled protests. It's been too easy for the oppressive powers that be to turn their heads and continue doing as they wish, destroying anything in their path. Acts such as the Adams Morgan march, although criticized by some, can cause enough disruption to force our cause to be heard. This is a time of urgency and not a time to follow quietly.

Blessed Be all the warriors on the streets that day with whom I marched proudly.

http://dc.indymedia.org/feature/display/116269/index.php

2/3/05


DEFENDANT'S
EXHIBIT
4
2/13/07

9