```
                                                                1
 1               UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3    - - - - - - - - - - - - - - - - X

 4    SARAH CARR, et al.              :

 5              Plaintiffs,           :

 6       vs.                          : Civil Action No:

 7    DISTRICT OF COLUMBIA,           : 06-00098 (ESH)

 8              Defendant.            :

 9    - - - - - - - - - - - - - - - - X     COPY

10                 Washington, D.C.

11              Tuesday, August 7, 2007

12

13    Deposition of:  MATTHEW SINGER, a witness herein,

14    called for examination by counsel for Defendant in

15    the above-entitled matter, pursuant to notice,

16    taken at the offices of the Attorney General for

17    the District of Columbia, 441 4th Street, N.W.,

18    Washington, D.C., beginning at 10:15 a.m., before

19    Curtis R. Cloward, CSR, a court reporter and

20    notary public in and for the District of Columbia,

21    when were present on behalf of the respective

22    parties:
```

MATTHEW SINGER

Carr, et al v. District of Columbia                                     8/7/2007

112

```
1    second page.

2         A.    Um-hum.

3         Q.    The third full paragraph, the fourth
4    line.

5         A.    Okay.

6         Q.    The first full sentence of the fourth
7    line commences:  "There we drank whiskey,
8              met some very cool people, and
9              danced to an awesome Latino
10             blues/rock/salsa band..."
11             And going on.

12        A.    Um-hum.

13        Q.    Does this state accurately that you and
14   Nathan, among others, drank whiskey at Madam's
15   Organ prior to the arrival of the march?

16        A.    Yes.

17        Q.    How much did you drink?

18        A.    We probably got there around 7:30, and
19   it was probably 11:00, 11:30 when we left.  I
20   probably had four drinks during that period, maybe
21   five.

22        Q.    Four or five whiskey drinks?
```

113

| | | |
|---|---|---|
| 1 | A. | Jack and Coke. |
| 2 | Q. | Now, the next paragraph, it reads: |
| 3 | | "About 11 p.m. or so a collective |
| 4 | | of people came marching down the |
| 5 | | road outside the bar." |
| 6 | A. | Um-hum. |
| 7 | Q. | "They had been rallying at a |
| 8 | | local church at an after-party of |
| 9 | | sorts and had decided to (quote) |
| 10 | | `take it to the streets.'" |
| 11 | A. | Um-hum. |
| 12 | Q. | Close quote. "They were marching, |
| 13 | | banging drums, and dancing, and |
| 14 | | Matt and I went...to join them." |
| 15 | | Fair reading? |
| 16 | A. | I'm not sure if that last sentence is |
| 17 | all that accurate. | |
| 18 | Q. | I'm sorry, my question was not whether |
| 19 | it was accurate -- | |
| 20 | A. | Yes.  Yes.  Yes.  Sorry. |
| 21 | Q. | And your question about the last |
| 22 | sentence? | |