

**DEFENDANT'S EXHIBIT**

101

tabbies®