



DEFENDANT'S
EXHIBIT

102