



**DEFENDANT'S EXHIBIT**

103