

DEFENDANT'S EXHIBIT 107