



Case 1:06-cv-00098-ESH     Document 50-15     Filed 02/23/2008     Page 1 of 1