



DEFENDANT'S EXHIBIT 112