
DEFENDANT'S EXHIBIT

113

tabbies