



**DEFENDANT'S EXHIBIT**

114