



DEFENDANT'S EXHIBIT 115