


DEFENDANT'S EXHIBIT 118