

**DEFENDANT'S EXHIBIT**

123