UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT DISTRICT OF COLUMBIA'S *CONSENT* MOTION
TO EXTEND, *NUNC PRO TUNC*, BY TWO CALENDAR DAYS, ITS TIME TO FILE
ITS MEMORANDUM OF POINTS AND AUTHOORITIES OPPOSITION TO
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPRT
OF DEFENDANT'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, District of Columbia ("District"), with plaintiffs' consent, respectfully moves this Court for an order, pursuant to Fed. R. Civ. P. 6(b)(2), extending the District's time by two days, to and including Sunday, February 24, 2008, within which to file its memorandum of points and authorities in opposition to plaintiffs' motion for partial summary judgment on liability and the District's cross-motion for partial summary judgment. The District further requests that the memorandum, annexed hereto be deemed filed this date, February 24, 2008. The requested relief is necessitated by undersigned counsel's failure to have filed the attached memorandum of points and authorities in the proper computer subdirectory for filing in the early morning hours of Saturday, February, 23, 2008. Thus, in filing the materials in opposition to plaintiffs' motion for partial summary judgment and in support of defendant's motion for partial summary judgment, undersigned counsel overlooked his internal filing error and omitted the attached memorandum from Saturday morning's filings.

Undersigned counsel has requested plaintiffs' consent in accordance with LCvR 7(m). Plaintiffs have given their consent.

The brief enlargement requested is the result of counsel's excusable neglect and supported by good cause. It is not intended, nor is it expected, to prejudice plaintiffs. Nor does this failure to meet the filing deadline reflect a lack of respect for this Court's orders or docket management needs.

Accordingly, defendant respectfully moves this Court for an order extending its time to file its opposition to plaintiffs' motion for partial summary judgment and it cross-motion for partial summary judgment by one calendar day, to and including Sunday, February 24, 2008.

          Respectfully submitted,

          PETER J. NICKLES
          Interim Attorney General for the District of Columbia

          GEORGE C. VALENTINE
          Deputy Attorney General
          Civil Litigation Division

          s/ Ellen A. Efros
          ELLEN A. EFROS
          Chief, Equity Section I

          s/ Thomas L. Koger
          THOMAS L. KOGER [427921]
          Senior Assistant Attorney General
          441 Fourth Street, NW, 6th Floor South
          Washington, DC 20001
          (202) 724-6610
          Fax: (202) 727-3625 (fax)
          E-mail:  Thomas.Koger@dc.gov