# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARAH CARR, *et al.*, ) | |
|  ) | |
| Plaintiffs, ) | |
|  ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
|  ) | |
| DISTRICT OF COLUMBIA, ) | |
|  ) | |
| Defendant. ) | |

## ORDER

Upon due consideration of Defendant District of Columbia's Consent Motion To To Extend, *Nunc Pro Tunc*, By Two Calendar Days, Its Time To File Its Opposition To Plaintiffs' Motion For Partial Summary Judgment And Defendant's Cross-Motion For Partial Summary Judgment, the record herein, good cause shown, and the interests of justice, it is

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that the time within which defendant may file its memorandum of points and authorities in opposition to plaintiffs' pending motion for partial summary judgment and its memorandum of points and authorities in support of its motion for partial summary judgment is hereby extended by two calendar days, to and including, Sunday, February 24, 2008; and it is further

2

**ORDERED** that the memorandum annexed to this motion be deemed filed on February 24, 2008.

_____
ELLEN SEGAL HUVELLE
United States District Judge

<u>Serve upon:</u>
All Counsel