UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | : <br> : <br> : <br> : Civ. Action No. 06-0098 (ESH) <br> : <br> : <br> : <br> : |

### DECLARATION OF JEFFREY MADISON

I, Jeffrey Madison, under penalty of perjury declare as follows:

1. I am an adult over the age of 21 years.

2. I make this declaration based on my personal knowledge of the matters discussed in it.

3. I am a Sergeant of the Metropolitan Police Department ("MPD") and have been an MPD Officer since September 10, 1990. On January 20, 2005, I was assigned to the Intelligence Section of the Office of the Superintendent of Detectives within MPD's Special Investigations Branch. My duties and responsibilities that night included relaying information obtained from an MPD undercover officer ("U/C") to Lieutenant Michael Pavlik of the Special Investigations Branch. I understood that the information that I provided would be relied upon to guide decisions by MPD officials in deploying resources and in seeking to protect against criminal misconduct.

4. It is common for the Intelligence Section to monitor open and publicly accessible websites to ascertain whether there are events or activities planned to take place in Washington, DC, that may implicate issues of security or criminal activity.

These include incidents having any relationship to the Presidential Inauguration. It was through this routine monitoring of open, publicly accessible websites that MPD learned of the Anti-Inaugural Concert ("AIC") planned for January 20, 2005, to be held at a church at 1459 Columbia Road, NW. My experience, and that of other officers in the Intelligence Section, is that private citizens seek information about activities in the District this same way. In particular, persons who seek out or wish to publicize demonstrations and related activities tend to utilize internet communications, including blogs and websites, for those purposes.

5. Although the Intelligence Section learned of the AIC by monitoring the internet, we did not obtain any information about a possible march following from the AIC.

6. On January 20, 2005, I promptly relayed all information that I received from MPD Detective Drew Smith to Lieutenant Pavlik, with whom I was riding in an unmarked MPD cruiser at the time. I heard Lieutenant Pavlik relay all that same information to then-Commander Cathy Lanier.

7. On January 20, 2005, I also had the opportunity to observe hundreds of persons, who had attended an Anti-Inaugural Concert at 1459 Columbia Road form a group near 16th Street NW, and Columbia Road, NW. As the group formed, some individuals were in possession of some type of homemade torch. These torches were then distributed amongst persons in the group and carried by these persons, aflame, as they marched along the roadway of Columbia Road, NE. These torches appeared to be made of a dowel a couple of feet long, to which a soup can, apparently containing a flammable substance was connected.

8. I had previously viewed a training video depicting the use of such torches by demonstrators to propel flaming liquid or gelatinous material. Accordingly, I viewed the torches that these marchers carried as having the potential to be used as very dangerous weapons.

I declare under the penalty of perjury that the foregoing is true and accurate

Executed: 2/22/08

JEFFREY MADISON