## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARAH CARR., et. al.,** : | |
| **Plaintiffs,** : | |
| **v.** : | **Civ. Action No. 06-0098 (ESH)** |
| **DISTRICT OF COLUMBIA, et. al.,** : | |
| **Defendants.** : | |

## DECLARATION OF PATRICK KELLER

I, Patrick Keller, under penalty of perjury declare as follows:

1.      I am an adult over the age of 21 years.

2.      I make this declaration based on my personal knowledge of the matters discussed in it.

3.      I am a Metropolitan Police Department ("MPD") Officer and have been a member of the Department since May 21, 1990.  On January 20, 2005, I was assigned Special Operations Division, Commander Cathy Lanier's Office.

4.      On January 20, 2005, in response to information provided to then-Special Operations Division ("SOD") Commander Cathy Lanier, by officers in the MPD Intelligence Section, Commander Lanier determined that it was necessary to send MPD Civil Disturbance Unit ("CDU") personnel to Columbia Road, NW, between 16th and 18th Streets, NW, and to 18th Street, NW, after 11:00 p.m. that night to respond to a civil disturbance there.  Commander Lanier also reported to that location, in marked MPD cruiser 18, driven by Lt. Ralph Ennis.  I traveled in Cruiser 18, as Commander Lanier's scribe.

5.      We proceeded from SOD headquarters at 2300 L Street NW, and arrived at Columbia Road, NW, along north bound 16th Street, NW.  A group of more than 200 persons already crossed the intersection of 16th Street, NW, and Columbia Road, NW, when we reached that intersection and upon turning onto Columbia Road, NW, the marchers did not notice marked Cruiser 18 for several moments. Many of the members of the group had bandannas or other cloth items covering parts of their faces.  Many of the members of the group were banging loudly on plastic buckets being used as drums, and a number of the group members were carrying flaming torches.  The group was loud and boisterous as it crossed the intersection.

6.      We turned left onto Columbia Road, NW, and trailed the group.  Along the 1700 block of Columbia Road, NW, members of the group committed a variety of acts of vandalism.  In addition to people spraying paint on buildings and cars, persons within the group were throwing missiles at windows of various storefronts, breaking those windows.  Windows were broken in the CitiBank at 1749-1/2 Columbia Road, NW, in the Kentucky Fried Chicken restaurant at 1753 Columbia Road, NW, in the Popeye's restaurant at 1755 Columbia Road, NW, in the Riggs Bank at 1779 Columbia Road, NW. Each time a window was broken, the group cheered and its members raised their arms. This occurred more than six times as the mob travelled in the roadway of the 1700 block of Columbia Road, NW.  It appeared that the entire group was engaging in the celebrations as they moved near the intersection of 18th Street, NW, and Columbia Road, NW, and that the level of violence was escalating.  When they reached the Sun Trust Bank at 1800 Columbia Road, NW, members of the mob broke several of the bank windows.  The mob then cheered and its members raised their arms in celebration. The

2

MPD Latino Liaison Unit ("LLU") Office is located on the end of the Sun Trust Bank building on the second floor. Someone in the group hurled a rock or brick through the window of LLU Office, causing it to break with a loud crash, which was once again followed by loud cheering and arm waving from what appeared to be everyone in the group. I could see and hear this clearly from inside Cruiser 18, when the car was farther from the LLU Office window than the front door of Madam's Organ, at 2461 18th Street, NW, is from the LLU Office window. The front door of Madam's Organ is nearly directly across 18th Street, NW, from the LLU Office window.

     7.     A few minutes after the LLU window was broken, MPD Lt. Jimmie Riley turned off of Columbia Road, NW, onto 18th Street, NW, in an MPD marked cruiser, along with CDU 43 personnel in MPD vans. Someone in the mob threw a brick into the windshield of Riley's cruiser, shattering it. Once the windshield was broken, many bottles and other missiles were thrown by the mob at Lt. Riley's car and the vans..

     8.     Lt. Riley was the Lieutenant in command of CDU Platoon 43 that night. The four 8-member squads that comprised CDU Platoon 43 were adjacent to Riley at this point. When they emerged from the transport vans, wearing riot gear, the mob ran southward along 18th Street, NW, with members running westward into an ally between Belmont Road, NW, and Riley's cruiser. MPD officers caught the members of the mob who ran into the ally and then ran north into a dead-ended spur off the main alley. I was able to see the arrested mob members who had run up the spur through the chain link fence at which the spur dead-ended.

     9.     During the time that the mob was breaking the LLU window, throwing missiles at Riley's cruiser and the CDU vans, and then running away, hundreds of

uninvolved onlookers on the sidewalk on the east and west sides of 18th stood by

undisturbed by the MPD.

    10.    I have examined a number of photographs taken by MPD's Mobile Crime

Unit of parts of the march route and of Lt. Riley's car.  These photographs, which bear

Exhibit ##'s 101- 124 fairly and accurately depict the damage caused by the rioters to the

subjects they portray.


I declare under the penalty of perjury that the foregoing is true and accurate

Executed: _2/22/08_                         

**PATRICK KELLER**