UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARAH CARR., *et. al.*, | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-0098 (ESH) |
| DISTRICT OF COLUMBIA, *et. al.*, | : |
| Defendants. | : |

## DECLARATION OF JIMMIE RILEY

I, Jimmie Riley, under penalty of perjury declare as follows:

1. I am an adult over the age of 21 years.

2. I make this declaration based on my personal knowledge of the matters discussed in it.

3. I am a Lieutenant of the Metropolitan Police Department ("MPD") and have been a member of the Department since June 1970. On January 20, 2005, I was assigned as the Lieutenant in charge of MPD Civil Disturbance Unit ("CDU") Platoon 43. My duties and responsibilities throughout that day had been to respond to calls for CDU support. A CDU Platoon consists of four eight-person squads

4. After 11:00 p.m. that night, I received a radio communication directing that CDU 43 Platoon don their protective ("riot") gear and report to Columbia Road and 18th Street. I was assigned a marked MPD cruiser in which I responded as directed. The CDU 43 responded in vans along with me. As I approached my destination, I came upon a large boisterous group of people marching in the roadway as a unit.

5. When I got near the group, someone threw a rock or a brick that hit my cruiser windshield and broke it. Once that happened, rocks and bottles started flying in the air from all directions toward my car and the vans transporting CDU Platoon 43.

6. The mob in the roadway then started running south along 18th Street, NW, in the direction of Belmont Road, NW. There is an alley running from 18th Street, NW, to Columbia Road, NW, some distance north of Belmont Road, NW, which also runs from 18th Street, NW, to Columbia Road, NW. CDU Platoon 43 and I, along with our vehicles, were north of the alley. MPD CDU personnel had physically formed a police line across 18th Street, NW, from building line to building line, south of the alley. Some of the people from the mob that were running away ran west, into an alley, before reaching Belmont Road, NW. Members of CDU Platoon 43 and I followed these people and arrested them in that alley.

I declare under the penalty of perjury that the foregoing is true and accurate

Executed: _____        _____/s/ Jimmie Riley_____
                               **JIMMIE RILEY**