UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendants. )<br>) | Civ. Action No. 06-0098 (ESH) |

**PLAINTIFF SARAH CARR'S RESPONSE TO DEFENDANT DISTRICT OF COLUMBIA'S FIRST SET OF INTERROGATORIES**

1. Identify the person answering each interrogatory, as directed in paragraph "b" above, including providing this person's social security number, date of birth, and address.

**Partial Objections**

Plaintiff objects to this interrogatory on the ground of undue burden and unwarranted invasion of privacy and First Amendment associational privacy to the extent that it asks for plaintiff nicknames, aliases, or other identifiers used in communications that are not admissible at trial and cannot lead to the discovery of admissible evidence in any way that knowledge of plaintiff's name cannot also so lead.

**Answer**

Responsive information not covered by an objection stated above is as follows:

Full Name:             Sarah Michael Carr

Social Security Number:   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

Home Address:          1374 Wakefield Road
                       Lynchburg, VA 24503

I fear that this arrest has damaged my reputation and will have adverse consequences to my future plan for admission to law school and the Bar, as well as for my prospects for future employment in government and law.

I believe deeply in my right under the First Amendment to participate in political demonstrations and I plan to attend future demonstrations in Washington, DC if I can be assured that police will respect my rights. My arrest in the District of Columbia while participating in my first political demonstration, however, has chilled my enthusiasm for exercising this right.

9. Describe with specificity all actions you took from two hours prior to your arrival at the anti-inaugural ball conducted on January 20, 2005 in a church at 1459 Columbia Road and all actions you observed of other persons who participated in the march in which you participated to the time of your arrest, including, but not limited to conduct resulting in damage to property.

**Partial Objections**

Plaintiff objects to this interrogatory on the ground of undue burden and on the ground that the requested information—*all* actions she took and *all* actions she observed during the indicated time—is neither admissible at trial nor reasonably calculated to lead to the discovery of admissible evidence. This objection does not apply to actions plaintiff took or observed that are admissible or reasonably calculated to lead to discovery of admissible evidence.

Plaintiff objects to the part of this interrogatory that asks her to state conduct that she observed that resulted in damage to property on the ground of undue burden and on

the ground that the requested information is not admissible at trial and cannot lead to the discovery of admissible evidence.

Plaintiff objects on the ground of undue burden to stating responsive information that is stated in the interrogatory responses of another plaintiff.

**Answer**

Without abandoning or waiving the objections stated above, I answer as follows:

I incorporate by reference all responsive information stated in the complaint.

Two hours before the concert began I was at Dupont Circle with some friends, including Karl Bach and Corey Beasley, who were later arrested with me. We stayed there until about 6:30 p.m., when we departed from that area. Our other friends then left the city, but Karl, Corey, and I stayed on because we had plans that night to attend an anti-inaugural concert, where one of my favorite bands, "Q And Not U," would be performing. We made our way by Metro and on foot to the concert venue at 1459 Columbia Road, NW.

The concert began at about 7:30 p.m. An announcement was made that there would be a march after the concert ended to the Hilton Hotel on Connecticut Avenue, NW, the site of one of the official inaugural balls. I was surprised by this announcement because the march had not been publicized on a website I had seen with the other protest events. A flier was distributed describing the march which stated, in pertinent part, "[p]lease remember to be respectful of people in the Columbia Heights neighborhood where we are guests. Watch your surroundings and keep the energy focused on where it needs to be—on showing the world our opposition to Bush."

I did not know if this march had a permit or whether police would or would not allow it, or even whether a permit or police permission might be required because I had no knowledge of any laws or police practices regarding demonstrations. I did not think about any of these matters because that day the whole city had been the site of many gatherings for celebrations and protests. Even though I was tired, I decided to end my day by joining the march. My friends Karl and Corey decided to participate too.

The march began at some time after 11:00 p.m. It headed west on Columbia Road toward the Adams Morgan neighborhood. There were 100 or more youthful marchers, some in the road and some on the sidewalk, who chanted and drummed on plastic drums. At first my friends and I marched in the road toward the front of the march. Many people in the vicinity cheered and applauded as we marched by and later, passing cars honked their horns in support.

After twenty minutes or so, however, what had begun as a joyous, spirited protest took on a sour note. Ahead of us I saw about three people I did not know—and whose faces were covered with bandanas—knocking over newspaper vending machines. I also saw what appeared to be freshly sprayed paint on three buildings and a jeep. My friends and others near us yelled at those people to stop because such conduct was contrary to our purpose.

By this time at least one police car had started following slowly behind the march. Although the officer driving this vehicle did not communicate anything to the crowd, some of the marchers left the scene. My friends and I decided to get out of the road and move to the sidewalk, but we did not want to leave the march because we had not taken part in any misconduct. Soon a helicopter appeared overhead. We began to feel