1

```
 1                  UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3

 4    - - - - - - - - - - - - - -x

 5    SARAH CARR, et al.,              :

 6            Plaintiffs,              :      Civil Action Number

 7        vs.                          :      06-00098 (ESH)

 8    DISTRICT OF COLUMBIA,            :

 9            Defendant.               :

10    - - - - - - - - - - - - - -x

11

12

13

14

15                  DEPOSITION OF SARAH CARR

16

17                               Washington, D.C.

18                               Monday, July 16, 2007

19

20

21    REPORTED BY:

22        CARMEN SMITH
```

1    different than previously.  I mean, I'm not -- I

2    can't say anything was different than previously.  I

3    don't have a standard of comparison.

4        Q    Do you think that the fact that it was the

10:55:43    5    first inauguration after September 11, 2001 had any

6    implication whatsoever for the security concerns?

7        A    I'm not sure, because it was the same

8    president, and it was his second inauguration.

9        Q    And do you think -- do you think the

10:56:02    10    Secret Service had a different outlook on January

11    20, 2005 than January 20, 2001?

12            MR. SCHEMBER:  I'll object.  That calls

13    for nothing but speculation.

14            MR. KOGER:  Fair enough.  I'll withdraw

10:56:17    15    the question.

16            BY MR. KOGER:

17        Q    Why did you choose to go to the

18    anti-inaugural concert?

19        A    Because one of my favorite bands was

10:57:03    20    playing.

21        Q    Is that Q and Not U?

22        A    Yes.

1      Q    Who are the members of Q and Not U?

2      A    I could only name one.

3      Q    Who would that be?

4      A    Chris Richards.

10:57:29   5      Q    Did Q and Not U actually perform at the

6  anti-inaugural concert on January 20, 2005?

7      A    Yes.

8      Q    How did you learn of the anti-inaugural

9  concert?

10:57:44  10     A    It was advertised on a Web site, and the

11  band also advertised that they would be playing it.

12  And I was a fan of the band and followed

13  information.

14     Q    Did the information that you learned from

10:58:11  15  the Web site or Web sites that you consulted from

16  which you learned about the anti-inaugural concert

17  give you any indication that there would be a march

18  following the concert?

19     A    No.

10:58:31  20     Q    What did the Web site information lead you

21  to expect would occur at the concert?

22     A    Live music.

1          Q     By whom?

2          A     Q and Not U, a band called 1905.  I'm not

3    too familiar with the other bands.

4          Q     That's okay.

10:58:55   5          A     And I can only think of one more, but I

6    think there -- oh, wait.  Two more, Del Cielo.

7          Q     D-e-l, first word, C-i-e-l-o, second word?

8          A     Yes.  And Anti-Flag.

9          Q     And Anti-Flag.

10:59:16   10         A     Yeah.

11         Q     Anything about any other activities that

12   were to occur at the venue of the anti-inaugural

13   concert that evening?

14         A     Wait.  Will you repeat that?

10:59:28   15        Q     Sure.  The Web sites that you consulted,

16   did they provide any other information about events

17   that might be occurring at the venue, the forum, the

18   location of the anti-inaugural concert that evening?

19         A     I can't accurately recall.

10:59:50   20        Q     Okay.  Prior to your deposition today, did

21   you have occasion to review any videotapes of the

22   march that did follow from the anti-inaugural

24356
CS

32

1        A     One person or a group announcing to the

2   crowd at large, giving specifics on the event in

3   question.   That's the way I'm interpreting you to

4   mean it.

11:08:32    5        Q     Okay.   Using that definition, was there

6   such an announcement?

7        A     No.

8        Q     Okay.   If we were to speak of an

9   announcement as being any transmission of

11:08:53    10  information on the topic, was there an announcement?

11        A     Yes.

12        Q     What was that announcement?

13        A     It was produced in a couple of different

14  ways.

11:09:09    15        Q     Okay.   What was the earliest announcement?

16        A     Every singer -- or each singer of every

17  band announced that there would be a march.

18        Q     So how many --

19        A     From the church.

11:09:30    20        Q     Okay.   So how many total announcements of

21  that nature did you observe while you were at the

22  concert?

1          A    While I was at the concert, two I think.

2          Q    So there were -- so there were only two

3     singers in the bands?

4          A    No, I didn't stay for every band.

11:09:57   5          Q    Okay.  Which bands did you stay for?

6          A    Del Cielo and Q and Not U.

7          Q    And I take it that those were the first

8     two bands to perform?

9          A    I believe -- I'm estimating, I think so,

11:10:17  10     if I can recall accurately, and 1905 played in

11     between.

12          Q    But they made no announcement?

13          A    I left for that part.

14          Q    So you came in, you left, you came back

11:10:30  15     in?

16          A    Several times.

17          Q    Okay.  Is it your knowledge, understanding

18     or belief that other bands made announcements

19     similar to those that you observed personally?

11:10:50  20          MR. SCHEMBER:  Objection; compound,

21     knowledge, understanding, belief.  Could you break

22     it down?

24356
CS

1    and positive and nonviolent, and we were going to go

2    to an inaugural ball and it was going to start after

3    the show.  And we could just line up after the show

4    and leave from the church.

11:12:27    5        Q    Okay.  Now, you opened your answer

6    speaking in terms of only the announcements made by

7    the singers; correct?

8        A    Yes.

9        Q    What does that exclude?

11:12:51    10        A    The flier that was distributed.

11        Q    Is that the only thing that that

12    introduction to your prior answer excludes?

13        A    Yes.

14        Q    Tell me about the flier.

11:13:10    15        A    I submitted a copy to my counsel, and it

16    basically provided the route of the march, its

17    mission, which was to -- you know, I guess a further

18    explanation of how it was supposed to be positive

19    and respectful of the Columbia Heights neighborhood,

11:13:42    20    and it did express some slight anger but not violent

21    anger, but, you know, a justifiable anger at George

22    Bush.

1      A      Yes.  May I modify that as well?

2      Q      Again, I want the record to be clear, I

3  think I have repeatedly made plain that you can

4  modify your answer at any point in time to

11:20:22   5  accomplish the truthful response.

6      A      When you ask me a yes-or-no question, I

7  feel somewhat limited to yes and no.  But what I

8  meant by that is that people live -- now I know

9  people live from the route -- along the march -- the

11:20:43  10  route of the march, the entire way down to the

11  hotel.

12      Q      But there's also commercial areas along

13  the route; correct?

14      A      Yes.  But if people live there, it's still

11:20:57  15  residential, at least in part.

16      Q      The verbal announcements that you

17  testified about, those were made from the stage?

18      A      Yes.

19      Q      And amplified?

11:21:23  20      A      Amplified by a microphone.

21      Q      Was it audible throughout the performance

22  area?

1    A    Yes.

2    Q    How many people would you estimate were in

3 the performance area at the various times that you

4 personally heard the announcement made?

5    A    I can't estimate that.  I can only say it

6 was crowded.

7    Q    Are you unable to estimate it as being

8 more than 100 on each occasion?

9    A    More than 100, yes.

10    Q    It would have been more than 100?

11    A    Yes.

12    Q    Did anybody distribute any items or

13 paraphernalia for use in the march other than the

14 fliers?

15    A    No.

16    Q    At no time?

17    A    No.

18    Q    Prior to leaving the concert to engage in

19 the march, did you discuss what you anticipated the

20 march to involve with anyone else?

21    A    No.

22    Q    The person from Del Cielo that made the

1       A    Oh, okay.  Yes, I suppose.  I said I can't

2    say.  It just came off as informative.  I didn't

3    sense any sort of urging.

4       Q    It was neutral?

5       A    Yes.

6       Q    And a member of what other band also made

7    the announcement?

8       A    Chris Richards of Q and Not U.

9       Q    And in making the announcement, would you

10   say Mr. Richards encouraged participation?

11      A    Yes.

12      Q    Okay.  And how did he do so?

13      A    He said it was going to be fun, that was

14   the gist of what he said, and positive.  He

15   mentioned that.

16      Q    Did he seem enthusiastic in terms of

17   encouraging participation?

18      A    Yes.

19      Q    He endorsed participation, did he not?

20      A    What do you mean by "endorsed"?

21      Q    Well, he stood in front of 100 or more

22   people and said there's going to be this march, it's

11:25:16
11:25:38
11:25:57
11:26:15

1  going to be fun, and he was making it personally;

2  right?

3      A    Do you mean he approved of it?

4      Q    Do you have a reason to believe he didn't?

11:26:48  5      A    Well, he urged it, so I don't think he

6  would urge something he wouldn't approve of.

7      Q    Okay.  And isn't that, in essence, an

8  endorsement?

9      A    Sure.  But I'm only saying that because I

11:27:10  10  am required to answer, and it -- I mean, I don't

11  want to speak for him, basically.  I'm not

12  comfortable with doing that.  I told you what I

13  observed, and those are -- that's the way I saw it

14  and interpreted it.

11:27:34  15      Q    Okay.  That was your -- that was your

16  assessment of what you observed; correct?

17      A    Yes.

18      Q    Do you believe that the flier that you

19  received encouraged participation?

11:27:59  20      A    No.  It gave information.  It --

21      Q    But did not encourage participation?

22      A    I feel like it left you a choice, and it

# ERRATA SHEET

<u>DEPOSITION OF</u>:     Sarah Carr
                        SMC
                                        Page 1 of 1 Pages
<u>DATE OF DEPOSITION</u>:  16 July 2007

| PAGE | LINE | CORRECTION (type or print) |
|------|------|----------------------------|
| 10 | 8 | "some" changed to "come" |
| 14 | 20 | changed "private" to "in private" |
| 24 | 12 | added "their" before "information" |
| 37 | 10 | added "to mean" after "question" |
| 47 | 17 | changed "Capitol Hill" to "Capitol Hilton" |
| 59 | 10 | changed "I did" to "did I" |
| 69 | 12 | added "They" before "were" |
| 100 | 1 | changed "that's" to "it's" |
| 155 | 20 | added "much as" after "as" |
| 156 | 3 | changed "Uh-huh" to "yes" |
| 163 | 12,13 | changed "one tough thug bitch" to "one tough thug beotch" keep quotes around it because it is a quote from blog |