1    UNITED STATES DISTRICT COURT
2    FOR THE DISTRICT OF COLUMBIA
3
4    - - - - - - - - - - - - - - -x
5    SARAH CARR, et al.,           :
6           Plaintiffs,            : Civil Action Number
7       vs.                        : 06-00098 (ESH)
8    DISTRICT OF COLUMBIA,         :
9           Defendant.             :
10   - - - - - - - - - - - - - - -x
11
12              DEPOSITION OF JONATHAN M. SCOLNIK
13
14
15                              Washington, DC
16                              Friday, July 13, 2007
17
18
19
20   REPORTED BY:
21      FRANK A. SMONSKEY, CM
22

1  relating to the march that was to proceed from 1449
2  Columbia Road, Northwest, to the Capital Hilton
3  following your entry into the performance area?
4    A    Yes.
5    Q    What was that information?
6    A    One of the bands, at least one of the
7  bands in between songs, made an announcement from
8  the stage announcing the march and giving just kind
9  of a short explanation of what they saw as the point
10 of the march and why they thought it would be a good
11 idea to go on the march.
12    Q    What band was that?
13    A    The way I remember it was a band called
14 Anti-Flag.
15    Q    What did Anti-Flag indicate was their
16 perception or understanding of the purpose of the
17 march?
18    A    They are a very well-known punk band.  In
19 2005, they had already been around for years.
20    Their point was that you can't just go to
21 shows.  One can't just go to shows.  That in and of
22 itself is not enough of a political act, that it's

1   important to go out on marches and not just march
2   but also be involved in other political projects,
3   but if their fans are only going to their shows then
4   in their minds the fans aren't really participating
5   as much as they could in politics.
6       Q    Did you understand Anti-Flag in offering
7   that discussion to be encouraging participation in
8   the march that was to take place that night?
9       A    Yes.
10      Q    In answering I believe you said that
11  Anti-Flag encouraged participation in that march or
12  marches and in other activity; is that right?
13      A    What do you mean by "other activity"?
14      Q    That is what I am trying to get at, too.
15  Did you such as participate in other demonstrations
16  or participate in some events or matters wholly
17  independent of the January 20, 2005 march?
18      A    Yes.  What I meant by other activities are
19  things like feeding the homeless, being involved in
20  collectives that are meant to provide social
21  services or ~~organized~~ organize communities in one way or  JS
22  another, more not protest activities but collective

1  MR. KOGER: Okay.

2  (Recess.)

3  BY MR. KOGER:

4  Q  Aside from the band Anti-Flag, who else

5  performed at the anti-inaugural concert that night?

6  A  There was also 1905. The first band was

7  Del Cielo. I can never remember the name of the

8  fourth band. I think it was their last show in the

9  city.

10 Q  Q And Not U?

11 A  That sounds right.

12 Q  Aside from the bands that we've discussed,

13 did anyone else speak from the stage or through an

14 amplified sound system there?

15 A  I think when the second flier was handed

16 out somebody on the stage said that it was a ~~human~~ know your

17 rights flier and probably within the context of

18 ~~their~~ there being the march afterwards. I don't

19 specifically remember anybody else speaking besides

20 the band.

21 Q  Do you remember there being any

22 presentation by Concerned Vets or other

1  non-musicians relating to the march or the war?

2      A    Yes.  Actually, there was another room in
3  the general part of the church that we were.  There
4  was a room behind -- well, farther down the hall
5  from the performance area where there were a number
6  of tables set up for a number of different groups.

7      I think they're called Iraqi Vets for
8  Peace, or something like that.  They were there.
9  They had a table.

10     I do now recall.  I think one of them did
11 speak from the stage, at least one of them.  I know
12 I heard part of it.  I think I might have been in
13 the hall.  I don't remember how much of it I heard.

14     So there might have been someone else from
15 the tables, but they were the main ones, yes.

16     Q    What do you recall that presenter or
17 presenters offering from the stage?

18     A    I've forgotten they spoke.  I don't
19 remember.  I think they were just speaking.

20     I talked to them at their table.  They
21 were just talking about their experience in Iraq and
22 afterwards, but I don't remember what they said.  It

# ERRATA SHEET

**DEPOSITION OF:**     Jonathan M. Scolnik

Page 1 of 1 Pages

**DATE OF DEPOSITION:**   13 July 2007

| PAGE | LINE | CORRECTION  (type or print) |
|---|---|---|
| 37 | 16 | insert "in" between "organizing" & "high schools" |
| 51 | 21 | replace "organized" with "organize" |
| 53 | 16 | replace "human" with "know your" |
| 53 | 18 | replace "their" with "there" |
| 57 | 7 | delete "it's" |
| 65 | 19 | replace "Allen" with "Adam" |
| 73 | 4 | replace "disagreed" with "agreed" |
| 98 | 17 | after "arms" insert "up" |
| 135 | 12 | replace "a more secure place" with "Mozart Place" |
| 136 | 10 | replace "call" with "recall" |
| 149 | 1 | replace "tightened" with "citation" |
| 158 | 17 | replace "stressed" with "stress" |
| 158 | 18 | insert punctuation: comma, between "be" & "being" |
| 161 | 11 | insert "be" between "to" & "there" |
| 161 | 15 | delete "weren't" |
| 161 | 15 | replace "when" with "where" |
| 135 | 22 | replace "actual merch" with "Starbucks" |
| 151 | 6 | replace "as" with "at" |
| 151 | 7 | replace "plaintiffs" with "Blue Plains" |