CHELSEA MARIE KIRK
Carr, et al v. District of Columbia                                      8/14/2007

```
                                                                   1

 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3     - - - - - - - - - - - - - - - - X

 4     SARAH CARR, et al.              :

 5              Plaintiffs,            :

 6        vs.                          : Civil Action No:

 7     DISTRICT OF COLUMBIA,           : 06-00098 (ESH)

 8              Defendant.             :    ORIGINAL

 9     - - - - - - - - - - - - - - - - X

10                  Washington, D.C.

11              Tuesday, August 14, 2007

12

13     Deposition of:  CHELSEA MARIE KIRK, a witness

14     herein, called for examination by counsel for

15     Defendant in the above-entitled matter, pursuant

16     to notice, taken at the offices of the Attorney

17     General for the District of Columbia, 441 4th

18     Street, N.W., Washington, D.C., beginning at 10:10

19     a.m., before Curtis R. Cloward, CSR, a court

20     reporter and notary public in and for the District

21     of Columbia, when were present on behalf of the

22     respective parties:
```

Olender Reporting, Inc.        (888) 445-3376              WORLDWIDE
Washington, D.C.               Baltimore, MD              Ft. Lauderdale, FL

45

1   or just what was written here and what I read, but

2   I'm not sure if anyone had said anything about

3   what activities.

4         But it does say here what was expected

5   to be, just whatever kind of activities was hoping

6   to be accomplished as far as the chanting and

7   peacefully respecting the neighborhood and

8   focusing energy towards the Hilton and

9   demonstrating outside the Hilton.

10        Q.   Is that what you expected before the

11  march began?

12        A.   Yes.

13        Q.   What else did you expect of the march?

14        A.   That was it.  I just expected to march

15  to the Hilton and demonstrate outside of it.

16        Q.   And before the march began did you see

17  -- well, let me back up.

18        You said that someone explained the

19  route and the destination.  Was that person -- was

20  that one person or several people?

21        A.   I think it was just one person.

22        Q.   And was that person using an

46

```
 1    amplification device, a megaphone or anything?
 2         A.    Yes, he got up on stage after Anti-Flag
 3    finished performing and spoke into the microphone.
 4         Q.    Do you recall who that person was?
 5         A.    No.
 6         Q.    Did you know that person?
 7         A.    No.
 8         Q.    Did you ever talk to him during that
 9    night?
10         A.    No.
11         Q.    Did you understand him to be one of the
12    organizers of the event?
13         A.    Yes.
14         Q.    And by "event" I mean the concert and
15    the march following.
16         A.    Yes.
17         Q.    Did you see him after the concert?
18         A.    No, I don't even remember what he looks
19    like.
20         Q.    Okay.
21               About how many people do you think
22    attended the concert?
```

OLENDER REPORTING, INC.
1522 K Street, N.W., Suite 720, Washington, D.C. 20005   (202) 898-1108

E-R-R-A-T-A   S-H-E-E-T

Caption: **Carr, et al v. District of Columbia**

Case No. **06-00098 (ESH)**          Date taken: **8/14/2007**

Deposition of: **CHELSEA MARIE KIRK**

I hereby certify I have read my deposition and that it is accurate with the corrections listed below.

Page:   Line:          As Transcribed:                         Change To:

| Page | Line | As Transcribed | Change To |
|---|---|---|---|
| 16 | 7 | we would take. And also the -- like | Delete "the -- like" |
| 16 | 8 | the parks that we would | Delete "that we would" |
| 20 | 5 | demonstrators to the -- to do | Delete "to the --" |
| 23 | 13 | not doing anything, not -- you know | Delete "not -- put raw" |
| 26 | 6 | we were just - I'm trying to | Delete "we were just, I'm trying to" |
| 31 | 10 | to the lawyer with the -- | Delete "with the --" |
| 32 | 21 | than the -- ust the day parade | Delete "than the --" |
| 33 | 10 | we -- after we decided | Delete "we --" |
| 34 | 12 | I was wearing blue jeans, a -- | Delete "a --" |
| 42 | 18 | Yes. The -- yes. | Delete "The --" |
| 42 | 9 | where the hotel was | change to "church" delete "hotel" |
| 49 | 2 | I'm not -- I didn't see | Delete "I'm not --" |
| 51 | 7 | I just - I knew that - I mean | Delete "I just - I knew that - I mean" |
| 53 | 4 | I'm having -- live now | Delete "I'm having --" |
| 55 | 18 | I was -- we | Delete "I was --" |
| 57 | 15 | It just -- I mean | Delete "It just -- I mean" |
| 60 | 16 | we were almost -- | Delete "we were almost" |
| 62 | 16 | on the res -- or commercial | Delete "on the res -- or" |
| 66 | 11 | I know whenever we got -- | Delete "whenever we get" |
| 67 | 3 | Not before the show started, no, or | Delete "or" |
| 67 | 4 | not -- the only | Delete "not --" |
| 76 | 7 | I -- I didn't know | Delete "I --" |
| 84 | 22 | I believe -- see | Delete " -- see" |
| 92 | 2 | we had been -- we had | Delete "we had been --" |
| 93 | 1 | I just -- we decided | Delete "I just --" |
| 95 | 18 | I didn't -- I don't | Delete "I didn't --" |
| 110 | 22 | I - I - I'm just not | Delete "I -- I --" |
| 113 | 2 | I'm just not familiar -- I'm not like | Delete "I'm not, like," |

9-25-07                                   /s/ Chelsea Kirk

Date                        Signature of Deponent

Note: If there are no corrections, write "None" above. Use additional pages if necessary. Be sure you have dated and signed the errata sheet.

# OLENDER REPORTING, INC.
1522 K Street, N.W., Suite 720, Washington, D.C. 20005   (202) 898-1108

## E-R-R-A-T-A  S-H-E-E-T

Caption: **Carr, et al v. District of Columbia**

Case No. **06-00098 (ESH)**     Date taken: **8/14/2007**

Deposition of: **CHELSEA MARIE KIRK**

I hereby certify I have read my deposition and that it is accurate with the corrections listed below.

| Page: | Line: | As Transcribed: | Change To: |
|---|---|---|---|
| 113 | 3 | just -- | delete "just --" |
| 113 | 22 | I mean, I dont -- | delete "I mean, I dont --" |
| 114 | 7 | I -- I dont know | delete "I --" |
| 118 | 3 | I -- I cant remember | delete "I --" |
| 118 | 8 | I wasnt really -- I | delete "I wasnt really" |
| 118 | 16 | like, I mean, I -- I think | delete "like, I mean, I --" |
| 122 | 1 | -- I mean, its very -- its -- | delete "-- I mean, its very -- its" |
| 126 | 9 | I had -- I dont -- I | delete "I had -- I dont" |
| 129 | 10 | I -- I dont -- | delete "I -- I dont --" |
| 130 | 8 | (crossed out) I -- I dont | delete (crossed out) "I --" |
| 131 | 20 | I believe I -- | delete "I believe I --" |
| 138 | 5 | I'm still -- | delete "I'm still --" |
| 145 | 8 | there were -- | delete "there were --" |
| 149 | 3 | and it was -- I could -- | delete "and it was -- I could --" |
| 154 | 19 | were -- | delete "were --" |
| 159 | 11 | when one -- | delete "when one --" |
| 162 | 7 | during the time why | delete "when" change to "while" |
| 173 | 9 | So that was -- | delete "so that was --" |
| 174 | 5 | I'm sorry, they're -- | delete "they're --" |
| 174 | 15 | They were -- | delete "they were --" |
| 175 | 4 | they were -- | delete "they were --" |
| 176 | 12 | And so they -- | delete "and so they --" |
| 178 | 7 | yes, we -- | delete "we --" |
| 197 | 5 | I just -- | delete "I just --" |
| 203 | 8 | we -- it was | delete "we --" |
| 203 | 9 | just complete -- | delete "just complete --" |
| 203 | 10 | officers started -- | delete "started --" |

9-25-07

_____ Date

Signature of Deponent: *Chelsea Kirk*

Note: If there are no corrections, write "None" above. Be sure you have dated and signed the errata sheet. Use additional pages if necessary.

OLENDER REPORTING, INC.
1522 K Street, N.W., Suite 720, Washington, D.C. 20005   (202) 898-1108

E-R-R-A-T-A   S-H-E-E-T

Caption: **Carr, et al v. District of Columbia**

Case No. **06-00098 (ESH)**        Date taken: **8/14/2007**

Deposition of: **CHELSEA MARIE KIRK**

I hereby certify I have read my deposition and that it is accurate with the corrections listed below.

| Page: | Line: | As Transcribed: | Change To: |
|---|---|---|---|
| 214 | 13 | I -- at the time | delete "I --" |

_9-25-07_
Date

_[signature: Chelsea Kirk]_
Signature of Deponent

Note: If there are no corrections, write "None" above. Be sure you have dated and signed the errata sheet. Use additional pages if necessary.

## CERTIFICATE OF DEPONENT

I hereby certify that I have read the foregoing pages of my deposition testimony in this proceeding, and with the exception of changes and/or corrections, if any, find them to be a true and correct transcription thereof.

_Chelsea Kirk_
Deponent

_9-25-07_
Date

## NOTARY PUBLIC
Subscribed and sworn to before me this

_26_ Day of _September_, 20_07_.

_Anita P. Gorner_





Toll Free: 888-445-3376 / Fax: 202-289-0566

E-mail: info@OlenderReporting.com
Website: www.OlenderReporting.com

*Court Reporting,*
*Video and Litigation Support*

1522 K Street NW, Suite 720, Washington, DC 20005
202-898-1108

343 North Charles Street, Baltimore, Maryland 21201
410-752-3376

1040 Bayview Drive, Suite 407, Fort Lauderdale, FL 33304
954-537-0370

October 4, 2007

Office of the Attorney General for the District of Columbia
Thomas Koger, Esq.
One Judiciary Square
441 4th Street, N.W.
Ste. 600 South
Washington, D.C. 20001

Re: Errata Sheet

Dear Mr. Koger:

Enclosed is the fully executed Errata sheet to the deposition of:

Deponent: Chelsea Marie Kirk
Caption: Carr, et al v. District of Columbia
Date taken: 8/14/2007

Do not hesitate to contact us if you have any questions.

Sincerely,

Crystal Franklin

Enclosure(s):

cc: Susan B. Dunham, Attorney at Law