# METROPOLITAN POLICE DEPARTMENT

## STANDARD OPERATING PROCEDURES
### For
## MASS DEMONSTRATIONS, RESPONSE TO CIVIL DISTURBANCES & PRISONER PROCESSING





**CHARLES H. RAMSEY**
**CHIEF OF POLICE**

REVISED MAY, 2003

1

# TABLE OF CONTENTS

|     |     | PAGE |
|-----|-----|------|
| I.  | INTRODUCTION | 5 |
| II. | POLICY | 6 |
|     | A. Statement of Policy | 6 |
|     | B. Organizational Policy | 6 |
|     | C. Operational Policy | 7 |
| III. | PERSONNEL ORGANIZATION & COMMAND RESPONSIBILITIES | 8 |
|     | A. Personnel Commitment Options | 8 |
|     | B. Unit Organization | 9 |
|     | C. Command Assignments & Responsibilities | 10 |
|     | D. Other units and functions | 12 |
|     | Medical Treatment for Prisoners and Police Officers | 16 |
| IV. | USE OF FORCE | 16 |
|     | A. Use of Force Definitions | 16 |
|     | **B. Definitions for CDU Use of Force Continuum** | **18** |
|     | C. Use of Force Policy | 19 |
|     | D. Use of Force Continuum During Mass Demonstrations or Civil Disobedience | 21 |
|     | E. Civil Disturbance Use of Force Reporting & Investigation Protocol | 26 |
| V.  | OPERATIONAL PROCEDURES FOR MASS DEMONSTRATIONS | 30 |
|     | A. Preparation | 30 |
|     | B. Command Information Center & Field Command Posts | 31 |
|     | C. Crowd Management | 32 |
|     | Crowd Dispersal/Issuance of Warnings | 34 |
|     | Mass Arrest Procedures | 35 |
|     | P.D. 759 Field Arrest Form | 37 |
|     | D. Relief and Feeding of Personnel | 43 |
|     | E. Commander's Event Log | 43 |
|     | F. Termination of Detail | 44 |
|     | G. Accountability of Equipment | 44 |
|     | H. After-Action Report | 44 |
| VI. | RESPONDING TO CIVIL DISTURBANCES | |
|     | A. Introduction | 45 |
|     | B. Operational Guidelines for Responding to Civil Disturbances | 46 |
|     | Initial Response to a Civil Disturbance | 46 |

34

2. Crowd Dispersal

When the intensity level of a crowd rises and unlawful disruption, either through violent or passive means, is occurring to the extent that the Field Commander determines there is a need to make a positive police response, he/she will instruct the affected unit commanders, where time and circumstances permit, to issue warnings to the crowd to disperse. In issuing such warnings the following procedures shall be utilized by unit commanders.

    a. Issuance of Warnings

        1) The issuance of warnings shall be of such amplification and repetition as to be heard by the entire assemblage.

        2) Issuances shall be made by the unit commander from stationary vantage points that are observable to the crowd, or to a large number of participants.

        3) Additional warnings, where necessary, shall be given from police vehicles, equipped with public address systems, moving around the crowd.

        4) The warning shall consist of an announcement citing the offenses or violations that are being committed by the participants, and a request or order, whichever is applicable, that the crowd disperse. Whenever possible, this warning shall be written out prior to the announcement, to ensure clarity and accuracy, and consistency, if the warning is repeated. **(See Appendix D)**

        5) The entire warning process shall be documented by means of an audio-visual recording, if available. If this is not available, then written documentation must retained and made a part of any arrest files. **(See Appendix D)**

    b. Verbal Persuasion

As a first means of dispersing a crowd under static conditions, the unit commander shall attempt to verbally persuade the crowd to disperse of its own accord by announced available exit routes.