UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR., *et. al.*, | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-0098 (ESH) |
| DISTRICT OF COLUMBIA, *et. al.*, | : |
| Defendants. | : |

### DECLARATION OF PHILIP DICKSON, JR.

I, Philip ~~Dixon~~, Jr., under penalty of perjury declare as follows:
*Phillip Dickson JR*

1. I am an adult over the age of 21 years.

2. I make this declaration based on my personal knowledge of the matters discussed in it.

3. I am an officer of the Metropolitan Police Department ("MPD") and have been a member of the Department since February 24, 1997. I am presently assigned to the Central Crime Analysis Unit of MPD. On February 21, 2008, I was asked by the Office of the General Counsel to produce a satellite map of the general area of the 1800 block of 18th Street, N.W. I produced and edited a satellite map by including the street names of this area. The map shows the intersection of 18th Street N.W. and Columbia Road N.W., Belmont Road N.W., and Kalorama Road N.W. I utilized the GIS system managed by the Office of the Chief Technology Officer in order to produce the map.

I declare under the penalty of perjury that the foregoing is true and accurate.

Executed: 2/22/08

_____
Philip ~~Dixon~~, Jr.
*Phillip Dickson JR*