

DEFENDANT'S EXHIBIT 104