



DEFENDANT'S EXHIBIT 102