



DEFENDANT'S EXHIBIT

103