



DEFENDANT'S EXHIBIT 105