



DEFENDANT'S EXHIBIT 106