

DEFENDANT'S EXHIBIT 113