



DEFENDANT'S EXHIBIT 114