



DEFENDANT'S EXHIBIT 119