



DEFENDANT'S EXHIBIT 122