

DEFENDANT'S EXHIBIT 123