DEFENDANT'S EXHIBIT 125
