

1800 Columbia Road
DO NOT BLOCK EXIT
NO OBSTRUYA LA SALIDA

METROPOLITAN POLICE DEPARTMENT
Third District  Latino Liaison Unit
1800 Columbia Road, N.W.

DEFENDANT'S EXHIBIT
126