UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR., *et al.*, : | |
| Plaintiffs, : | |
| v. : | Civ. Action No. 06-0098 (ESH) |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| Defendants. : | |

## DECLARATION OF ANTHONY M. BROWN

I, Anthony M. Brown, under penalty of perjury declare as follows:

1. I am an adult over the age of 21 years.

2. I make this declaration based on my personal knowledge of the matters discussed in it.

3. I am a civilian employee of the Metropolitan Police Department ("MPD") and have been an employee of the Department since June 23, 1997. I am employed as a professional photographer.

4. On February 19, 2008, I took a series of photographs of the east side of the Sun Trust Bank building located on the southwest corner of the intersection of Columbia Road, NW, and 18th Street, NW, Washington, DC. The MPD Latino Liaison Unit occupies a suite of offices located in that building that faces Columbia Road and 18th Street, NW, Washington, DC.

5. I took these photographs from the stoop at the front entrance area of Madam's Organ, located at 2461-18th Street, NW, Washington, DC. I positioned myself on the elevated entrance and focused from eye level westward across 18th Street, NW, on

the east façade of the Sun Trust Bank building to capture the image of the buildings and the roadway and sidewalk between that building and Madam's Organ as the naked eye would see it from where I stood (Exh. 125, attached). I also zoomed in to take a larger picture of the windows of the Latino Liaison Unit (Exh. 126, attached). These photos fairly and accurately depict the side of the building and the windows that face 18th Street, NW, Washington, DC.

6. The picture of the side of the building (Ex. 125) provides a fair and accurate depiction of what the naked eye would perceive from the perspective of the elevated stoop located immediately in front of the entrance and exit doorway to Madam's Organ, located at 2461-18th Street, NW, Washington, DC.

I declare under the penalty of perjury that the foregoing is true and accurate

Executed: 2-22-08

ANTHONY M. BROWN