UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SARAH CARR, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 06-0098 (ESH) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF ENTRY OF APPEARANCE**

The District of Columbia requests the Clerk of the Court to please enter the appearance of Assistant Attorney General Chad Copeland as counsel for the District of Columbia in the above captioned-matter.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Ellen A. Efros    /s/
    ELLEN A. EFROS [250746]
    Chief, Equity I

    /s/ Thomas L. Koger    /s/
    THOMAS L. KOGER [427921]

    /s/ Chad Copeland    /s/
    CHAD COPELAND [Bar No. Pending]
    Assistant Attorney General
    441 Fourth Street, N.W., 6th Floor South
    Washington, D.C. 20001
    (202) 724-6623 (telephone)
    (202) 727-3625 (fax)