UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARAH CARR, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civ. A. No. 06-00098 (ESH) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

**CONSENT MOTION FOR REVISED BRIEFING SCHEDULE**

Plaintiffs, with defendant's consent, move the Court for an order revising the summary judgment briefing schedule and establishing the following deadlines for the remaining submissions: April 11, 2008, plaintiffs' reply and opposition; May 2, 2008, defendant's reply.

In support of this motion, plaintiffs rely on the accompanying memorandum.

    Respectfully submitted,

    /s/ Arthur B. Spitzer
    Arthur B. Spitzer, D.C. Bar No. 235960
    Fritz Mulhauser, D.C. Bar No. 455377
    American Civil Liberties Union
    of the National Capital Area
    1400 20th Street, NW, #119
    Washington, DC 20036
    202/457-0800

/s/ Daniel M. Schember
Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National Lawyers Guild and the American Civil Liberties Union of the National Capital Area

Counsel for Plaintiffs

March 7, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM IN SUPPORT OF
CONSENT MOTION FOR REVISED BRIEFING SCHEDULE**

The requested schedule would grant plaintiffs an additional four weeks to submit their opposition and reply, and make the same adjustment to defendant's reply deadline. The principal need for the extension is an unexpected appellate court order that has disrupted Mr. Schember's work schedule. Mr. Schember has, and must retain, primary responsibility for preparing plaintiffs' opposition and reply.[1]

On March 3, 2008, the U.S. Court of Appeals for the Second Circuit issued an order in *Dibble v. Fenimore*, No. 06-3307-cv (2d Cir. oral argument scheduled for March 20, 2008), requiring submission of supplemental briefs no later than March 13, 2008. Mr. Schember now must devote nearly all of his time to preparation of the supplemental brief in *Dibble*. Thereafter, and through March 20, Mr. Schember will be required to spend most of his time preparing for,

---

[1] To date, Mr. Schember has been unable to start work on plaintiffs' opposition and reply, due to illness that has precluded him from working full days and an unexpected February 21, 2008, order requiring preparation of a joint brief in *McCoy v. United States*, No. 07-2097-CM (D. Kan. order denying dismissal and requiring joint brief on discovery issues February 21, 2008). Mr. Schember prepared a draft in *McCoy* and hoped to begin work on plaintiffs' opposition and reply on March 3, but on that day the unexpected appellate court order arrived.

traveling to, presenting, and traveling back from the March 20 oral argument in *Dibble*. Mr. Schember will be away from his practice on Friday, March 21 and return to work March 24.

During the week beginning March 24, Mr. Schember will be required to devote nearly all of his time to preparing the Reply Brief for Petitioner, due March 28, in *Association of Civilian Technicians, Puerto Rico Army Chapter v. Federal Labor Relations Authority*, No. 07-1422 (D.C. Cir. reply brief due March 28, 2008).

On March 30, Mr. Schember expects to return to concentrated work on plaintiffs' opposition and reply. He will not be able to work exclusively on the matter, however, as he also must file by April 17 a petition for writ of certiorari in *Association of Civilian Technicians, New York State Council*, No. 06-1354 (D.C. Cir. rehearing denied January 18, 2008). To allow Mr. Schember adequate time to prepare plaintiffs' draft and to obtain review and assistance from co-counsel, plaintiffs' filing deadline should be April 11, 2008.[2] Defendant's reply deadline should be similarly extended.

                                                Respectfully submitted,

                                                /s/ Arthur B. Spitzer
                                                Arthur B. Spitzer, D.C. Bar No. 235960
                                                Fritz Mulhauser, D.C. Bar No. 455377
                                                American Civil Liberties Union
                                                of the National Capital Area
                                                1400 20th Street, NW, #119
                                                Washington, DC 20036
                                                202/457-0800

---

[2] Mr. Schember also must prepare an opposition and cross motion for summary judgment in *Association of Civilian Technicians v. United States of America*, No. 07-cv-01747-CKK (D. D.C. plaintiffs' opposition and cross motion due March 17, 2008). In that case Mr. Schember intends to file a motion seeking an extension to April 30, 2008.

2

/s/ Daniel M. Schember
Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National Lawyers Guild and the American Civil Liberties Union of the National Capital Area

Counsel for Plaintiffs

March 7, 2008