UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>) | Civ. A. No. 06-00098 (ESH) |

**ORDER**

Plaintiffs' consent motion for a revised summary judgment briefing schedule is

GRANTED.

The parties will file the remaining opposition and replies on or before the applicable dates

stated below:

April 11, 2008, plaintiffs' opposition and reply; and

May 2, 2008, defendant's reply.


_____                     _____
Date                                                          Ellen Segal Huvelle
                                                                   United States District Judge


Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, D.C. 20009

Counsel for Plaintiffs

Ellen A. Efros
Thomas L. Koger
Assistant Attorneys General
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001

Counsel for Defendant