UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. ) | Civ. A. No. 06-00098 (ESH) |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABIILTY**

# Exhibit T

# Excerpts, Deposition of Chelsea Kirk

Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National
Lawyers Guild and the American Civil
Liberties Union of the National Capital Area

Counsel for Plaintiffs

139

1  Q. But your -- at that time at -- and by
2  that time, I mean, after you had turned right off
3  of Belmont and saw another alleyway --
4  A. It was a street.
5  Q. Another street.
6  A. When -- when we turned right off
7  Belmont, that was a street.
8  Q. Okay. And then your next move was to
9  make another turn into an alley to get back to
10 where the main street was?
11 A. Yes.
12 Q. Okay.
13    What happened at that point now we're
14 getting ourselves turned around?
15 A. Right.
16 Q. But we're on Belmont, you make a right
17 onto some other street.
18 A. (Nodding head up and down, inaudible
19 response.)
20 Q. And -- and then you're making a right
21 into an alley.
22 A. (Nodding head up and down, inaudible

140

```
 1   response.)
 2        Q.    Let's go from that point.
 3              What happened?
 4        A.    Okay, the alley appeared to connect
 5   back to the original street that we were on, the
 6   one that we were familiar with.
 7        Q.    Could you actually see it from the
 8   alley?
 9        A.    We could see straight down.
10        Q.    But when you went into the alley you
11   could see the main street?
12        A.    No, but we just figured if we had made
13   two right -- or a right turn onto that, that if
14   the alley went that way (indicating) we figured it
15   -- it went back.
16        Q.    Before you go into the alley and you're
17   just looking into the alley, can you see the main
18   street?
19        A.    I believe so.
20        Q.    Okay.
21              So you could see that this was the
22   alley that you wanted to go into to get back to
```

141

```
 1   the main street which would take you back to the
 2   Metro.
 3       A.    Yes.
 4       Q.    All right.  So what happened when you
 5   were entering that alley?
 6       A.    We entered the alley and we got maybe a
 7   quarter or halfway down and we saw maybe seven or
 8   eight police in riot gear at the end of it.
 9             And we saw them and at first they
10   didn't really do anything and we decided to keep
11   walking and tell them that we were leaving, that
12   we left the march and we were trying to find the
13   Metro station.
14             So, we kept walking and they stated
15   yelling at us and to stop and get back.  And we
16   started saying that we were trying to find the
17   Metro station and they kept screaming at us.
18             And one of the men -- one of the men in
19   the -- I'm not going to say men because I don't
20   know if it was a man or woman.  One of police
21   officers got down on his knee and pointed a gun at
22   us and told us to get back.
```

```
 1      A.    Yes.  Most of them, not all of them.
 2      Q.    Let's say within, maybe, a ten-foot
 3  radius, could you clearly see the people around
 4  you?
 5      A.    Yes.
 6      Q.    And once you were in the alleyway with
 7  about 50 to 60 other people, what happened next?
 8      A.    They told us to kneel on the ground
 9  with our hands on our head.
10      Q.    The police?
11      A.    Yes.
12      Q.    Okay.
13      A.    So we did.  We were kneeling on a thick
14  layer of ice and snow on uneven pavement and
15  gravel.  And we were told that we had to, you
16  know, shut up, don't say anything, stay in that
17  position.
18            People started repeatedly asking if we
19  were being arrested or why we were being detained.
20  The police would either not answer or tell us to
21  shut up.
22            They started threatening us saying we
```

1  were in a dark alley and they could do whatever
2  they wanted to us.  Just, you know, making us feel
3  completely helpless.
4           And after, you know, kneeling on ice
5  and snow for, you know, however long, your legs
6  start to go numb.  You lose circulation in your
7  legs, you lose circulation in your arms from
8  keeping them up.  A lot of people didn't have
9  gloves on.  I didn't have gloves on, I believe, so
10 my hands were freezing.
11          I was crying the whole time because
12 they wouldn't tell us why we were being held.  And
13 I was afraid because I had seen the treatment of
14 the police to protesters all day.  And I was
15 genuinely fearful of what they are going to do to
16 us because they were saying, point blank, you're
17 in a dark alley, we can do whatever we want.  And
18 I was frightened, scared to death.
19          And some people were -- were resting
20 their bottoms down on their legs on the back of
21 their legs to try to relieve the pain from our
22 knees.  And one officer would go through and kick

```
 1   them until they sat back up in the original stress
 2   position.
 3        Q.   Did you actually see that?
 4        A.   Yes.
 5        Q.   Was that to you or Josh or Allyson?
 6        A.   No.  At one point the officer was
 7   walking through the crowd to kick someone back
 8   into position and he pushed me over for no reason.
 9   I was sitting up on my knees like I was supposed
10   to, not saying anything, and he kicked me.
11        Q.   So you were kicked by an officer?
12        A.   Yes, but not because I had sat down
13   like out of the position that they wanted us to.
14   I don't know why he kicked me.
15        Q.   He just walked by and kicked you on the
16   way?
17        A.   Yes.
18        Q.   Where did he kick you?
19        A.   On my side.
20        Q.   Torso or leg?
21        A.   I believe it was my leg.
22        Q.   Did you have bruising from that?
```

156

1      A.    Not that I recall.

2      Q.    Do you recall feeling pain after that

3  in your leg?

4      A.    Yes.

5            MR. KOGER:  1 o'clock.

6            MS. KANTOR:  Time check.  Anyone need a

7  lunch break, is this a good time?

8            MS. DUNHAM:  Sure is.

9            (Whereupon, at 1:00 p.m., the

10 deposition was suspended, to reconvene at 2:00

11 p.m., this same day.)

12

13

14

15

16

17

18

19

20

21

22

174

1  A.  Later, when we were in the holding
2  facility, I asked if they could be loosened.  And
3  he said the only way they could loosened is if
4  you're bleeding.  And I showed him that I was
5  bleeding and he said, I'm sorry, they're -- you'll
6  slip out of them if I loosen them.
7  Q.  That was a male police officer who told
8  you that later?
9  A.  Yes.
10 Q.  Do you recall whether he was Caucasian
11 or African American?
12 A.  Caucasian.
13 Q.  Now, when you arrived at the police
14 station what was going on there?
15 A.  They were -- they took our belongings
16 without giving us a receipt for any of it.  They
17 made us take our shoes of or -- or the laces off
18 of our shoes.  And they took our photos again.
19 And then they -- there was, like, a table set up
20 in the entrance and everyone was going up there
21 individually and filling out paperwork.
22 Q.  Did you do that too?

206

1  Q. Are there any other officers that
2  you've talked about thus far who you might be able
3  to describe with any more particularity?
4  A. Just the one that was making a lot of
5  threats when we were in the alley. And the one
6  who was walking through the crowd and kicking
7  people if they had gotten out of position or
8  whatever.
9      I remember him because I was watching
10 him. Most the time he was the one who was
11 speaking a lot. And it turns out he was our
12 arresting officer. He was the one who was in the
13 picture with us.
14 Q. What is his name?
15 A. I'm not sure if it's a Toppin or
16 Topper. But on this paper here it says arresting
17 officer, and I think it looks like the first
18 initial might be `M'.
19 Q. Did you remember his name or is it just
20 from that sheet that you're looking at?
21 A. I remember that he was my arresting
22 officer and that name on there.

```
 1      Q.    That that is his name.
 2      A.    Yes, because that's what it says, my
 3  arresting officer.
 4      Q.    Do you remember what he looked like?
 5      A.    I believe he was tall.
 6      Q.    Black or white?
 7      A.    White.
 8            I remember him to be bald, but I'm not
 9  positive.  But there was a picture with me -- of
10  me with him, so that can be referred to.
11      Q.    And you'd recognize him if you saw him
12  in the picture?
13      A.    Yes.
14      Q.    Other than Topper, Glen and Lee, are
15  there any other officers that you encountered that
16  night that you would be able to describe further?
17      A.    I don't believe so.
18            MS. KANTOR:  I think I'm done.
19            MS. DUNHAM:  Great.  I only have a
20  couple of questions.
21            THE WITNESS:  Okay.
22         EXAMINATION BY COUNSEL FOR PLAINTIFFS
```