UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARAH CARR, et al.,  )
                    )
      Plaintiffs,    )
                    )
v.                  )  Civ. A. No. 06-00098 (ESH)
                    )
DISTRICT OF COLUMBIA, )
                    )
      Defendant.     )

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABIILTY**

# Exhibit U

# Excerpts, Deposition of Jonathan Scolnik

Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National
Lawyers Guild and the American Civil
Liberties Union of the National Capital Area

Counsel for Plaintiffs

1  new.

2     Q    You didn't abandon the march when you
3  observed the paint on the Riggs Bank, did you?

4     A    No.

5     Q    Did you observe large numbers of marchers
6  abandon the march as it passed the Riggs Bank that
7  had been painted?

8     A    No.

9     Q    And the Riggs Bank had paint on it with an
10 "A" within a circle; is that right?

11    A    Yes.

12    Q    And that is commonly identified as an
13 anarchist symbol; is that right?

14    A    Yes.

15    Q    You surmised at some point, as you were
16 proceeding in the march, that police had directed
17 the march up Belmont Road; is that right?

18    A    Yes.

19    Q    What caused you to surmise that?

20    A    At that point, we were on 18th Street in
21 the southbound lanes.  I was towards the back of the
22 march.  So I couldn't see the view in the front.

1   But the march ahead of me was turning down Belmont.

2          Also, when I got to that intersection,

3   once my view wasn't blocked, I could see that there

4   was a motorcycle, a police motorcycle with a sidecar

5   and at least one police officer standing next to it,

6   and I recall at least two other police MPDC

7   vehicles.  They were parked in line with Belmont

8   Street but just south of it on 18th Street.  So they

9   weren't blocking.

10          They weren't any farther down 18th Street,

11  but they were in line with Belmont on the southern

12  end.  So it seemed to be a natural way to go was

13  west on Belmont.

14      Q   Did the movement onto Belmont reflect a

15  deviation from the parade or march course as it was

16  reflected on the flier?

17      A   Yes.  At the time I had forgotten.  I had

18  read the flier at the beginning of the show.  I

19  think by then I hadn't memorized the route.  So at

20  the time I was just following the march.

21          MR. SCHEMBER:  I'm sorry to interrupt.

22          Are you saying that you had or had not

1   memorized the route.

2            THE WITNESS: I had not memorized the

3   route.

4            BY MR. KOGER:

5       Q    Did you hear any commands at that point

6   from MPD personnel?

7            MR. SCHEMBER: At which point, Counsel?

8            MR. KOGER: At the point at which

9   Mr. Scolnik described in his response to my last

10  question.

11           THE WITNESS: At the intersection of

12  Belmont and 18th Street?

13           MR. KOGER: Yes.

14           THE WITNESS: Do you mean verbal or any?

15           MR. KOGER: I said did you hear.

16           THE WITNESS: Any police commands? No.

17           MR. KOGER: Okay.

18           BY MR. KOGER:

19      Q    Did you observe any commands communicated

20  nonverbally?

21      A    The way I recall the police officer

22  standing next to the motorcycle, he had his arms out

1   in such a way that it seemed to me that Belmont was

2   the way to go.

3       Q   Describe that.

4       A   The way I recall is he had his arms out at

5   least one of his arms perpendicular to his body,

6   saying don't come farther south, but the way down

7   Belmont was completely -- there was no police on

8   Belmont.

9       Q   So the group of marchers was able to

10  proceed along Belmont?

11      A   Yes.

12      Q   Proceeding along Belmont would have

13  allowed them, through one course or another, to have

14  eventually arrived at the Capital Hilton; is that

15  true?

16      A   Yes.

17      Q   Was there anytime at which they were

18  scheduled to arrive at the Capital Hilton?

19      A   I don't think so.  Presumably before the

20  end of the inaugural ball.  But I don't know what

21  that schedule was.

22      Q   So the movement along Belmont would have

1   been no material impediment to the march arriving at
2   the Capital Hilton before the inaugural ball
3   concluded; true?
4       A   Yes.
5       Q   You observed a police cruiser that had
6   been following the march turn onto Belmont Road and
7   stop, did you not?
8       A   It started to turn onto Belmont.  It
9   wasn't all the way on.  It was kind of mid-turn when
10  it stopped.
11      Q   When you had walked about 20 yards on
12  Belmont Road with the march, you saw an object
13  flying in the air in the direction of that police
14  car and then heard the sound of breaking glass;
15  isn't that true?
16      A   Yes.
17      Q   The glass you heard breaking was the
18  windshield of the police car, wasn't it?
19      A   I didn't see what broke.
20      Q   Did you come to learn of the windshield of
21  a police car immediately adjacent to the march
22  having been broken by a brick that night?

1       A     I've been told that's what happened.

2       Q     Does that surprise you?

3       A     No. It looked to me like the object might
4  have been a bottle, but I really didn't get a good
5  look at it.

6       Q     Do you have reason to believe that the
7  object that you saw midair traveling toward the
8  police car did not, in fact, break the windshield of
9  the police car?

10      A     It landed right where the windshield meets
11 the hood. So it's definitely possible.

12      Q     After you observed what we've discussed
13 both visually and audio-wise, you did not abandon
14 the march, did you, at that point?

15      A     No.

16      Q     Did you observe significant numbers of
17 persons abandon the march at the point at which you
18 observed the object flying toward the police car and
19 then heard the sound of breaking glass?

20      A     Well, it's hard to say. The only way to
21 go was up Belmont. I didn't observe anybody go in
22 the opposite direction at that point.

1  Q  Why was the only way to go up Belmont?

2  A  Well, we had police behind us and south on
3  18th Street. I didn't see anybody go east to cross
4  18th Street.

5  Q  Could they not have done so?

6  A  They would have had to turn back around.

7  Q  Right.

8  A  No, nobody did that.

9  Q  They could have turned back around, right?

10 A  I'm sure they were free to.

11    It's kind of intimidating to have a line
12 turn back towards the police.

13    I wouldn't want to look like I was coming
14 toward the police. I mean, I wouldn't want to have
15 the police think I was coming toward them with the
16 intent of confronting them.

17    I would rather go in the opposite
18 direction. I would rather disperse in the opposite
19 direction. But I didn't observe anybody turn
20 around.

21 Q  Does Belmont Road have sidewalks on either
22 side?

1    A    Yes.  The north side sidewalk I think was
2    partially obstructed by at least one construction
3    area, a small fence and construction materials.  I
4    walked along most of the south side sidewalk.
5    Q    Where were the majority of the marchers
6    walking at the point you heard glass breaking?
7         MS. DUNHAM:  I'm sorry.  I didn't
8    understand the question.  When they heard --
9         BY MR. KOGER:
10   Q    Did you understand the question?
11   A    You're asking where I observed the
12   majority of marchers on Belmont Street?
13   Q    When you heard the grass break.
14   A    On the sidewalk and in the road on the
15   south side sidewalk.
16   Q    Well, are the majority of them on the
17   sidewalk or are the majority of them in the road?
18   A    I couldn't see most of the march.  It's a
19   dark road, and I was towards the back.
20   Q    How much of the roadway from side to side
21   is occupied by marchers when you hear the glass
22   break?

1    A    I think it's one traffic lane, and it
2  seemed that most of the march was on the southern
3  half of that lane.
4         It seemed like the march was not just
5  turning down Belmont but also trending south into
6  the southern half of Belmont.
7         Also, I think partly that was because
8  there was the fenced-in construction area.
9    Q    Was the march continuing to move?
10   A    On Belmont Street?
11   Q    And the adjacent sidewalks.
12   A    We moved west on Belmont.
13   Q    Did a significant number of people just
14 stop moving with the march?
15   A    On Belmont Street?
16   Q    Yes.
17   A    No.
18   Q    On adjacent sidewalks?
19   A    No.
20   Q    So the march, in essence, continued?
21   A    Yes.
22   Q    To this point from its commencement

1    outside the theater at 1459 Columbia Road,

2    Northwest, had people been playing makeshift drums?

3         A    Starting from the theater?

4         Q    Yes.

5         A    I believe so.

6         Q    Had people been chanting?

7         A    I heard chanting on the video.  I don't

8    remember if I could hear them in the back of the

9    march.

10        Q    Did you see torches in the video?

11        A    Yes.

12        Q    Flaming torches?

13        A    Yes.

14        Q    Where did those come from?

15        A    I don't know.

16        Q    But those were being held aloft by

17   marchers in that march that commenced at 1459

18   Columbia Road, Northwest, and proceeded along

19   Columbia Road and went up Belmont; right?

20        A    I know that they were on Columbia Road.  I

21   don't remember seeing them on 18th Street or

22   Belmont.

1    Q    In at least one of the videos that you
2    watched prior to the deposition today, did you see
3    one or more persons pushing a large trash dumpster
4    along one roadway into another roadway?
5    A    No, I don't remember that.
6    Q    Differently --
7    A    Okay.
8    Q    -- would it be your testimony that that
9    was not reflected in any of the videos that you
10   watched?
11   A    I don't remember it in the video.
12   Q    I'm asking you, accepting that you don't
13   remember it in the video, is it that you recall that
14   it was not reflected in any video you observed or
15   that you simply don't recall whether it was
16   reflected in the video that you observed?
17   A    I don't think it was in any of the videos
18   I saw.
19   Q    Was there anything in the videos that you
20   observed that was contrary to that which you
21   observed at the time?
22   A    Well, the videos were shot from further

```
 1    forward in the march.  There wasn't anything that
 2    contradicted what I saw in the back.  But it was
 3    mostly things that I hadn't seen at all in the
 4    videos.
 5        Q    Do you have a reason to believe that any
 6    of those videos that you observed prior to your
 7    deposition failed to fairly and accurately depict
 8    the events concerning the march in which you were a
 9    participant?
10        A    Would you repeat that, please?
11             (The reporter read the record as requested.)
12             THE WITNESS:  No.
13             BY MR. KOGER:
14        Q    So there were things going on that you
15    didn't see while they were going on in that march?
16        A    Yes.
17        Q    As you walked with your bicycle up Belmont
18    after you heard the glass break, which occurred
19    after you saw the projectile flying toward the
20    police car, you passed an abandoned Christmas tree
21    in the roadway, didn't you?
22        A    Yes.  I was on the sidewalk at that point.
```

```
1      Q    How big was the tree?
2      A    I think it was fairly small, maybe
3   definitely less than two meters, I think.  It was
4   hard to tell.  I was mostly focused on not slipping
5   on the sidewalk.  But I would say it was probably
6   less than five feet tall.
7      Q    How many lanes of traffic were open on
8   that roadway where the tree lay?
9      A    There were cars parked on both sides and I
10  think there was just one travel lane in the middle.
11     Q    So the presence of even a small tree would
12  have been an impediment to traffic, right?
13     A    I think so, yes.
14     Q    That being said, it's unreasonable to
15  believe that that tree had been laying there
16  terribly long before you passed it, isn't that so?
17     A    Yes.
18     Q    And you could reasonably deduce from that
19  that the tree was put in the roadway by somebody or
20  some persons in that march; isn't that fair to say?
21     A    That's a reasonable conclusion.
22     Q    You did not abandon the march at the point
```

1    you observed the tree in the road, did you?

2    A    No.

3    Q    Did you notice that any significant number

4    of people abandoned the march even as you passed the

5    tree in the road?

6    A    No.

7    Q    At that point where you passed the tree in

8    the road, to what extent were you able to perceive

9    that the number of marchers was noticeably different

10    than it had been at its outset?

11    A    I didn't notice that until we were coming

12    back out Belmont onto Columbia Road and not until I

13    had gone north on Columbia at least part of way up

14    the block.

15    I was at that point alone, because I had

16    been towards the back of the march.

17    But then there were intervening events

18    described in the complaint and interrogatory, but at

19    some point I was back in the bulk of the marchers,

20    and it did seem like there were fewer than we had

21    been on 18th Street.

22    Q    What are the intervening events described

1   in your interrogatory that we have not touched upon
2   in our questioning and answering?
3      A    Well, I reached Columbia and Belmont. I
4   looked behind me down Belmont, and I saw a line of
5   police in full riot gear silently jogging up Belmont
6   and filling it as much as they could.
7           I looked south on Columbia. I saw that
8   that was dark but appeared to be open. Then I
9   looked to the right and I saw that that was where
10  most of the people had gone.
11          I started to go right to try to see if my
12  friends were close by so I could tell them that I
13  had seen a line of riot police coming up behind us.
14          I was between Belmont and Mintwood on
15  Columbia when I decided that I wasn't going to be
16  able to find them.
17          So I got on my bike to go down Mintwood,
18  but at about the same moment a police car came out
19  of Mintwood and stopped in the middle of Columbia
20  Road at the Mintwood intersection.
21          And the police officer immediately got out
22  of the police car and was holding his arm, at least

1   one arm out.  He was holding his right arm out with
2   a baton in it, and I think he was holding a riot
3   helmet, or he might have been wearing a riot helmet,
4   but he wasn't wearing any other riot gear, but he
5   was an MPD officer.
6          So between the car and him with the
7   out-stretched baton, he was blocking most of the way
8   down Mintwood.
9          I was making my way over to Mintwood at
10  the same time that another person, who was a legal
11  observer, was stepping off of the west side sidewalk
12  which is where most of the mass of people were
13  farther down Columbia.
14         He was stepping off the west side
15  sidewalk.  I'm sorry.  I misspoke.  It was the east
16  sidewalk.  He was stepping off the east sidewalk
17  heading west with his arms saying he was a legal
18  observer.
19         The police officer said:  "Get back!  Get
20  back!"  And he was walking toward us at which point
21  I decided I couldn't go down Mintwood.
22         So the only way that seemed open to me was

1    to go north on Columbia, at which point I then saw
2    the bulk of the remaining marchers.  It seemed like
3    they had gone north for a little bit but were
4    heading back down south.
5         Q    In fairness everything that you have said
6    occurs after the point at which you passed the
7    Christmas tree in the roadway, right?
8         A    Yes.
9         Q    Okay.
10        A    I think I started with reaching Belmont
11   and Columbia.
12        Q    Persons already had started leaving the
13   march as you were turning onto Columbia; is that
14   right?
15        A    I didn't see it, but they were already on
16   Columbia.  So I think some of them did leave the
17   march once they were on Columbia.
18             I didn't see anybody.  I don't remember
19   alleys on Belmont, and there are no other
20   intersections between 18th and Columbia.  I don't
21   remember anyone stopping on Belmont.
22             I did see some people go onto the sidewalk