UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARAH CARR, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 06-00098 (ESH) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON
LIABIILTY**

## Exhibit V

## Excerpts, Deposition of Matthew Singer

Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National
Lawyers Guild and the American Civil
Liberties Union of the National Capital Area

Counsel for Plaintiffs

1    slowly than you normally would because it's really

2    hard to keep up with --

3        A.    Um-hum, sorry.

4        Q.    Okay, so we're thinking that that is a

5    typo?

6        A.    Yeah.

7        Q.    All right, and I didn't ask to you

8    identify 2-A.  What is 2-A?

9        A.    2-A are additional responses to the

10    interrogatories from Exhibit 2.

11        Q.    Now, earlier I had asked you whether

12    your responses to the interrogatories were true

13    and accurate as to the time that you gave them.

14        A.    Um-hum.

15        Q.    Is there any information that has come

16    to your attention, or any recollection, since the

17    time you answered them that would suggest that

18    they were not accurate or not complete?

19        A.    There is.  Actually, there is two

20    places.

21        Q.    What are they?

22        A.    After looking at them, the first one is

1   on page 12.  This would be the third full

2   paragraph down.

3        Q.    Okay.

4        A.    It begins "Just as we were turning

5   back..."

6        Q.    Yes, sir?

7        A.    Okay, "They charged..." -- okay.

8              "The demonstrators began to run

9              away, and, because we were in the

10             vicinity of the march, we felt

11             ourselves forced to flee in order

12             to avoid any unpleasant encounter

13             with the police."

14             I think it's kind of inaccurate to say

15   that the demonstrators began to run away.

16       Q.    Okay.

17       A.    There were more being forced, sort of

18   corralled down the alley.  I don't think, at any

19   time that I saw, anybody was actually sprinting

20   away from police officers.

21       Q.    Okay.

22             Now, when you speak in terms of them

1    being corralled down the alley --

2         A.    Um-hum.

3         Q.    -- if, conversely, you speak of

4    demonstrators having run away I can anticipate

5    there might be some meaningful distance between

6    the fastest demonstrators and the slowest cop.   I

7    can picture that pretty easily.

8              But I'm trying to get a sense of

9    proximity in the interaction the way -- when you

10   speak of demonstrators being corralled or someway

11   sent down the alleyway, what's -- give me a little

12   description.

13        A.    Okay, the march proceed up Belmont.

14   And when it got to Columbia it started to sort of

15   -- people started going in separate directions.

16   The march seemed to have come to a conclusion at

17   that point and people just started continuing up

18   Columbia.

19             And as they proceeded -- and I was part

20   of the -- that group sort of walking away -- as

21   they proceeded, we proceeded up Columbia, Columbia

22   was blocked off by the police officers and police

18

1    cars in riot gear and up to the point of where the

2    alley ran perpendicular to Columbia.

3         As the demonstrators began to proceed

4    up, and me not being a demonstrator, proceeded up

5    along with them, cops started coming, charging

6    towards the group.  And because Columbia was

7    blocked off and because the cops were sort of

8    aggressively coming towards the group, everyone

9    changed their direction and headed down into the

10   alley.

11        Q.    How rapidly are the cops moving as

12   you're describing this process?

13        A.    I wouldn't say running, I would say --

14   I would say charging.  And maybe I would use that

15   word because of their appearance because they had

16   billy clubs out and they had face masks down and

17   they looked very intimidating as they came towards

18   us as we walked down the street.

19        They made it clear that -- we felt, I

20   felt, I can't speak for anyone else but myself --

21   I felt intimidated by them; they were a scary

22   presence.  And I would just have soon walked down

1    the alley and gone back to the bar and -- you

2    know, without having to deal with them in any way

3    at that point.

4            It was shocking to see.  I had never

5    seen police, any police in that sort of getup

6    before and it was -- kind of took me back.  And I

7    was like, well, if they want me to go down the

8    alley, I'm going to go down the alley because I

9    would rather do that than confront this situation.

10   Q.    At that point you would have been

11   retracing your steps in the direction of the

12   alley; is that right?  Or you had not gotten to

13   the alley?

14   A.    I had not gotten to the alley, yeah.

15   Q.    Did you have the option of simply

16   retracing your steps as opposed to heading down

17   the alley?

18   A.    At that point?

19   Q.    At that point.

20   A.    My brother and I probably could have.

21   We probably -- I don't know, we might have been

22   able to turn around; I didn't see any cops behind

1    told to kneel there.  I was like snotting and

2    crying and my face was just a mess.  And I felt

3    pretty pathetic around the police officers, around

4    the people who were detained.

5              And, yeah, that was definitely a

6    humiliating experience as far as that goes.

7        Q.    You testified earlier that while at

8    Madam's Organ, in the company of your brother

9    Nathan and friend Adrienne, over the course of

10   approximately four hours you had four to five

11   drinks; is that correct?

12       A.    That's correct.

13       Q.    And you testified that those drinks

14   consisted of Jack and Coke?

15       A.    Jack Daniels and Coke mixed together;

16   it's a mixed drink.

17       Q.    In your opinion, were you impaired as a

18   result of your consumption of that amount of

19   alcohol in that period of time?

20       A.    No, I was not impaired.

21       Q.    One more question.

22              You testified earlier, in response to