UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SARAH CARR, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. A. No. 06-00098 (ESH) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

On consideration of defendant's cross motion for partial summary judgment, it is

ORDERED that defendant's motion is denied.

_____                    _____
Date                                                            Ellen Segal Huvelle
                                                                     United States District Judge


Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, D.C. 20009

Counsel for Plaintiffs

2

Ellen A. Efros
Thomas L. Koger
Jayme Kantor
Richard Love
Assistant Attorneys General
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001

 Counsel for Defendant