**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SARAH CARR, *et al*., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civ. A. No. 06-00098 (ESH) |
| | ) |
| DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT DISTRICT OF COLUMBIA'S *CONSENT* MOTION
TO EXTEND ITS TIME TO FILE ITS REPLY TO PLAINTIFFS' OPPOSITION TO
THE  DISTRICT'S  CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, District of Columbia ("District"), with plaintiffs' consent, respectfully moves

this Court for an order, pursuant to Fed. R. Civ. P. 6(b)(1), extending the District's time by five

business days, to and including Friday, May 9, 2008, within which to file its reply to plaintiffs'

opposition to the District's cross-motion for partial summary judgment.  The requested relief is

necessitated, in part, by the assignment of unrelated time-sensitive assignments that were

unforeseeable.

Undersigned counsel has requested plaintiffs' consent in accordance with LCvR 7(m).

Plaintiffs have given their consent.

The brief enlargement requested is not intended, nor is it expected to prejudice plaintiffs.

Nor does this failure to meet the filing deadline reflect a lack of respect for this Court's orders or

docket management needs.

Accordingly, defendant respectfully moves this Court for an order extending its time to

file its opposition to plaintiffs' motion for partial summary judgment and it cross-motion for

partial summary judgment by five business days, to and including Friday, May 9, 2008.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity Section I

s/ Thomas L. Koger
THOMAS L. KOGER [427921]
Senior Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6610
Fax: (202) 727-3625 (fax)
E-mail:   Thomas.Koger@dc.gov

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| SARAH CARR, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 06-00098 (ESH) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon due consideration of Defendant District of Columbia's Consent Motion To

To Extend Its Time To File Its Reply To Plaintiffs' Opposition To Defendant's Cross-Motion

For Partial Summary Judgment, the record herein, good cause shown, and the interests of justice,

it is

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that the time within which defendant may file its reply to plaintiffs'

opposition to the District's cross-motion for partial summary judgment is hereby extended by

five calendar days, to and including, Monday, May 9, 2008.

ELLEN SEGAL HUVELLE
United States District Judge

Serve upon:
All Counsel

3