# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT DISTRICT OF COLUMBIA'S *CONSENT* MOTION FOR LEAVE TO FILE 26-PAGE MEMORANDUM IN REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, District of Columbia ("District"), with plaintiffs' consent, respectfully moves this Court for an order granting the District leave to file a 26-page memorandum of points and authorities in reply to Plaintiffs' opposition to defendant's motion for partial summary judgment. The requested relief is necessary to enable the District to appropriately reply to Plaintiffs' thorough opposition filings.

Undersigned counsel has requested Plaintiffs' consent in accordance with LCvR 7(m). Plaintiffs have given their consent.

Accordingly, defendant respectfully moves this Court for an order granting the District leave to file a 26-page memorandum of points and authorities in reply to Plaintiffs' opposition to defendant's motion for partial summary judgment.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

2

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Assistant Deputy Attorney General

s/ Thomas L. Koger
THOMAS L. KOGER [427921]
Senior Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6610
Fax: (202) 727-3625 (fax)
E-mail:   Thomas.Koger@dc.gov

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SARAH CARR, *et al.*,  )<br>  )<br>　　　　　Plaintiffs,  )<br>  )<br>　　v.  )<br>  )<br>DISTRICT OF COLUMBIA,  )<br>  )<br>　　　　　Defendant.  )<br>  ) | Civ. A. No. 06-00098 (ESH) |

## **ORDER**

Upon due consideration of defendant District of Columbia's consent motion for leave to file a 26-page memorandum in reply to plaintiffs' opposition to defendants motion for partial summary judgment, the record herein, good cause shown, and the interests of justice, it is, this ____ day of May, 2008,

**ORDERED** that the motion is GRANTED; and it is further

**ORDERED** that defendant may file a 26-page memorandum of points and authorities that is in reply to Plaintiff's opposition to defendant's motion for partial summary judgment.

_____
ELLEN SEGAL HUVELLE
United States District Judge

<u>Serve upon:</u>
All Counsel

3