# Attachment C

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3

 4      - - - - - - - - - - - - - - -x

 5      SARAH CARR, et al.,           :

 6              Plaintiffs,           :     Civil Action Number

 7           vs.                      :     06-00098 (ESH)

 8      DISTRICT OF COLUMBIA,         :

 9              Defendant.            :

10      - - - - - - - - - - - - - - -x

11

12

13

14

15                 DEPOSITION OF SARAH CARR

16

17                          Washington, D.C.

18                          Monday, July 16, 2007

19

20

21      REPORTED BY:

22          CARMEN SMITH
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | also saw what appeared to be freshly sprayed paint           |
|       | 2  | on three buildings and one jeep; is that right?              |
|       | 3  | A    Yes.                                                    |
|       | 4  | Q    And you recognized the spray painting of                |
|4:18:07| 5  | the buildings and the jeep reflected criminal                |
|       | 6  | behavior, did you not?                                       |
|       | 7  | A    Yes.                                                    |
|       | 8  | Q    And by the time that you observed the                   |
|       | 9  | spray painting of the buildings and the jeep, you            |
|4:18:21|10  | noticed that at least one police car had started             |
|       |11  | following slowly behind the march?  Hadn't you               |
|       |12  | noticed that then?                                           |
|       |13  | A    Yes, and no siren was on and no                         |
|       |14  | announcements were made from that vehicle.                   |
|4:18:32|15  | Q    The vehicle did nothing to act against the              |
|       |16  | marchers generally at that point; correct?                   |
|       |17  | A    As I earlier defined those actions, yes,                |
|       |18  | they didn't, they didn't act out against us.                 |
|       |19  | Q    Did it surprise you the police car should               |
|1:18:53|20  | be following behind the marchers along the same              |
|       |21  | roadway that led you past the criminal behavior and          |
|       |22  | evidence of crimes?                                          |

1   A    It didn't surprise me, no.

2   Q    I mean, it makes sense, doesn't it, that
3   the police would travel along the path where crimes
4   were being committed?

5   A    I don't think the police -- the person in
6   the police car knew crimes were being committed at
7   that point, because they weren't taking any actions
8   against criminal behavior.  So there was that.

9        And also, I feel like the police car might
10  be patrolling, as police do, you know, as is the
11  nature of their job and just scoping the area.  It
12  didn't occur to me that they were doing some -- that
13  they were there because of criminal behavior.  I
14  don't think that they knew that was going on at that
15  point.  That hadn't happened when -- like -- what
16  I'm trying to explain is it didn't surprise me,
17  because that's the nature of a policeman's job.

18  Q    Would it surprise you if someone reported
19  the various activities that you've testified about
20  and the police responded to that?

21  A    No.

22  Q    You didn't leave the march when you