UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SARAH CARR, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 06-00098 (ESH) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING INJUNCTION**

On consideration of plaintiffs' Motion for Injunction Requiring Expungement of Arrest Records, it is

ORDERED that plaintiffs' motion is granted.  Within 60 days of the date of this Order, defendant District of Columbia shall expunge District of Columbia police records of the arrests on January 20-21, 2005, of plaintiffs Sarah Carr, Allyson Kirk, Chelsea Kirk, Jonathan Scolnik, and Matthew Singer, and shall in writing request the Federal Bureau of Investigation either to destroy or to return to the District any such records that the Bureau may have.  If the Bureau returns such records to the District, defendant shall expunge them within 30 days after their receipt.

Entry of this Order is without prejudice to the future entry of additional relief for the plaintiffs, the unnamed class members, or both.

Defendant is hereby ENJOINED from failing to comply with this Order; provided, however, that if a timely appeal is filed from this Order, the effectiveness of the Order will thereupon be stayed pending the outcome of that appeal.

_____          _____
Date                                                     Ellen Segal Huvelle
                                                            United States District Judge

Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, D.C. 20009

Counsel for Plaintiffs

Ellen A. Efros
Thomas L. Koger
Jayme Kantor
Chad Copeland
Richard Love
Assistant Attorneys General
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001

Counsel for Defendant