UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SARAH CARR, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. A. No. 06-00098 (ESH) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION TO CORRECT OPINION**

Plaintiffs, with defendant's consent, move the Court for an order correcting the Court's June 17, 2008, Memorandum Opinion [Doc 63] in the following two respects, none of which affects the Court's judgment.

1. In the second paragraph, third from last sentence, of the block quotation of the flier on page 2 of the opinion, change, "We will march from 18th St to Columbia" so that it reads, "We will march to 18th St from Columbia".

2. Change the sentence on page 17 of the opinion saying, "She claims that an officer improperly applied her flexicuffs too tightly and that a second officer further tightened them when she complained" so that it reads, "She claims that an officer improperly applied her flexicuffs too tightly and then further tightened them when she complained."

In support of this motion plaintiffs rely on the accompanying memorandum.

Respectfully submitted,

/s/ Arthur B. Spitzer
Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

/s/ Daniel M. Schember
Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National Lawyers Guild and the American Civil Liberties Union of the National Capital Area

Counsel for Plaintiffs

July14, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. A. No. 06-00098 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM IN SUPPORT OF CONSENT MOTION TO CORRECT OPINION**

The Court should correct its June 17, 2008, opinion in accordance with plaintiffs' motion, for the following reasons.

**Page 2, Block Quotation of the Flier**

The opinion on page 2 misquotes the flier. The opinion states, in the third from last sentence in the second paragraph of the block quotation, "We will march from 18th St to Columbia." This sentence of the flier actually begins, "We will march to 18th St from Columbia." (Plf.s' Ex. C, Chelsea Kirk Dep. Ex. 2; Def.'s Ex. 11.)

**Page 17, Officer Who Tightened Kirk's Flexicuffs After She Complained**

Plaintiffs' undisputed evidence states that the officer who further tightened Chelsea Kirk's flexicuffs after Kirk complained was the same officer who initially had applied them. The Court's opinion on page 5 correctly states this when it says, "Plaintiff Kirk claims that upon her arrest, a District of Columbia police officer applied plastic handcuffs too tightly to her wrists and then further tightened them when she protested."

The evidence supports this statement by the Court. (Pl.s' Ex. C, Chelsea Kirk Dep. Tr. 161,167; also cited in Pl.s' Stmt of Undisputed Material Facts ¶¶ 72, 73.)

The statement on page 17 of the opinion saying, "She claims that an officer improperly applied her flexcuffs too tightly and that a second officer further tightened them when she complained" is inconsistent with the evidence and the correct statement on page 5 of the Court's opinion. (Mem. Op. at 17.) The sentence on page 17 should be corrected.

Plaintiffs suggest that the Court issue a corrected opinion making these changes.

Respectfully submitted,

/s/ Arthur B. Spitzer
Arthur B. Spitzer, D.C. Bar No. 235960
Fritz Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036
202/457-0800

/s/ Daniel M. Schember
Daniel M. Schember, D.C. Bar #237180
Susan B. Dunham, D.C. Bar # 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National
Lawyers Guild and the American Civil
Liberties Union of the National Capital Area

Counsel for Plaintiffs

July 14, 2008