UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARAH CARR, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civ. A. No. 06-00098 (ESH)<br>)<br>)<br>)<br>) |

**ORDER**

On consideration of plaintiffs' Consent Motion to Correct Opinion, it is

ORDERED that plaintiffs' motion is granted.

_____          _____
Date                                                       Ellen Segal Huvelle
                                                                United States District Judge


Copies to:

Arthur B. Spitzer
Fritz Mulhauser
American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, #119
Washington, DC 20036

Daniel M. Schember
Susan B. Dunham
Gaffney & Schember, P.C.
1666 Connecticut Avenue, N.W., Suite 225
Washington, D.C. 20009

Counsel for Plaintiffs

Ellen A. Efros
Thomas L. Koger
Jayme Kantor
Chad Copeland
Richard Love
Assistant Attorneys General
441 Fourth Street, N.W., 6th Floor South
Washington, DC 20001

 Counsel for Defendant