UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, | : |
| Plaintiffs, | : |
| v. | : Civ. Action No. 06-0098 (ESH) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that defendant, District of Columbia, appeals to the United States Court of Appeals for the District of Columbia Circuit from the order (Docket Entry 66) entered on June 30, 2008, granting plaintiffs' motion for an injunction and from all orders merged therein.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

__/s/_Ellen Efros_____
ELLEN A. EFROS [250746]
Assistant Deputy Attorney General

__/s/_ Thomas L. Koger_____
THOMAS L. KOGER [427921]
Senior Assistant Attorney General

__/s/_ Chad Copeland_____
CHAD COPELAND
Assistant Attorney General
441 4th Street NW, Ste 600 South

Washington, D.C.  20001
(202) 724-6610
Fax: (202)727-3625

Counsel for Defendant District of Columbia