# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-7083**                    **September Term 2007**

**1:06-cv-00098-ESH**

**Filed On: August 14, 2008** [1133116]

Sarah Carr, et al.,

      Appellees

      v.

District of Columbia,

      Appellant

## O R D E R

The notice of appeal was filed on July 29, 2008, and docketed in this court on July 31, 2008. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated. Unless otherwise noted, an original and one copy of each document must be provided.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 15, 2008 |
| Docketing Statement Form | September 15, 2008 |
| Entry of Appearance Form | September 15, 2008 |
| Procedural motions, if any (Original and 4 copies) | September 15, 2008 |
| Statement of Intent to Utilize Deferred Joint Appendix | September 15, 2008 |
| Statement of Issues to be Raised | September 15, 2008 |
| Transcript Status Report | September 15, 2008 |
| Underlying Decision from Which Appeal or Petition Arises | September 15, 2008 |
| Dispositive Motions, if any (Original and 4 copies) | September 29, 2008 |

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-7083**                                    **September Term 2007**

It is

      **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated. Unless otherwise noted, an original and one copy of each document must be provided.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | September 15, 2008 |
| Entry of Appearance Form | September 15, 2008 |
| Procedural motions, if any (Original and 4 copies) | September 15, 2008 |
| Dispositive Motions, if any (Original and 4 copies) | September 29, 2008 |

It is

      **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

      **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

                   BY:    /s/
                          Heather T. Stockslager
                          Deputy Clerk

The following forms and notices are available on the Court's <u>website:</u>

    <u>Civil Docketing Statement Form</u>
    <u>Entry of Appearance Form</u>
    <u>Transcript Status Report Form</u>
    <u>Request to Enter Appellate Mediation Program</u>

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-7083**                                    **September Term 2007**

<u>Notice Concerning Expedition of Appeals and Petitions for Review</u>
<u>Stipulation to be Placed in Stand-By Pool of Cases</u>