# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-7083**              **September Term 2008**

1:06-cv-00098-ESH

**Filed On:** December 23, 2008

Sarah Carr, et al.,

    Appellees

v.

District of Columbia,

    Appellant

**BEFORE:**   Henderson, Brown, and Kavanaugh, Circuit Judges

### ORDER

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply; it is

**ORDERED** that the motion for summary affirmance be denied. The merits of the parties' positions are not so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam).

Because the court has determined that summary disposition is not in order, the Clerk is instructed to calendar this case for presentation to a merits panel.

**Per Curiam**