# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-7083**                                          **September Term, 2009**

FILED ON: NOVEMBER 20, 2009

SARAH CARR, ET AL.,
    APPELLEES

v.

DISTRICT OF COLUMBIA,
    APPELLANT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED NOV 2 0 2009

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 1:06-cv-00098-ESH)

Before: SENTELLE, *Chief Judge*, GRIFFITH, *Circuit Judge*, and SILBERMAN, *Senior Circuit Judge*

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed in part, reversed in part, and the case remanded for further proceedings on the issue of probable cause to arrest for rioting only, in accordance with the opinion of the court filed herein this date.

#### Per Curiam

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro. 41(a)

ISSUED: 3/31/10
BY: [signature], Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ [signature]
Michael C. McGrail
Deputy Clerk

Date: November 20, 2009

Opinion for the court filed by Senior Circuit Judge Silberman.
Opinion concurring in part and dissenting in part filed by Chief Judge Sentelle.
Opinion concurring in part and concurring in the judgment filed by Circuit Judge Griffith.

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit