UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | No. 06-cv-098 (ESH) |
| DISTRICT OF COLUMBIA, ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order of April 5, 2010, the parties report that Plaintiffs are considering whether to file a petition for a writ of certiorari in the Supreme Court, which would be due on June 9, 2010, and need additional time to make that decision.  Plaintiffs will inform the Court and defendant by May 14, 2010, whether they plan to seek certiorari.  If certiorari will not be sought, the parties will submit a proposed schedule on or before June 4, 2010.

In light of the above, the parties respectfully suggest that the Court may wish to continue the status conference, now scheduled for April 21, 2010, until a date shortly after June 4.

Respectfully submitted,

/s/ Arthur B. Spitzer
Arthur B. Spitzer, D.C. Bar No. 235960
Frederick V. Mulhauser, D.C. Bar No. 455377
American Civil Liberties Union
of the Nation's Capital
1400 20th Street, NW, Suite 119
Washington, DC 20036
202/457-0800

/s/ Daniel M. Schember
Daniel M. Schember, D.C. Bar No. 237180
Susan B. Dunham, D.C. Bar No. 362378
Gaffney & Schember, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, DC 20009
202/328-2244

On behalf of the D.C. Chapter, National Lawyers Guild and the American Civil Liberties Union of the National Capital Area

Counsel for Plaintiffs

PETER J. NICKLES
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Ellen Efros
ELLEN A. EFROS [250746]
Assistant Deputy Attorney General

/s/ Thomas L. Koger
THOMAS L. KOGER [427921]
Assistant Attorney General

/s/ Chad Copeland
CHAD COPELAND [982119]
Assistant Attorney General
441 4th Street NW, Ste 600 South
Washington, D.C. 20001
(202) 724-6610
Fax: (202)727-3625

Counsel for Defendant District of Columbia

April 12, 2010