# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SARAH CARR,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 06-00098 (ESH) |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>ORDER</u>

The parties appeared before the Court for a status conference on January 19, 2011. Based on that pretrial conference, as well as the parties' recent filings in response to the Court's pretrial order [Dkt. No. 124 ], it is hereby **ORDERED** that:

1. Defendant's objections to the designation of Officer Acosta's deposition testimony are **OVERRULED**. Defendant may counter-designate portions of Officer Acosta's testimony or call him as a witness in its case.

2. Plaintiffs will re-designate portions of Mr. Jourdan's deposition testimony on or before Friday, January 21, 2011. Defendant's objections to those designations will stand.

3. Plaintiffs shall file a response to defendant's proposed jury instruction on the collective knowledge doctrine [Proposed Jury Instruction No. 28] on or before Friday, January 21, 2011.

4. The parties shall respond to the Court's concerns regarding the proposed instructions on probable cause and willful participation [Proposed Jury Instruction Nos. 30 and 34] on or before Friday, January 21, 2011.

5. The parties shall file a joint, revised jury instruction on damages [Proposed Instruction No. 35] on or before Friday, January 21, 2011.  The revised instruction shall provide some means for the jury to assess damages for the length of detention.  The Court reserves ruling on whether the class may recover damages for the use of pepper spray by police officers.

6. Plaintiffs' motion for relief regarding municipal liability [Dkt. No. 117] is **DENIED**.  The Court finds that municipal liability as to plaintiffs' arrest for rioting was not conceded by defendant during briefing on summary judgment.  The Court also tentatively rules that plaintiffs have not established municipal liability for the alleged unconstitutional arrests in this case.  Plaintiffs shall file any additional arguments as to municipal liability for their First Amendment claims on or before Monday, January 24, 2011.  This pleading shall also address whether damages for violation of First Amendment rights may be awarded on their common law claims for false arrest.  Defendant shall file its response on or before Friday, January 28, 2011.

7. The Court **DENIES** plaintiffs' oral motion for a continuance to permit additional discovery on the issue of ratification.

8. A jury trial on plaintiffs' common law false arrest claims shall proceed as scheduled on February 1, 2011, at 9:30 a.m.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:   January 19, 2011