UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH CARR, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 06-0098 (ESH) |
| DISTRICT OF COLUMBIA, ) | |
| Defendant. ) | |

### **PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and in accordance with the parties' Class Action Settlement Agreement, as approved by this Court on August 1, 2011, Plaintiffs Sarah Carr, Allyson Kirk (now Allyson Clapp), Chelsea Kirk, Jonathan Scolnik, and Matthew Singer ("Class Representatives"), individually and on behalf of a class of persons similarly situated who timely filed class claims pursuant to the Settlement Agreement ("Participating Class Members") hereby dismiss this action with prejudice.

Dated:  October 27, 2011

Respectfully submitted,

By: */s/ Emily P. Hughes*
Michael D. Jones (D.C. Bar No. 417681)
Tyler D. Mace (D.C. Bar No. 487811)
Peter A. Farrell (D.C. Bar No. 975579)
Jeffrey M. Gould (D.C. Bar No. 978849)
Emily P. Hughes (D.C. Bar No. 984580)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, NW
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
michael.jones@kirkland.com
tyler.mace@kirkland.com
peter.farrell@kirkland.com
jeffrey.gould@kirkland.com
emily.hughes@kirkland.com

2

*/s/ Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
ACLU OF THE NATION'S CAPITAL
1400 20th Street, NW, Suite 119
Washington, D.C. 20036
(202) 457-0800

*/s/ Daniel M. Schember*
Daniel M. Schember (D.C. Bar No. 237180)
Susan B. Dunham (D.C. Bar No. 362378)
GAFFNEY & SCHEMBER, PC
1666 Connecticut Avenue, NW, Suite 225
Washington, D.C. 20009
(202) 374-0142

*Counsel for Plaintiffs*